

**LOG I.D. NUMBER/*NUM. DE REGISTRO***

**19680984**

## Department of **Corrections**
WASHINGTON STATE

**APPEAL TO LEVEL III**
*APELACIÓN AL 3ER NIVEL*

| Name: Nombre: | First Nombre | Middle 2do Nombre | DOC Number Número DOC | Facility/Office Institución/Oficina | Unit/Cell Unidad/Celda |
|---|---|---|---|---|---|
| *Last Apellido* | | | | | |
| **Barfield** | **Craig** | **D** | **920542** | **MCC SOU** | **D-107** |

| PART A - APPEAL TO LEVEL III PARTE A - APELACIÓN 3ᴱᴿ NIVEL | Date Typed / Fecha escrita a mano 07/31/19 | Due Date / Fecha de vencimiento 08/28/19 |
|---|---|---|

**I WANT TO GRIEVE / *QUIERO QUEJARME DE*:** (Continued from Page 1) throught the front door of are tier! To see if the video been alter! He also came on the tier 4 separate occasions before and after this! Mr. Lewis statements don't add-up on his right up (fail) to mention my door opening A C/O with him! it doeent pan out exactly the ways he explain on paper! H is being deceitful and has other staff covering for him and I don't believe this is the dated right time frames of footage because it would him going 2 times within I need to see it I need H/Q to see it.

**SUGGESTED REMEDY / *REMEDIO SUGERIDO*:**

**Page 2 of 2**

| /s/ Brandi Blair | 07/31/19 | /s/ Craig Barfield | 07/17/19 |
|---|---|---|---|
| Grievance Coordinator Signature *Firma del Coordinador de quejas* | Date *Fecha* | Grievant Signature *Firma del agraviado* | Date *Fecha* |

| PART B - LEVEL III RESPONSE/*PARTE B - RESPUESTA 3ᴱᴿ NIVEL* |
|---|
| |
| Assistant Secretary/Deputy Director/designee *Subsecretario/designado*     Date *Fecha* |

LOG I.D. NUMBER
**19680984**



STATE OF WASHINGTON
**DEPARTMENT OF CORRECTIONS**

**NOTIFICATION OF TIME EXTENSION**
**NOTIFICACIÓN DE EXTENSIÓN DE TIEMPO**

**OFFENDER GRIEVANCE PROGRAM**
**PROGRAMA DE QUEJAS**

| Response Due Date<br>RESPUESTA REQUIERIDA<br>08/28/19 |
| --- |

| Grievant's Name<br>NOMBRE DE QUEJANTE<br>Craig Barfield | DOC Number<br>NUMERO DE DOC<br>920542 |
| --- | --- |

Your grievance/appeal is currently pending at Level __III__ . This is notification to you that the

current response due date cannot be met due to the following reason(s):

Su queja/apelación está pendiente actualmente en el Nivel _____ . Esta notificación es

para avisarle que no se puede cumplir con la fecha de vencimiento pro la siguiente razón or razones:

Your grievance has been completed and is in the signature process. We apologize for the delay and appreciate your patience.

Grievance staff have added an additional __15__ working days to the current response due date,

establishing a new due date of __09/18/19__ .

El personal del programa de quejas ha agregado _____ dias corridos a la fecha actual para la

respuesta, lo cual establece una nueva fecha de vencimiento de _____ .

Thank you for your patience. Gracias por su pacienca.

*Dale "Norm" Caldwell*                                              09/06/19
Grievance Program Manager                                        Date
**COORDINADOR DE QUEJAS**                                    FECHA

Distribution:    Grievance Program Manager-Gerente del Programa de Quejas, Grievant Coordinator-Coordinador de Quejante
                      Grievant-Quejante
DOC 05-171 E/S (Rev. 11/30/09)                                                                    DOC 550.100



**Department of Corrections**
WASHINGTON STATE

LOG I.D. NUMBER
19680984

**OFFENDER COMPLAINT**

**CHECK ONE:** ■ Initial    ☐ Emergency    ☐ Appeal    ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain <u>what happened</u>, <u>when</u>, <u>where</u>, and <u>who</u> was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within <u>20 working days</u> of the incident. Appeals must be filed within <u>5 working days</u> of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name    First    Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|
| BARFIELD    CRAIG    D | 920542 | SOU | D-107 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

MAILING ADDRESS:    STREET OR P.O. BOX    CITY, STATE    ZIP CODE    TELEPHONE

**COMPLAINT:** I' WOULD LIKE TO TREAT THIS SPECIFICALLY AS A STAFF MIS-CONDUCT AGRIEVANCE! ON APPROXIMATELY AROUND 5:30 PM OR SO. I WAS VERBALLY AND AGGRESSIVELY (IN MY CELL) APPROACH BY C&D UNIT MENTAL HEALTH COUNSELOR. MR. KEN LEWIS. AS THE BOOTH C/O PUR-POSELY OPEN-UP MY CELL DOOR SO HE COULD GAIN ACCESS TO A DIRECT PHYSICAL ALTERCATION WITH ME (ALSO) NOTE; THAT SGT. MEYER. WAS ALSO A PARTY TO MR. LEWIS. NEGLIGENT MISCONDUCT BEHAVIORAL TOWARDS ME AS THE HALL VIDEO CAMERA WILL DEMONSTRATEDLY SHOW. MR. LEWIS. COMING AT ME WITHIN MY CELL. SEVERAL TIMES! I'STAY CALM AND COLLECT. DURING THIS FRIGHTFUL ORDEAL OR ENCOUNTER WITH MR. LEWIS AND TRULY WASN'T SURE OR NOT. IF HE WAS GOING TO ASSAULT ME HEREIN MY CELL. SOMETHING REALLY NEED TO BE DONE ABOUT THIS SITUATION BEFORE IT HAPPEN AGAIN TO ME BY HIM. MAYBE THE NEXT TIME HE WILL PHYSICAL HIT ME (AS TO) TEACH ME A LESSON TO BE LEARN BY HIM.

**SUGGESTED REMEDY:** IT MIGHT NOT BE WITHIN MY PLACE'S TO SAY THIS (BUT) MR. LEWIS. MAYBE CONSENT TO SOME COUNSELLING SESSIONS OF HIS OWN ACCORD! AND I MEAN NO ILL-WILL TOWARDS HIM (BUT) HE REALLY NEEDS TO GET HIMSELF TOGETHER BEFORE HE REALLY SPYRO OUT OF CONTROL AND TRULY HURT ONE OF US OFFENDER HEREIN!    Mandatory
HE IS A DANGER TO ME POINT BLANK!

Signature Craig Barfield    Date 6/12/19

| **GRIEVANCE COORDINATOR'S RESPONSE** | Facility/Office | Date Received |
|---|---|---|
| Your complaint is being returned because: | MCC-SOU | 6-13-19 |

Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____
☐ Administratively Withdrawn _____
☒ The formal grievance/appeal paperwork is being prepared.
☐ Not accepted

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: _____
☐ No rewrite received _____
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** Accepted lvl II

| Coordinator's Name (print)    K Morgan | Coordinator's Signature    J Kray | Date 6-19-19 |
|---|---|---|

DOC 05-165 Front (Rev. 07/26/16)    DOC 310.100, DOC 550.100



## Department of Corrections
### WASHINGTON STATE

LOG L.D. 19680984

**LOG I.D. NUMBER**
196809984

**OFFENDER COMPLAINT**

**CHECK ONE:** ☐ Initial   ☐ Emergency   ■ Appeal   ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain <u>what happened</u>, <u>when</u>, <u>where</u>, and <u>who</u> was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** <u>Complaints</u> must be filed within <u>20 working days</u> of the incident. <u>Appeals</u> must be filed within <u>5 working days</u> of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| BARFIELD | CRAIG | D | 920542 | SOU | D-107 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|
| | | | |

**COMPLAINT:** I WOULD LIKE TO APPEAL PART B-LEVEL II RESPONSE DECISION. I RECEIVE THE GRIEVANCE COORDINATOR RESPONSE AND I FIND IT SOMEWHAT PROBLEMATICAL. FIRSTS IT BASICALLY STATES THAT NOTHING REALLY TRANSPIRE WITHIN MY CELL WITH MR. LEWIS. I DO NOT KNOW WHAT TAPE YOU ARE RE-VIEW BUT IT WAS NOT THAT SPECIFIC ONE! BECAUSE IF IT WAS THEN IT WOULD OF SHOWN HIM KNOCKING ON CELL 5 OR 6 DOORS, BEFORE HE CAME TO MY CELL. ALSO IT WOULD OF SHOWN C/O BEECROFT STANDING IN MY DOORWAY WHILE MR. LEWIS WAS WITHIN MY CELL (SO) EITHER THERE IS A CLEVERLY "WHITE WASH" DAMAGE CONTROL GOING ON OR YOU ARE REVIEWING THE WRONG DATED VIDEO FOOTAGES CLIP! ALSO NOTE! THAT IF YOU REVIEW MR. LEWIS INFRACTION REPORT THAT HE HAS SUPPOSELY WRITTEN ON ME 6/12/19) DURING THAT OCCURRENCES (IF) ALL THE COLLABORATING C/O'S STATEMENTS WERE ENTIRELY CORRECT AT THE END OF THE LEVEL 2 RESPONSES OF THE INVESTIGATION THEN WHY DID NO ONE MENTION THAT THEY SEEN MR. LEWIS KNOCKING ON MY CELL DOOR, FOR WHICH HE STATES IN HIS RIGHT-UP AND HE ALSO STATED HE GAVE ME A ORDER TO SPEAK WITH HIM I NOW HERE IS THE PART THAT I AM A LITTLE BLUFF AT IF MR. LEWIS WALK AWAY FROM MY CELL WHEN IT OPEN-UP. THEN WHY DID HE NOT MENTION THAT WITHIN HIS RIGHT-UP (NOR) DID HE MENTION THE FACT THAT C/O BEECROFT WAS STANDING NEXT TO HIM AT MY DOOR AS WELL FOR WHICH H HE WAS! SO I WOULD LIKE TO MAKE A REQUEST TO PERSONALLY REVIEW THE FOOTAGES SCENE. AT THE TIME WHEN MR. LEWIS ENTER THROUGHT THE FRONT DOOR OF A TIER 1 TO

**SUGGESTED REMEDY:** SEE IF THE VIDEO BEEN ALTER. HE HAS ALSO CAME ON THE TIER 4 SEPARATE OCCASIONS BEFORE AND AFTER THIS. MR. LEWIS STATEMENTS DON'T ADD-UP ON HIS RIGHT-UP. NOT TO MENTION MY DOOR OPENING A C/O WITH HIM! IT DOENT PAN OUT EX-ACTLY THE WAY'S HE EXPLAIN ON PAPER! HE IS BEING DECEITFUL AND HAS OTHER STAFF COVERING FOR HIM AND I DON'T BELIEVE THIS IS THE DATED RIGHT TIME FRAMES OF FOOTAGE BECAUSE IT WOULD HIM DOING 2 TIMES WITHIN I NEED TO SEE IT I NEED H/A TO SEE IT.

Signature: *Craig Bon field*   Date 7/17/19

---

**GRIEVANCE COORDINATOR'S RESPONSE**
Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____.
☐ Administratively Withdrawn _____.
☒ The formal grievance/appeal paperwork is being prepared.
☐ Not accepted

| Facility/Office | Date Received |
|---|---|
| MCC-SOU | 7-22-19 |

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: _____.
☐ No rewrite received _____.
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:**

Accept - Level III

| Coordinator's Name (print) | Coordinator's Signature | Date |
|---|---|---|
| B. Blair | B Blair | 7/25/19 |

DOC 05-165 Front (Rev. 07/26/16)                    DOC 310.100, DOC 550.100

LOG I.D. NUMBER/*NUM. DE REGISTRO*
**19680984**



Department of
**Corrections**
WASHINGTON STATE

**APPEAL TO LEVEL III**
*APELACIÓN AL 3ER NIVEL*

| Name:<br>*Nombre:* | Last<br>*Apellido* | First<br>*Nombre* | Middle<br>*2do Nombre* | DOC Number<br>*Número DOC* | Facility/Office<br>*Institución/Oficina* | Unit/Cell<br>*Unidad/Celda* |
|---|---|---|---|---|---|---|
| | **Barfield** | **Craig** | **D.** | **920542** | **MCC-SOU** | **D-107** |

| PART A - APPEAL TO LEVEL III<br>*PARTE A - APELACIÓN 3ER NIVEL* | Date Typed / *Fecha escrita a mano*<br>07/31/19 | Due Date / *Fecha de vencimiento*<br>08/28/19 |
|---|---|---|

**I WANT TO GRIEVE / *QUIERO QUEJARME DE*:** I would like to appeal part B - Level II Response decision. I receive the grievance coordinator response, and I find it somewhat problematical! Firsts it basically states that nothing really transpire within my cell with Mr. Lewis! I do not know what tape you'd review but it was not that specific one! Because if it was then it would of shown him knocking on cell 5 or 6 doors, before he came to my cell! Also it would of shown C/O Beecroft standing in my doorway while Mr. Lewis was within my cell (so) either there is a cleverly "White Wash" damage control going on or you are reviewing the wrong dated video footages clip! Also note; that if you review Mr. Lewis infraction report that he had suposely written on me (6/12/19) during that occurrences (if) all the collaborating C/O's statements were entirely correct at the end of the level 2. Responses of the investigation! Then why did no one mention that they seen Mr. Lewis knowing on my cell door forwhich he states in his right-up (nor) did he mention the fact that C/O Beecroft was standing next to him at my door as well forwhich he was! So, I would like to make a requests to personally review the footages scene. At the time when Mr. Lewis enter throught the front door of are tier! To see if the video been alter! He also came on the tier 4 separate occasions before and after this! Mr. Lewis statements don't add-up on his right up (fail) to mention my door opening A C/O with him! it doeent pan out exactly the ways he explain on paper! H is being deceitful and has other staff covering for him and I don't believe this is the dated right time frames of footage because it would him going 2 times within I need to see it I need H/Q to see it.

**SUGGESTED REMEDY / *REMEDIO SUGERIDO*:**

| /S/ Brandi Blair | 07/31/19 | /S/ Barfield, Craig | 07/17/19 |
|---|---|---|---|
| Grievance Coordinator Signature<br>*Firma del Coordinador de quejas* | Date<br>*Fecha* | Grievant Signature<br>*Firma del agraviado* | Date<br>*Fecha* |

| PART B - LEVEL III RESPONSE/*PARTE B - RESPUESTA 3ER NIVEL* |
|---|
| |

| Assistant Secretary/Deputy Director/designee<br>*Subsecretario/designado* | Date<br>*Fecha* |
|---|---|

**Department of**
**Corrections**
Washington State

LOG I.D. NUMBER
~~468144~~ 1968954

**OFFENDER COMPLAINT**

**CHECK ONE:** ■ Initial  ☐ Emergency  ☐ Appeal  ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| BARFIELD | CRAIG | D | 920542 | SOU | D-107 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: | STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|

**COMPLAINT:** I would again like to treat this (as) a second filing of a staff mis-conduct report on mental health counselor Ken Lewis, on, approx-imately 6/28/19. During the D-unit chow line callout for dinner! I, was not-ify by female c/o (con) my cell enter.com speaker! That, my "halal tray" was in the dayroom and that I would have to go in there to eat it! I, then try to inform her that I was to continue to eat (in) my cell, once's again! After a brief min-ute had pass (she) than came back on my speaker again and told me that cus.Blackburn (CH2) order or approve it! I, then told her that I would only eat within my cell (as) previous y as i had before! Now after talking with her I turn around to face my cell door and notice's Mr. Lewis & c/o Beecroft standing by the wall in front of my cell wearing blue rubber glove and looking at me in a peculiar intimidating, threating fashion of of matters (see, hallway monitor video footage's) so, once's again I remain calm during there plan orchestrated. Exhibit show! Than after a few more seconds they both left! The after 5 minute's or so, c/o Beecroft pass by my cell window with this distinguish aggressive attitude look on his face I, then made a few noticable, statements (on) why he keeps on harassing me with mr.Lewis, and that he needed to get off of his coat tail! Now, after a minute had pass Mr. Lewis, approach my cell window a intimidating again(in) posture saying what this about you telling c/o.Beecroft to get off my coat tail and in threat-ing tone of voice, He said - don't do it again! And then he left. Suggested remedy:ling his point is very well, to me! He has a green light on us offenders (i decipher that very well) his act also happen on this someday. cus.Blackburn has call me out on a similar incident report that i had previous y file on him. c/o.Beecroft was also there with Mr.Lewis (in) that video as ~~Mandatory~~ well! It now truly apparently seems that he won't stop until he fully has his way's with me. I herein so this need to stop.

Signature Craig Barfield   Date 6/28/2019

| **GRIEVANCE COORDINATOR'S RESPONSE** | Facility/Office MCC-SOU | Date Received 7-1-19 |
|---|---|---|
| Your complaint is being returned because: | | |

☐ It is not a grievable issue.
☒ ~~You requested to withdraw the complaint.~~
☐ You failed to respond to callout (sheet) on _____
☐ Administratively Withdrawn _____.
☐ The formal grievance/appeal paperwork is being prepared.
☐ Not accepted

☐ The complaint was resolved informally.
☒ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: 7/30/19
☐ No rewrite received
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** ~~withdrawn per you written request 7/2/19~~
Simplify this complaint. Date, approx time, location. Clearly list only the threat / intimidating behavior. Simple statement of 1 issue/incident.

| Coordinator's Name (print) | Coordinator's Signature | Date |
|---|---|---|
| R. Blair   R. Mosker | B. Bla | 7-5-19 |

DOC 05-165 Front (Rev. 07/26/16)   DOC 310.100, DOC 550.100



Department of
# Corrections
WASHINGTON STATE

LOG I.D. NUMBER
19682952

**OFFENDER COMPLAINT**

**CHECK ONE:** ☑ Initial   ☐ Emergency   ☐ Appeal   ☑ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain <u>what happened</u>, <u>when</u>, <u>where</u>, and <u>who</u> was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** <u>Complaints</u> must be filed within <u>20 working days</u> of the incident. <u>Appeals</u> must be filed within <u>5 working days</u> of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| BARFIELD | CRAIG | D | 920542 | SOU | D-107 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|

**COMPLAINT:** THIS IS IN THE REGARDS TOWARD A REWRITE AS INSTRUCTED BY YOU PER-TAINING TO INCIDENT. LOG. I.D. 19682952. FORWHICH I WILL GO OVER AGAIN FOR THE RECORD! SO. AGAIN. THIS WELL BE TREATED ONCE'S AGAIN AS A STAFF GROSS MISCONDUCT GRIEVANCE TOWARDS (SOU) MENTAL HEALTH COUNSELOR KENNETH LEWIS. NOW AS I HAD PREVIOUSLY STATED. THIS IS HOW THE EVENT HAD TRANSPIRE! ON APPROXIMATELY 6/28/19. AROUND 4:30 ARE SO. DURING D-UNIT MAINLINE (CHOW) CALLOUT. FORWHICH I STAY BACK FOR (IN-DUE) TO A DISPUTE I WAS HAVING AT THE TIME WITH CUS. BLACKBURN & SGT. MEYER ON WHERE I WAS GOING TO EAT MY MEALS AT! I NOTICES MR. LEWIS & C/O. BEECROFT STANDING AGAINST THE WALL IN FRONT OF MY CELL WEARING BLUE RUBBER GLOVES AND TRYING TO INTIMIDATE ME WITH THEIR STARES! SO AFTER THEY FINALLY LEFT, C/O. BEECROFT REAPPEAR AROUND 15 MIN-UTES LATER DURING HIS TIER CHECK! AND WHILE ON HIS WAY BACK I STOP HIM AT MY CELL WINDOW & CALMLY TOLD HIM THAT HE NEEDED TO STOP RIDING ON MR. LEWIS. COAT TAIL (FORWHICH HE REPLY (IS) THAT A THREAT "FORWHICH I SAID NO IN RETURN" AND AFTER THAT AROUND 2 MINUTES I GET THIS LOUDLY KNOCK ON MY CELL WINDOW & MR. LEWIS. SAYING IN A OBNOXIOUSLY AGITATED VOICE" WHAT THIS ABOUT YOU TELLING BEECROFT TO GET OFF OF MY COAT TAIL" AND THEN WHEN HE REALIZE I WAS IGNORING HIM I HE THAN STATED IN A LOW THREATING TONE OF WAY THAT I BETTER NOT DO IT AGAIN & THEN HE LEFT.

**SUGGESTED REMEDY:** THERE ARE 3 THINGS THAT I WOULD LIKE SEEN DONE WITHIN THIS MATTER! (1). INCLUDED THIS ON HIS WORK PERFORMANCE'S RECORD. (2). HAVE A SIT DOWN WITH THE MENTAL HEALTH DIRECTOR OR SUPERVISOR. (3) A CHANGE OF MENTAL COUNSELOR. I WILL NOT WORK WITH HIM ANYMORE! ENOUGH IS ENOUGH OF HIS BULL- ~~Mandatory~~ ING TACTICS TOWARDS ME.

Signature: *Craig Barfield*      Date: 7/29/19

| GRIEVANCE COORDINATOR'S RESPONSE | Facility/Office | Date Received |
|---|---|---|
| Your complaint is being returned because: | MC SOU | 8/2/19 |

Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____
☐ Administratively Withdrawn
☑ The formal grievance/appeal paperwork is being prepared.
☐ Not accepted.

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: _____
☐ No rewrite received _____
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:**

Level I / per your correspondence rec'd 8-20-19

L Stemler   A Stemler   8/28/19

LOG I.D. NUMBER/NÚM. DE REGISTRO

19682954



### Department of
# Corrections
WASHINGTON STATE

## LEVEL I - INITIAL GRIEVANCE
### *NIVEL 1 - QUEJA INICIAL*

| Name:<br>*NOMBRE:* | Last<br>*APELLIDO*<br>Barfield | First<br>*PRIMERO NOMBRE*<br>Craig | Middle<br>*2DO NOMBRE*<br>D | DOC Number<br>*NUMERO DOC*<br>920542 | Facility/Office<br>*FACILIDAD*<br>MCC-SOU | Unit/Cell<br>*UNIDAD/CELDA*<br>D-107 |
|---|---|---|---|---|---|---|

| PART A - INITIAL GRIEVANCE/*PARTE A - QUEJA INICIAL* | | Date Typed   09/10/19 | Date Due   09/25/19 |
|---|---|---|---|

**I WANT TO GRIEVE / *QUIERO QUEJARME DE*:** This is in the regard toward a rewrite as instructed by you, pertaining to incident. LOG I.D. 19682954. Forwhich I will go over again for the record! So, again. This well be treated onces again as a staff gross misconduct grievance towards (SOU) Mental Health Counselor Kenneth lewis. now as I had previously stated, This is how the event had transpire! On approximatey. 6/28/19. around 4:30 are so, during D-Unit mainline (CHOW) callout, forwhich i stay back for (in-due) to a dispute I was having at the time I notices. MR. Lewis & C/). Beecroff. Standing againsts the wall in front of my cell wearing blue rubber gloves and trying to intimidate me with their stare's! So after they finally left. C/O Beecroff reappear around 15 minutes later during his tier check! And while on his way back I stop him at my cell window & calmly told him that he needed to stop riding on Mr. Lewis, coat tail. Forwhich he reply (is) that a threat "forwhich I said no in return" and after that around 2. minutes i get this loudly knock on my cell window & Mr. Lewis, saying in a obnoxiously, agitated voice "what this about you telling BeeCroft to get off my coat tail" and then when he realize I was ignoring him! He then stated in a low threating tone of way that I better not do it again & then he left.

**SUGGESTED REMEDY / *REMEDIO SUGERIDO*:** There are 3. Things that I would like seen done within this matter! (1). Included this on his work performances records. (2). Have a sit down with the mental health director or supervisor. (3) A change of mental counselor. I will not work with him anymore! Enough is Enough, of his bulling tactics towards me.

| /S/ A. Watanabe, CS2 | 09/11/19 | /S/ Barfield, Craig | 07/29/19 |
|---|---|---|---|
| Grievance Coordinator Signature<br>*FIRMA DE COORDINADOR DE QUEJAS* | Date<br>*FECHA* | Grievant Signature<br>*FIRMA DE QUEJANTE* | Date<br>*FECHA* |

| PART B - LEVEL I RESPONSE / *PARTE B RESPUESTA PRIMER NIVEL* |
|---|
| |

| Grievance Coordinator Signature<br>*COORDINADOR DE QUEJAS* | Date<br>*FECHA* |
|---|---|

You may appeal this response by submitting a written appeal to the Coordinator within five (5) working days from date this response was received.
*Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de cinco (5) días de trabajo de la fecha en que esta respuesta fue recibida.*

Distribution:    Grievance Program Manager/*Gerente del Programa de Quejas*, Grievance Coordinator/*Coordinador de Queja*, Grievant/*Quejante*
DOC 05-166 E/S (Rev. 02/23/16)                                                                                              DOC 550.100

LOG I.D. NUMBER/*NUM. DE REGISTRO*
19682954



Department of
**Corrections**
WASHINGTON STATE

**LEVEL I - INITIAL GRIEVANCE**
*NIVEL 1 - QUEJA INICIAL*

| Name:<br>*NOMBRE:* | Last<br>*APELLIDO*<br>**Barfield** | First<br>*PRIMERO NOMBRE*<br>**Craig** | Middle<br>*2DO NOMBRE*<br>**D** | DOC Number<br>*NUMERO DOC*<br>**920542** | Facility/Office<br>*FACILIDAD*<br>**MCC-SOU** | Unit/Cell<br>*UNIDAD/CELDA*<br>**D-107** |

| PART A - INITIAL GRIEVANCE/*PARTE A - QUEJA INICIAL* | Date Typed 09/10/19 | Date Due 09/25/19 |

**I WANT TO GRIEVE / *QUIERO QUEJARME DE:*** This is in the regard toward a rewrite as instructed by you, pertaining to incident. LOG I.D. 19682954. Forwhich I will go over again for the record! So, again. This will be treated onces again as a staff gross misconduct grievance towards (SOU) Mental Health Counselor Kenneth lewis. now as I had previously stated, This is how the event had transpire! On approximatey. 6/28/19. around 4:30 am so, during D-Unit mainline (CHOW) callout, forwhich i stay back for (in-due) to a dispute I was having at the time I notices. MR. Lewis & C/l. Beecroft. Standing against the wall in front of my cell wearing blue rubber gloves and trying to intimidate me with their stare's! So after they finally left. C/O Beecroft reappear around 15 minutes later during his tier check! And while on his way back I stop him at my cell window & calmly told him that he needed to stop riding on Mr. Lewis, coat tail. Forwhich he reply (is) that a threat "forwhich I said no in return" and after that around 2. minutes i get this loudly knock on my cell window & Mr. Lewis, saying in a obnoxiously, agitated voice "what this about you telling BeeCroft to get off my coat tail" and then when he realize I was ignoring him! He then stated in a low threating tone of way that I better not do it again & then he left.

**SUGGESTED REMEDY / *REMEDIO SUGERIDO:*** There are 3. Things that I would like seen done within this matter! (1). Included this on his work performances records. (2). Have a sit down with the mental health director or supervisor. (3) A change of mental counselor. I will not work with him anymore! Enough is Enough, of his bulling tactics towards me.

| /S/ A. Watanabe, CS2 | 09/11/19 | /S/ Barfield, Craig | 07/29/19 |
| Grievance Coordinator Signature<br>*FIRMA DE COORDINADOR DE QUEJAS* | Date<br>*FECHA* | Grievant Signature<br>*FIRMA DE QUEJANTE* | Date<br>*FECHA* |

| PART B - LEVEL I RESPONSE / *PARTE B RESPUESTA PRIMER NIVEL* |

Your complaint states that on 6/28/2019 during Mainline callout, Correctional Mental Health Counselor (CMHC) Lewis and Correctional Officer (C/O) Beecroft were standing in front of your cell wearing gloves, which you believe was in an attempt to intimidate you. You said that C/O Beecroft then did a tier check and you stopped him during his duties to make a statement about him, "riding Mr. Lewis' coat tail." You said that CMHC Lewis then knocked on your cell door to confront you about your statements to C/O Beecroft, stating that, "You better not do that again," in what you believed to be a threatening tone, but you ignored him and didn't respond.

This was investigated by MCC SOU Correctional Mental Health Unit Supervisor (CMHUS) Blackburn. Involved unit staff were interviewed. DOC Policy 420.310 (Searches of Offenders), SOU C/D Unit movement schedule, D Unit Floor Post Orders, and D Unit Log Book were reviewed. Video was no longer available for review. You were interviewed regarding this issue on 9/30/2019.

The investigation concluded that neither staff member has any recollection of this incident taking place. Per DOC Policy 420.310, staff can conduct random pat searches on offenders and they must wear gloves to do this; it is procedure for unit staff to do this upon offender return from Mainline. Both staff members denied CMHC Lewis donning a pair of gloves. Per the unit log book, C/O Beecroft did not conduct any of the tier checks an hour before or after this reported incident nor did he conduct the formal count. Per your interview, you stated that you believe C/O Beecroft was conducting his duties.

There is no evidence to substantiate your complaint. However, your Mental Health Counselor has since been changed. You are encouraged to continue working pro-socially with staff to address concerns. Staff are expected to follow policy and conduct their duties in a professional manner.

| Alex Watanabe | | 10/2/2019 |
| Grievance Coordinator Signature<br>*COORDINADOR DE QUEJAS* | | Date<br>*FECHA* |

You may appeal this response by submitting a written appeal to the Coordinator within five (5) working days from date this response was received.
*Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de cinco (5) días de trabajo de la fecha en que esta respuesta fue recibida.*

**Department of**
# Corrections
WASHINGTON STATE

**LOG I.D. NUMBER**
19682954

**OFFENDER COMPLAINT**

**CHECK ONE:** ☐ Initial  ☐ Emergency  ■ Appeal  ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| BARFIELD | CRAIG | D | 920542 | 'SOU | D-107 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|
| | | | |

**COMPLAINT:** THIS APPEAL LOG I.D. NO:19682954 IS WITHIN THE GRIEVANCE COORD-INATOR RESPONSE REPLY BACK ON MY INITIAL COMPLAINT INVOLVE AROUND THE ILL-CONDUCT OF MR. LEWIS BEHAVIORAL TARGET ATTITUDE FORWHICH HE ONCES AGAIN PROUDLY DEMONSTRATES TOWARDS ME ON 6/28/19. FROMWHICH WAS ONICES AGAIN CLEVERLY "WHITE WASH" IN YOUR LEVEL 1 RESPONSES BACK TO ME! A GRIEVANCE COORDINATOR: MS. WATANABE. FIRST I WOULD LIKE TO COMMEND YOU ON YOUR RIGHT ON CUE DECEPTIVE DEBUNK WRITTEN PERFORMANCES (YOU ARE TRULY A SCRIPTED CLOCKWELL TRAIN EMPLOYEE! BUT WHAT I FINE (SO) TROUBLING ABOUT THIS (IS) YOUR DELIBERATELY WILL ORCHESTRATED TIME DELAYS IN FINALLY PROCESSING THIS! AND THE CONTRA-DICTORY STILL TACTICAL METHODS YOU HAD SKILLFULLY UTILIZE AGAINSTS ME WITHIN YOUR LACK OF REGARDS TOWARDS MY OBVIOUSLY LEGIT COMPLAINT ON (SOU) CMH C2: MR. KEN LEWIS. THEY KNEW AS WELL AS YOU KNEW THAT "VIDEO EVIDENCES" IS THE KEY CRUCIAL EVIDENCES AND WITHOUT IT IN A SITUATION LIKE THIS THERE IS VIRTUALLY NO EVIDENCES TO DISPUTE BEYOND THE REASON OF DOUBTS! IT BASICALLY BOIL DOWN TO THIS MY WORD AGAINSTS THEIRS AND WE ALL ACKNOWLEDGELY KNOW THE MORAL TO THIS SCENARIO AND HOW IT WILL EVENTUALLY PLAYOUT AT THE END (BUT) THE COURTS HAS INSTRUCTED ME TO EXHAUSTS ALL OF MY (DOC) REMEDIES TO THE END RESULTS. FURTHERMORE YOU AND OTHERS STAFF CANT KEEP ADMINISTRATIVELY "STRATEGICALLY "REMEDY POLICIES. COVER-ING FOR MR. LEWIS ILL-TREATED BEHAVIORAL TOWARDS ME HEREIN! BECAUSE EVEN-TULLY HE WILL BE HELD ACCOUNTABLE FOR HIS UNETHICAL CIVIL RIGHTS VIOLATIONS AGAINSTS ME AND ABOUT ME HEREIN! HIS PASTS PRIOR BAD ACTS ALONE WILL ALSO BE SUGGESTED REMEDY: BROUGHT FORTH AND THIS IS MY (APPEAL) TO RE-EVALUATE THE COVER-UP CONSPIRACY THAT IS NOW TAKING PLACE AMONG THE STAFF THAT WEREN'T MEN-TIONS BY NAMES WITHIN YOUR INVESTIGATION REPORT ON THIS MATTER NOW WITHIN ITS EXISTENCE HEREIN D-UNIT AND I DO HAVE A RIGHT TO KNOW FROMWHOM THEY'RE. YOU AND THEM ARE BASICALLY ACCUSING ME ON BEING A LIAR FORWHICH I HAVE NO HISTORY OF. FORWHICH YOU'RE → Mandatory ENCOURAGING THEM TO DO SO AGAINSTS ME WITHIN YOUR REPORTS.

**Signature** Craig Barfield    **Date** 10/6/19

| GRIEVANCE COORDINATOR'S RESPONSE | Facility/Office | Date Received |
|---|---|---|
| Your complaint is being returned because: | MCC SOU | 10-8-19 |
| ☐ It is not a grievable issue. | ☐ The complaint was resolved informally. | |
| ☐ You requested to withdraw the complaint. | ☑ Additional information and/or rewriting needed. (See below.) | |
| ☐ You failed to respond to callout (sheet) on _____ | Return within 5 working days or by: 10/18/19 | |
| ☐ Administratively Withdrawn _____. | ☐ No rewrite received | |
| ☐ The formal grievance/appeal paperwork is being prepared. | ☐ Sent to _____ (facility) on _____ (date). | |
| ☐ Not accepted | | |

**EXPLANATION:** PLEASE REWRITE. YOU HAVE ADDED SEVERAL NEW COMPLAINTS. APPEALS MUST STICK TO THE ORIGINAL TOPIC. OR, YOU CAN SIMPLY WRITE "I APPEAL".

| Coordinator's Name (print) | Coordinator's Signature | Date |
|---|---|---|
| A. WATANABE | | 10/11/19 |

LOG I.D. NUMBER/*NUM. DE REGISTRO*
**19682954**


Department of
**Corrections**
WASHINGTON STATE

**APPEAL TO LEVEL III**
*APELACIÓN AL 3ER NIVEL*

| Name: *Nombre:* | Last *Apellido* Barfield | First *Nombre* Craig | Middle *2do Nombre* | DOC Number *Número DOC* 920542 | Facility/Office *Institución/Oficina* MCC-SOU | Unit/Cell *Unidad/Celda* D107 |
|---|---|---|---|---|---|---|

| PART A - APPEAL TO LEVEL III *PARTE A - APELACIÓN 3ER NIVEL* | Date Typed / *Fecha escrita a mano* 12/19/19 | Due Date / *Fecha de vencimiento* 01/21/20 |
|---|---|---|

**I WANT TO GRIEVE / *QUIERO QUEJARME DE*:** Grievance Coordinator, A. Watanabe, CS2. I would now like to continue this a grievance status. Log. I.D. NO: 196829584. Level 2, Administrative Response back decision to the next and lasts. Final remedy stages of (DOC) appeal. Working within their processes.

**SUGGESTED REMEDY / *REMEDIO SUGERIDO*:**

| /S/ A. Watanabe, CS2 | 12/19/19 | /S/ Barfield, Craig | 12/09/19 |
|---|---|---|---|
| Grievance Coordinator Signature *Firma del Coordinador de quejas* | Date *Fecha* | Grievant Signature *Firma del agraviado* | Date *Fecha* |

---

PART B - LEVEL III RESPONSE/*PARTE B - RESPUESTA 3ER NIVEL*

I reviewed your initial grievance as well as all appeals and responses.

DOC Administrator, Tim Thrasher, also reviewed this grievance and provided this response:

I reviewed your Level I and II grievance, the investigation, and the responses. I have read your Level III appeal. A complete investigation was conducted. I concur with the previous responses you were provided.

| _Scott Russell_ | 1/14/20 |
|---|---|
| Assistant Secretary/Deputy Director/designee *Subsecretario/designado* | Date *Fecha* |

Distribution: Grievance Program Manager/*Gerente del Programa de Quejas*, Grievance Coordinator/*Coordinador de Queja*, Grievant/*Quejante*
DOC 05-169 E/S (Rev. 02/23/16)                                                    DOC 550.100


Department of
**Corrections**
WASHINGTON STATE

LOG I.D. NUMBER
**19682954**

**APPEAL TO LEVEL II**
**APELACIÓN AL 2DO NIVEL**

| Name: NOMBRE: | Last APELLIDO Barfield | First PRIMERO NOMBRE Craig | Middle 2DO NOMBRE D. | DOC Number NUMERO DOC 920542 | Facility/FACILIDAD Office MCC-SOU | Unit/Cell UNIDAD/CELDA D107 |
|---|---|---|---|---|---|---|

| PART A – INITIAL GRIEVANCE/PARTE A - QUEJA INICIAL | Date Typed 11/07/19 | Date Due 12/10/19 |
|---|---|---|

**I WANT TO APPEAL:** This Level 2, Rewrite submission (NOW) Appeal of mines (is) primarily brought forth within the initial scope (on) my first legitimate complaint claims towards or against (SOU) CMHC2. Mr. Ken Lewis. Forwhich I felt more adjacent should had been administratively done to curve his defianted unethical behavior towards me! Forwhich I also still strongly feel that. That long time, counter-measure delay could have also been unpreventable if my inclusive staff misconduct complaints against Mr. Lewis. Where more wisely or seriously dealt with! So, yes in general speaking terms I would like to continue this currently appeal level process to the next suitable phase's of development herein.

**SUGGESTED REMEDY:**

| /S/ A. Watanabe, CS2 | 11/07/19 | /S/ Barfield, Craig | 10/28/19 |
|---|---|---|---|
| Grievance Coordinator Signature FIRMA DE COORDINADOR DE QUEJAS | Date FECHA | Grievant Signature FIRMA DE QUEJANTE | Date FECHA |

| PART B –LEVEL II RESPONSE/PARTE B RESPUESTA 2DO NIVEL |
|---|
| |

| Superintendent, Work Release Supervisor, Field Administrator Signature SUPERINTENDENTE | Date FECHA |
|---|---|

You may appeal this response by submitting a written appeal to the coordinator within five (5) working days from date this response was received. Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de cinco (5) días de trabajo de la fecha en que esta respuesta fue recibida.



Department of
**Corrections**
WASHINGTON STATE

| L0G I.D. NUMBER |
|---|
| **19682954** |

**APPEAL TO LEVEL II**
**APELACIÓN AL 2DO NIVEL**

| Name:<br>NOMBRE: | Last<br>APELLIDO<br>Barfield | First<br>PRIMERO NOMBRE<br>Craig | Middle<br>2DO NOMBRE<br>D. | DOC Number<br>NUMERO DOC<br>920542 | Facility/FACILIDAD Office<br>MCC-SOU | Unit/Cell<br>UNIDAD/CELDA<br>D107 |
|---|---|---|---|---|---|---|

| PART A – INITIAL GRIEVANCE/PARTE A - QUEJA INICIAL | Date Typed  11/07/19 | Date Due  12/10/19 |
|---|---|---|

**I WANT TO APPEAL:** This Level 2, Rewrite submission (NOW) Appeal of mines (is) primarily brought forth within the initial scope (on) my first legitimate complaint claims towards or againsts (SOU) CMHC2. Mr. Ken Lewis. Forwhich I felt more adjacent should had been administratively done to curve his defiant unethical behavior towards me! Forwhich I also still strongly feel that. That long time, counter-measure delay could have also been unpreventable if my inclusive staff misconduct complaints against Mr. Lewis. Where more wisely or seriously dealt with! So, yes in general speaking terms I would like to continue this currently appeal level process to the next suitable phase's of development herein.

**SUGGESTED REMEDY:**

| /S/ A. Watanabe, CS2 | 11/07/19 | /S/  Barfield, Craig | 10/28/19 |
|---|---|---|---|
| Grievance Coordinator Signature<br>FIRMA DE COORDINADOR DE QUEJAS | Date<br>FECHA | Grievant Signature<br>FIRMA DE QUEJANTE | Date<br>FECHA |

| PART B –LEVEL II RESPONSE/PARTE B RESPUESTA 2DO NIVEL |
|---|

Your level I appeal states you believe Correctional Mental Health Counselor (CMHC) Lewis actions were unethical and there should have been action taken by Administration to address this.

This level II investigation was completed by MCC Health Services Manager (HSM3) Heinsohn. The level I investigation was reviewed. You were interviewed during the level I investigation.

The investigation concluded that the level I response was upheld. The following is the Department's official response:

"I have reviewed the level I investigation and the written response provided to you. I am in agreement with the level I response and the information provided to you. To clarify, you, Correctional Officer (C/O) Beecroft and the CMHC Lewis were interviewed based on your allegations of misconduct. During the initial thorough investigation, there was no evidence that was found to support your claims as policy was followed and actions by staff were deemed appropriate; therefore, your appeal is not supported. As noted in the level I response, you were assigned a new CMHC. Please continue to work pro-socially with this new counselor and the officers on the unit."

Superintendent Jack Warner                                              1-26-18
Superintendent, Work Release Supervisor, Field Administrator Signature    Date
SUPERINTENDENTE                                                          FECHA

You may appeal this response by submitting a written appeal to the coordinator within five (5) working days from date this response was received.
Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de cinco (5) días de trabajo de la fecha en que esta respuesta fue recibida.



Department of
**Corrections**
WASHINGTON STATE

**LOG I.D. NUMBER**
1968144/

**OFFENDER COMPLAINT**

**CHECK ONE:** ☐ Initial  ☑ Emergency  ☐ Appeal  ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| BARFIELD | CRAIG | D | 920542 | SOU | D-107 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|
| | | | |

**COMPLAINT:**

YESTER ON. 6/7/2019. I WAS TRICK (INTO) AGREEING OR BELIEVING THAT I SHOULD START GOING TO THE MAINLINE CAFETERIA AGAIN! BY C/US. BLACKBURN & SGT. MEYER. FOR WHICH I SUSPICIOUSLY CONSENTED TO (NOT) ON THE BESTS OF MY JUDGEMENT SKILLS AT THE TIME?! SO. AFTER SPEAKING WITH THEM I RETURN TO MY CELL & AROUND 20. MINUTE OR SO! COUNSELOR LEWIS AND A FLOOR C/O. WALK BY MY CELL & SARCASTICALLY MADE A COMMENT TO THEMSELF THAT APPARENTLY WHEN I GO TO EAT IN THE CHOW HALL TOMORROW THAT A SURPRISE OR SOMETHING GOING TO HAPPEN TO ME OR WAITING FOR ME. SO THIS

**SUGGESTED REMEDY:** MORNING I TRY TO MAKE ALL THE APPROPRIATE MEANS NECESSARY TO ONCES AGAIN EAT WITHIN MY CELL. IN FEAR THAT SOMETHING WOULD HAPPEN TO ME! AND IT SEEMS THAT GRIEVE CONCERNS HAVE BEEN IGNORE. I'M HUNGRY AND WOULD LIKE MY LUNCH. AND WILL 'NOT BE GOING TO MAINLINE MEALS NOW. BECAUE OF MY SAFETY CONCERNS.

Mandatory  Signature Craig Barfield  Date 6/15/19

| **GRIEVANCE COORDINATOR'S RESPONSE** | Facility/Office MCC-SOU | Date Received 6-19-19 |
|---|---|---|
| Your complaint is being returned because: | | |

☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____.
☐ Administratively Withdrawn
☐ The formal grievance/appeal paperwork is being prepared.
☐ Not accepted

☐ The complaint was resolved informally.
☑ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: 6/27/19 7/5/19
☐ No rewrite received
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** 2 complaints regarding same issue - required to eat mainline, not in cell. Rewrite onto 1 form. Make it a clear statement of the 1 issue with date.

| Coordinator's Name (print) B Blair | Coordinator's Signature B Blair | Date 6/27/19 |
|---|---|---|

DOC 05-165 Front (Rev. 07/26/16)                    DOC 310.100, DOC 550.100

**Department of**
**Corrections**
WASHINGTON STATE

LOG I.D. NUMBER
19680973

**OFFENDER COMPLAINT**

**CHECK ONE:**  ☐ Initial  ☑ Emergency  ☐ Appeal  ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:**  Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|-----------|-------|--------|------------|-----------------|-----------|
| BARFIELD | CRAIG | D | 920542 | SOU | D-107 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS:    STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|

**COMPLAINT:** I'AM bASICALLY FILING THIS GRIEVANCE AS AN CONTINUATION OF MY YESTERDAY FILING (ON) JUNE 15 OF 2019, WITHIN THE CONCERNS OF THE SAME ISSUE'S OF CIRCUMSTANCE'S HEREIN D-UNIT (AS) OPPOSED AS OF TODAY, JUNE 16 OF 2019! I'HAVE ONCES AGAIN bE DENIED TO CONTINUE TOO RECEIVE ALL OF MY MEALS TRAYS WITHIN MY CELL. FOR LUNCH & DINNER TONIGHT! ALSO NOTE: THAT SGT. RON MEYER & MENTAL HEALTH COUNSELOR KEN LEWIS ARE bASICALLY TRYING TO STARVE ME INTO A SUBMISSIVE - OBEDIENCES (POSTURE) WITH THEIR DE-FIANCES TO RULE OVER ME! YOU SEE THIS. IS WHAT HAPPEN WHEN YOU GIVE SOMEONE TO MUCHS AUTHORITY TO WORK WITH, OVER US OFFENDERS HERE AT (SOU) THEY CAN LITERALLY PLAY, LIFE & DEATH WITH ARE WELL-bEING HEREIN!

**SUGGESTED REMEDY:** I'AND OTHERS INCARCERATED OFFENDERS ARE OR IS GOVERNOR bY ARE STATE & FEDERAL CONSTITUTIONAL STANDARD OF LAWS THAT HAVE bEEN SET FORTH INPLACE. THAT ARE FOOD & SAFETY ISSUES ARE COURTLY SET INPLACE HEREIN (DOC) AND ARENT CON-SIDER A PRIVILEGE (bUT) A CONSTITUTELY RULE OF LAWS HEREIN-FORWHICH (AM) DENIED.    Signature Craig Barfield    Date 6/16/19

| GRIEVANCE COORDINATOR'S RESPONSE | Facility/Office SOU | Date Received 6-19-19 |
|---|---|---|

Your complaint is returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____
☐ Administratively Withdrawn _____.
☐ The formal grievance/appeal paperwork is being prepared.
☐ Not accepted

☑ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: _____
☐ No rewrite received _____.
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:**   Same response provided on other form - Same log ID #.

| Coordinator's Name (print)   Maxson | Coordinator's Signature | Date  6-19-19 |
|---|---|---|

DOC 05-165 Front (Rev. 07/26/16)                    DOC 310.100, DOC 550.100

**Department of Corrections**
WASHINGTON STATE

LOG I.D. NUMBER
19682338

**OFFENDER COMPLAINT**

**CHECK ONE:** ■ Initial   ☐ Emergency   ☐ Appeal   ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name BARFIELD | First CRAIG | Middle D | DOC Number 920542 | Facility/Office SOU | Unit/Cell D-107 |
|---|---|---|---|---|---|

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|

**COMPLAINT:** I WOULD LIKE TO SUBMIT THIS PARTICULAR A GRIEVANCE'S (AS) A STAFF RE-TALIATORY-GROSS MISCONDUCT(ACT) AGAINST ME THAT WAS SCANDALOUSLY CARRY OUT BY (SOU)MENTAL HEALTH COUNSELOR KENNETH LEWIS. FOR THE PREVIOUSLY COMPLAINT THAT I HAD WRITTEN ON HIM LOG I.D. NO:19680984. AS THIS NOW STATEMENT GOES. ON.7/5/19, AROUND 1:00 PM, I HAD BY A UNIT C/O. RECEIVED A GENERAL INFRACTION REPORT (RULE VIOLATION 103" THAT WAS SUPPOSELY WRITTEN BY MR.LEWIS.ON.6/12/19. THE SAME DAY HE ENTER MY CELL AND VERBALLY ATTACK ME (TWO FEET) IN FRONT OF ME WITHIN MY CELL FORWHICH AFTERWARDS I IMMEDIATELY FILE A STAFF MISCONDUCT REPORT ON HIM(AS) I SHOULD! NOW, EITHER ON) 6/21/19 OR 6/28/19. I WAS SUMMON TO CUS.BLACKBURN OFFICE TO DISCUSS THE VITAL NATURE WITHIN MY COMPLAINT AGAINST.MR.LEWIS & WITHIN (NO) TIME DURING THAT INQIRING DID ANY REBUTTAL'S OF A STATEMENT THAT MR.LEWIS HAD SAY OR WRITTEN ABOUT ME DURING THAT INCIDENT WITH HIM (NONE) WHAT SO EVER HAD SURFACE UNTIL NOW! THIS HAS NOW REVOLVE (IN) STAFF MISCONDUCT. INTENT TO COVER-UP! MR.LEWIS IS NOW FABRICATING HIS STATEMENTS OR HAS MANUFACTURE FALSE EVIDENCES AGAINTS ME WITHIN HIS (NOW) BOGUS INFRACTION THAT HE HAS WRITTEN ON ME! IT. APPEARS THAT HE HAS ADDED INSULT TO INJURY.

**SUGGESTED REMEDY:** THE REALITY IS THIS. MR. LEWIS HOLDS (NO) TRUE WORK ETHICAL. STAND-ARD OF VALUES! AND HAS NOW. WRITTEN A (BOLD) FALSELY REPORT ON ME (AS) WILL! HE IS NEGLECTFUL WITHIN HIS TRUSTFUL OBLIGATIONAL DUTIES AS A COUN-SELOR TOWARDS ME. THERE HAS NEVER BEEN A CORRESPONDENCE KITE OR LETTER (ON THIS MATTER) WRITTEN BY ME TO HIM — NOTHING AT ALL TO THE CONTRARY! THIS SER-IOUSLY NEED TO BE INVESTIGATED. Mandatory
TO ITS FULL POTENTIAL WITHIN.

Signature Craig Barfield   Date 7/5/2019

**GRIEVANCE COORDINATOR'S RESPONSE**
Your complaint is being returned because:   Any dept. with a built in system of appeals cannot be grieved.
☒ It is not a grievable issue.
☐ You requested to withdraw the complaint
☐ You failed to respond to callout (sheet) on _____
☐ Administratively Withdrawn _____
☐ The formal grievance/appeal paperwork is being prepared.
☐ Not accepted

Facility/Office MCC-SOU   Date Received 7-8-19

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: _____
☐ No rewrite received _____
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** You have multiple concerns within this complaint. In reviewing none are grievable. 1.) You cited that during log 984 interview/investigation for #)19680984 - you cited fabricated information ## and 2.) He infraced you. You may appeal a log ID if you dis-agree with its findings, you cannot re-grieve it. and you

Coordinator's Name (print) Stemler   Coordinator's Signature Stemler   Date 7.12.19

may state your case at a hearing, if needed.

DOC 05-165 Front (Rev. 07/26/16)   DOC 310.100, DOC 550.100

Department of
**Corrections**
WASHINGTON STATE

LOG I.D. NUMBER

**OFFENDER COMPLAINT**

**CHECK ONE:** ■ Initial  ☐ Emergency  ☐ Appeal  ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by a grievance. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|-----------|-------|--------|------------|-----------------|-----------|
| BARFIELD | CRAIG | D | 920542 | SOU | D-107 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|
| | | | |

**COMPLAINT:** A GRIEVANCE COORDINATORS. YOU ARE WRONG ABOUT ME MAKING A REQUESTS TO DROP MY COMPLAINT ON. MY 6/28/19 A GRIEVANCE ON MENTAL HEALTH COUNSELOR KEN LEWIS! THE COMPLAINT I FILE ON 7/2/19 LOG I.D. NO 1908144. DOES NOT HAVE ANYTHING TO DO WITH MR LEWIS THESE ARE TWO DIFFERENT INCIDENCE AND I DIDNT ASK TO DISMISS THE COMPLAINT I MADE ON MR. LEWIS ON 6/28/19 AND YOU CANT SHOW ME THAT I DID! SO PLEASE PROCESS MY 6/28/19 COMPLAINT ON MR. LEWIS. FOR THREATENING VERBALLY IN FRONT OF MY CELL WINDOW.

**SUGGESTED REMEDY:**

Mandatory _Craig Barfield_          7/11/2019
          Signature                    Date

| **GRIEVANCE COORDINATOR'S RESPONSE** | Facility/Office | Date Received |
|---|---|---|
| Your complaint is being returned because: | MCC-SOU | 7-11-19 |

Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____
☐ Administratively Withdrawn _____
☐ The formal grievance/appeal paperwork is being prepared.
☐ Not accepted

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
    Return within 5 working days or by: _____
☐ No rewrite received _____
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** I see there were two with date of 6/28. I about Halal tray in cell. I more about staff at your cell intimidating you. Both were withdrawn. I am sending back the one I believe you are stating should not have been withdrawn. Must be rewritten. If this is still not the one, let me know.

| Coordinator's Name (print) | Coordinator's Signature | Date |
|---|---|---|
| B Blair | B Blair | 7/23/19 |

DOC 05-165 Front (Rev. 07/26/16)                    DOC 310.100, DOC 550.100

**Department of Corrections**
WASHINGTON STATE

LOG I.D. NUMBER
CORRESPONDENCE

**OFFENDER COMPLAINT**

CHECK ONE: ☐ Initial ☐ Emergency ■ Appeal ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|-----------|-------|--------|------------|-----------------|-----------|
| BARFIELD | CRAIG | D | 920542 | SOU | D-107 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE

**COMPLAINT:** THIS IS CURRENTLY A RESPONSE, NOT A GRIEVANCE! A GRIEVANCE COORDINATOR. A. WANTANBE CS2. ON 8/19/2019 I HAD ADEQUATELY RECEIVED YOUR RESPONSE BACK FROM MY KITE THAT I HAD SENT TO YOU ON 8/15/2019. ABOUT THE TOTAL OF NUMBERS OF COMPLAINTS THAT I WAS ALLOW TO HAVE ON GO-ING. FORWHICH YOU HAD SENT ONE BACK TO ME AS A ADMINI. WITHDRAW LOG I.D. NO: 19682954. FORWHICH YOU GAVE ME NO OPTION TO CHOSE FROM THE OTHER! FROMWHICH YOU PICK THE MOSTS SERIOUSLY ONE OF THEM ALL! MY STAFF MISCONDUCT COMPLAINT ON MR. LEWIS! WHAT A CONVENIENCE COINCIDENCES FOR YOU! SO I BELIEVE SINCE IT MY CHOICE TO CHOSE, I AM SENDING BACK COMPLAINT NO: 19683702. IN EXCHANGES PLACE FOR COMPLAINT NO: 19682954, TO BE PROCESS

**SUGGESTED REMEDY:** BECAUSE I WOULD SUBMITT(NOT) TO HAVE IT DROP AS YES. THAT WAS VERY CLEVER OF YOU! I NOW HAVE TO STAY ON MY P's & Q's WITH FOR NOW ON. YOU | SMARTLY AS YOU ARE! SO I AM SENDING IT BACK TO YOU.

Mandatory Signature: Craig Barfield    8/20/19

| GRIEVANCE COORDINATOR'S RESPONSE | Facility/Office MCC-SOU | Date Received 8/20/19 |
|---|---|---|

Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____
☐ Administratively Withdrawn _____
☐ The formal grievance/appeal paperwork is being prepared.
☐ Not accepted

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
Return within 5 working days or by: _____
☐ No rewrite received _____
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** PLEASE BE ADVISED THAT GRIEVANCES ARE ADDRESSED IN THE ORDER RECEIVED. AGAIN, IT IS YOUR RESPONSIBILITY TO KNOW HOW MANY YOU HAVE OPEN & WHAT ONES YOU'VE SUBMITTED. LOG ID # 19683702 HAS ALREADY BEEN COMPLETED. LOG #19682954 WILL BE LOOKED AT AND CONSIDERED.

Coordinator's Name (print): A. WATANABE
Coordinator's Signature: _____    Date 8/27/17

DOC 05-165 Front (Rev. 07/26/16)    DOC 310.100, DOC 550.100

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS
MONROE CORRECTIONAL COMPLEX
P.O. BOX 888, MONROE, WASHINGTON 98272-0888

REC'D
10/17

October 15, 2019

TO: GRIEVANCE COORDINATOR A. WATANABE

FROM: BARFIELD, CRAIG #920542

SUBJECT: REWRITE CONCERN'S

I'AM SUBJECTIVELY SENDING THIS APPEAL LOG, I.D. NO: 19682954. BACK TO YOU (ON) THE QUALI-FY ISSUE'S THAT HAD IMMINENTLY PROCLAIM OR RAISE ON YOUR LEVEL 1 CONCLUSION OF THE INVESTIGATION ON MY COMPLAINTS (NOW) YOU ARE PRESUMABLY ASKING OR TELLING ME TO DO A REWRITE OF IT NOW! BECAUSE OF SEVERAL SUPPOSELY NEW ADDRESS COMPLAINTS WITHIN IT?! MS. WATANABE, YOU ARE BASICALLY ADMINISTRATIVELY (MANEUVER) HASSLING ME! THERE ARE NO FORESEEABLE NEW FOUNDED DEVE-LOPMENTS WITHIN MY APPEAL TO YOU! YOU YOUR-SELF (OPEN) THAT OPPORTUNITY "door-open" WHEN YOU MADE THOSE COMMENTS BACK ON YOUR (IN-VESTIGATIVE) FORMAL REPORT WITHIN MY INITIAL COMPLAINT FORWHICHS YOU HAD SERIOUSLY QUITED BACK TO ME AND SINCE THIS IS MY NOW LEVEL 2, APPEAL!

1

(Cont'd)

I'HAD A DUELY CLAUSE RIGHT TO ADDRESS AND
ARGUMENTATIVELY RESPONSE'S TO IT. FROMWHICH
i ADEQUATELY did. ACCORDINGLY AND APPRO-
PRIATELY!
FOR INSTANCE: YOU HAD MENTION OR MADE A
REFFERENCE'S TO "VIDEO WAS NO LONGER AVAILAble
FOR REVIEW" SO i HAD A GIVEN RIGHT TO bRING
OR INCLUDE IT WITHIN MY APPEAL! FORWHICH i
PROPERLY AND EFFECTIVELY did! AGAIN. YOU MEN-
TION bOTH STAFF MEMbER dENIED SEEING CMHC
LEWIS dONNING A PAIR OF GLOVES!
AGAIN. YOU WEREN'T ENTIRELY SPECIFICALLY CLEAR
ON WHO ARE WHAT STAFF MEMbERS NAME'S. WHERE
OR PRESENT! SO i ADDRESS IT AS SUCHS! AGAIN. i
PROPERLY APPEAL THE ISSUE'S THAT YOU ADDRESS
bACK TO ME! AND iF i ALSO SUSPECT THAT YOU ARE
SHOWING MORE OF A FAVORAbLE INTERESTS WITHIN
THE OFFICERS WITHIN QUESTIONS. i ALSO HAVE A
RIGHT TO bRING THAT (FORTH) AS WILL!
I'ALSO HAVE A RIGHT TO MAKE THOSE STATEMENTS
WITHIN MY APPEAL THAT INVOLVE AROUND STAFF MIS-
CONdUCTS ON THE PERSON FROMWHOM (bEING)MR.
LEWIS. FORWHICH i AGAIN PROPERLY did ON THE SAME
LEADING UP TO THIS AND WHAT I'AM GOING TO

2

CONTINUE TO do WITHIN THE REGARDS TOWARDS "Doc / HQ" APPEAL PROCESS PROCEDURALS. ALONG WITHIN ARE STATES COURTS AND YOU ARE TRYING EXTRAORDINARILY HARD TO PREVENT ME FROM FILING THIS WILL DIVIDED THOUGHTOUT WRITTEN APPEAL!

SO ALL OF THAT being SAID! CAN YOU PLEASE "YELLOW MARK - HighLight" WHAT I CAN AND CAN'T do. WITHIN THIS APPEAL OF MINES!

OH' AND CAN YOU ALSO LET, Ms. BLAIR. KNOW THAT I SAID HI.            THANK YOU

DATED THIS 15 DAY OF OCTOBER, 2019

RESPECTFULLY SUBMITTED:

/S/ Craig Barfield

MR. CRAIG BARFIELD #920542

PRO'SE PETITIONER

Rec'd 10/17

10/23/19 rewrite request

Due on or by:

10/30

last & chance please to info do

I have read your initial rewrite & this second one. ①Rewrites & appeals MUST stay on the original topic. When you add additional information, it changes the tone of the complaint. After you receive a response, if you disagree & wish to appeal, which is your right - keep in mind of this①. Last chance to complete appeal. You can simply write I appeal +/or add a few key points on the complaint form. OMIT info regarding Ms. Watson, abe, and everything else that does not pertain to your original grievance. Keep to ONE complaint form - no add'l pages.

A. Damler L. Stemler

1

**INTERROGATORY NO. 14:**

2
Describe in detail the hostile tendencies you claim in your Complaint that Defendant showed toward you.

3
**ANSWER:**

4

5

6
PLEASE SEE ATTACHED

7

8

9

10

11

12

13

14
**INTERROGATORY NO. 15:**

Describe in detail how Defendant violated your First Amendment rights.

15
**ANSWER:**

16

17

18

19
PLEASE SEE ATTACHED

20

21

22

23

24

25

26

DEFENDANT'S FIRST
INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO
PLAINTIFF CRAIG BARFIELD

15

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

CONCLUDED
FROM PAGE 15

1. INTERROGATORY NO. 14:      (1).
2. CO: ON 6/12/19 @ 5:30 PM  CORRECTIONAL MENTAL
3. HEALTH COUNSELOR #2 DEFENDANT KENNETH D.
4. LEWIS CAME ON MY TIER IN HOUSING UNIT-D.
5. AND BEGAN KNOCKING ON CELLS 105 OR 106.
6. EXPRESSIVELY SAYING MY NAME OUT LOUDLY IN
7. A ATTEMPT TO TAUNTINGLY LOCATE ME.
8.                      (2).
9. FINALLY ARRIVING AT MY CELL FRONT (HIS TARGET
10. DESTINATION) WHERE I WAS HOUSED IN CELL # 107.
11. THE DEFENDANT. KENNETH D. LEWIS IS NOT A
12. CUSTODY OFFICER AND HOLDS NO ASSIGN TITLE
13. AS ONE. BUT ON 6/12/19. DEFENDANT. KENNETH
14. D. LEWIS COMMUNICATED WITH THE BOOTH OFFICER
15. IN THE UNIT REQUESTING THAT MY CELL DOOR BE
16. OPENED.
17.                      (3).
18. LET IT BE TRULY KNOWN FOR RECORD THAT AT
19. THIS GIVEN TIME AND PLACE THERE WERE NO
20. CUSTODY STAFF WITH DEFENDANT. KENNETH D.
21. LEWIS. WHEN MY CELL DOOR WAS LET OPENED.
22. THE DEFENDENT. ENTERED MY CELL AS I THE
23. PLAINTIFF WAS SITTING AT MY TABLE IN THE CELL
24. WRITTING.
25.                      (4).
26. IN. A HOSTILE PLANOUT MANNER. DEFENDANT.

1  KENNETH D. LEWIS. CAME RUSHING INTO MY CELL
2  AND BEGAN YELLING AT ME AND POINTING HIS
3  FINGER'S IN MY FACE AND SAYING. HOW DARE
4  YOU GO BEHIND MY BACK AND TALK ABOUT ME.
5  IF. YOU HAVE SOMETHING TO SAY TO ME YOU SAY
6  IT TO MY FACE.
7                    (5).
8  LET IT BE WILL KNOWN FOR THE RECORD THAT
9  DURING THIS (DISTURBINGLY). INTERACTION AND
10  HOSTILE BEHAVIOR BY THE DEFENDANT. KENNETH
11  D. LEWIS. THAT THE DEFENDANT. BALL HIS FIRSTS
12  UP AT ME AT THAT CERTAIN TIME WHILE HE WAS
13  THERE WITHIN MY CELL AS A FORM OF AWAY TOO
14  "INTIMIDATE OR ANTAGONIZE ME MORE" THAT HE
15  WAS GENERALLY PREPARED FOR A PHYSICALLY.
16  VIOLENCE. COMFRONTATION WITH ME WHILE PRE-
17  SENTLY, THEREIN WITH ME.
18                    (6).
19  I' THEN IMMEDIATELY RESPONDED TO THE
20  DEFENDANT BY ASKING HIM TO GET OUT OF
21  MY CELL AND PERSONAL SPACE IN A ATTEMPT
22  TO DEFUSE THE SITUATION.
23                    (7).
24  THATS WHEN OFFICER BEECROFT. APPEARED AT
25  MY OPEN CELL FRONT DOOR WITH GLOVES ON
26  ALSO BEHIND LEWIS AND TOLD THE DEFENDENT

1  "LETS GO".

2                              (8).

3  DEFENDANT. KENNETH D. LEWIS. THEN TOOK

4  ONE STEP BACK OUT OF MY CELL. THEN STEPED

5  BACK IN WITH THE ATTEMPT TO INTIMIDATE ME

6  A LITTLE BITE MORE. THEN HE WALKED OUT OF

7  MY CELL AND BACK DOWN THE TIER TO EXIT.

8

9                              (9).

10  AS HE WAS LEAVING, HE TOLD ME DON'T DO IT

11  AGAIN. AS IF IMPLYING "OR ELSE" OR MAKING

12  IT SEEM TO ME THAT IT WOULD BE CONSEQUENCE'S

13  INVOLVE, NEXTIME AROUND WITH HIM.

14                              (10).

15  LATER ON DURING THE NEXTDAY, JUNE 13TH 2019.

16  AFTER THE CONFRONTATION! I'ASK THE UNIT FLOOR

17  OFFICER'S TO SPEAK WITH A SERGEANT ABOUT THE

18  INCIDENT. ALTERCATION BETWEEN ME AND THE

19  DEFENDANT BUT MY REQUESTS WERE BASICALLY

20  IGNORED AND BRUSH ASIDE THAT DAY.

21

22  INTERROGATORY NO. 15:    (1).

23  DEFENDANT. KENNETH D. LEWIS. VIOLATED MY

24  FIRST AMENDMENT RIGHTS BY THREATING ME BY

25  SAYING i BETTER NOT GO BEHIND HIS BACK AND

26  TALK ABOUT HIM AGAIN.

concluded
From Page.15

(2).

2  BY THREATING ME WITH VERBAL AND PHYSICAL
3  INTIMADATION AND HIM THE DEFENDANT SAYING
4  "DON'T DO IT AGAIN" WITH THE (SUGGESTIVE)
5  IMPLICATIONS THAT THERE WOULD BE DISCI-
6  PLINARY OR PHYSICAL REPERCUSSIONS!
7  DEFENDANT BARRED ME FROM SPEAKING FREELY
8  AND EVEN PREVENTLY ME FROM (AT) THE TIME,
9  EXITING MY CELL WHILE HE WAS PRESENTLY
10  WITHIN IT DURING THAT OCCURRING TIME OF EVENTS
11  WITH HIM THEREOF.

(3).

13  BY HIS THREATS OF (DON'T DO IT) WITH THE
14  "INTENTED" IMPLICATIONS OF (OR ELSE) WORRYING-
15  LY AND SERIOUSLY RECEIVED BY ME THE
16  PLAINTIFF. WAS IN FACTUAL A IN DIRECT VIOLATION
17  OF MY FIRST AMENDMENT RIGHTS OF FREEDOM
18  OF SPEECH.

CONCLUSION

22  THE DEFENDANT. KENNETH D. LEWIS. AS WILL AT
23  THOSE'S PASTS OF EVENTS! TRULY HAD WILLFULLY
24  DEMONSTRATED HIS RECKLESSNESS DISREGARDS
25  TOWARD MY SAFETY AND COUNSELLING TREATMENT
26  STATUS UNDER HIS CARE HERE WITHIN "THE

1 MONROE CORRECTIONAL COMPLEX / SPECIAL
2 OFFENDER UNIT" AND HAD CONTINUE WITH HIS
3 ATTITUDE OF SARCASTIC, HARASSMENT REMARK
4 TACTIC'S TOWARDS ME, UNTIL HIS FINAL
5 (EMPLOYMENT) DEPARTURE AWAY FROM "THE
6 WASHINGTON STATE DEPARTMENT OF CORRECTIONS',"
7
8 AS THE CENTRAL RECORD ELECTRONICAL FILES,
9 WILL DEMONSTRATINGLY DISPLAY THE NUMBER
10 OF COMPLAINTS AND LETTERS THAT I HAD BROUGH-
11 FORTH AGAINSTS HIM WITHIN A TWO YEAR, YEAR,
12 TIME SPAN! FROM MAY OF 2019 UNTIL THE (MID)
13 OF 2021.
14
15 FORWHICH FROM THE START, IT WAS EVIDENTED TO
16 SEE THAT THE DEFENDANT, KENNETH D. LEWIS,
17 WAS CONTRARILY TRULY INVINCIBLE OR IMMUNE
18 TO COMPLYING TO THE DEPARTMENT OF CORRECTIONAL
19 \ REGULATORY, POLICIES & PROTOCOLS / PRO-
20 CEDURALS WITHIN PLACE.
21
22
23
24
25
26

1

**INTERROGATORY NO. 16:**

2
Describe in detail Defendant's harassment tactics toward you as claimed in your Complaint, including dates and locations of such harassment.

3

ANSWER:

4

5

6

PLEASE SEE ATTACHED

7

8

9

10

11

12

13

14

15

**INTERROGATORY NO. 17:**

16
Identify any individual who witnessed the "harassment tactics" described by you in the preceding interrogatory, including when the harassment took place, and what was witnessed by each individual identified.

17

18

ANSWER:

19

20

PLEASE SEE ATTACHED

21

22

23

24

25

26

DEFENDANT'S FIRST                        16                ATTORNEY GENERAL OF WASHINGTON
INTERROGATORIES AND REQUESTS                                        Torts Division
FOR PRODUCTION TO                                              7141 Cleanwater Drive SW
PLAINTIFF CRAIG BARFIELD                                              PO Box 40126
                                                              Olympia, WA 98504-0126
                                                                  (360) 586-6300

INTERROGATORY NO. 16:          (1).
DEFENDANT KENNETH D. LEWIS USED THE TACTICS
OF VERBAL INTIMIDATION OF HARASSMENT TEN-
DENCIES. BY USING THE WORDS don't do it again.
AND BY TELLING ME TO NEVER GO BEHIND HIS
BACK AND TALK ABOUT HIM! FROM WHICH HIS
TAUNTING AT SPECIFICALLY TIME WAS EXTREMELY
HOSTILE AND DURBINGLY TO ME.
                              (2).
WITH EACH STATEMENT FROM THE DEFENDANT HE
MAY HAD HINTLY IMPLIED THAT THERE WOULD BE
REPERCUSSION OF EITHER DISCIPLINARY OR PHY.
SICAL VIOLENCE. WHICH INABLED ME FROM EXER-
CISING MY FIRST AMENDMENT RIGHT OF
FREEDOM OF SPEECH. AND AT THE TIME OF THE
EVENT (HE) HAD UNABLING ME FROM EXITING MY
CELL WHILE HE WAS PRESENTLY WITHIN IT.
                              (3).
DEFENDANT KENNETH D. LEWIS ALSO USED THE
TACTIC OF INTIMIDATION BY TAKING A FULL DIS-
ADVANTAGE OF ME BY LITERALLY POINTING HIS
FINGERS RIGHT IN MY FACE WHILE HE WAS RIGHT
WITHIN THE MIDDLE OF MY CELL FLOOR! LIKE HE
HAD INTENTED ON GETTING PHYSICALLY VIOLENT ME.
THIS OR WHILE IT HAD OCCUR ON. JUNE 12TH, 2019. AT
THE "MONROE CORRECTIONAL COMPLEX SPECIAL OFFEND-
ERS UNIT / D-UNIT CELL NO: 107.

(4).

1  FOR THE RECORD THIS WAS BEFORE THE
2  "COVID-19" OUTBREAK AND IN VIOLATION OF THE
3  PRISON RAPE ELIMINATION ACT PROTOCOL. (PREA).

(5).

5  "ANY OFFICER OR PERSONNEL ARE NOT ALLOW TO
6  ENTER AN INMATES CELL WITHOUT THE SUPER-
7  VISION OF A SERGENT OR LIEUTENANT WHEN THE
8  INMATE IS IN THERE.
9
10
11 INTERROGATORY NO. 17:          (1).
12 INMATES "LAUCH" WHOM, FULL NAME I DON'T
13 ADEQUATELY KNOW. BUT THE "DEPARTMENT OF
14 CORRECTIONS" CHRONICLES HAS THIS OFFENDER
15 HOUSED AT THE TIME OF THE INCIDENT IN CELL
16 #109 ON D-UNIT AT "MONROE CORRECTIONAL
17 COMPLEX'S SPECIAL OFFENDER'S UNIT."
18                            (2).
19 INMATE "BOB" WHOM, FULL NAME I DON'T ADEQUATELY
20 KNOW. BUT THE "DEPARTMENT OF CORRECTIONS"
21 CHRONICLES HAS THIS OFFENDER HOUSED AT THE
22 TIME OF THE INCIDENT IN CELL # 106 ON D-UNIT
23 AT "MONROE CORRECTIONAL COMPLEX'S SPECIAL
24 OFFENDERS UNIT".
25
26

(3).

1  "MONROE CORRECTIONAL COMPLEX'S SPECIAL OFFENDER'S
2  UNIT" EMPLOYEE / DEPARTMENTMENT OF COR-
3  RECTION. D-UNIT STAFF. FLOOR  C/O. GLYN
4  BEECROFT. FROMWHOM HAD CAME UPON THE INCIDENT
5  SCENE WHILE IT WAS TAKING PLACE THERE (ON)
6  TIER ONE WITHIN D-UNIT.

7                              (4).

8  AT THE GIVEN TIME OF THIS INCIDENT THE BOOTH
9  "CORRECTIONAL OFFICER" THAT FROMWHOM WAS CUR-
10  RENTLY WORKING WITHIN THE D-UNIT / CONTROL
11  BOOTH. THE ONE THAT HAD APPARENTLY (OPEN) MY
12  CELL DOOR (SO AS) MR. LEWIS. COULD GAIN FULL
13  OBTAINABLE ACCESS AT ME! WOULD ALSO HAVE TO BE
14  INQUIRINGLY. LOCATED by THE MEANS OF THE
15  UNIT LOG / BOOKS (ON) THAT DAY OF JUNE 12 TH
16  2019.

17                    NOTE THAT

18

19  STATIONARY SURVEILLANCE VIDEO FROM " HALL MONITOR
20  CAMERAS" LOCATED ON D-UNITS ONE TIER WILL ALSO
21  DEMONSTRATE THE PROOF OF THE INCIDENT WITHIN
22  ITS FULL ENTIRETY ! IT. WILL TRULY SHOW THAT
23  THE DEFENDENT HAD PURPOSELY WITHIN A MOTIVATED
24  DISREGARD'S. TOWARDS THE ACTIVE "PROCEDURAL
25  POLICIES IN PLACE" ENTER MY CELL AT THE TIME
26  ALONE (IRATED) AND UNSUPERVISED.

1 | **REQUEST FOR PRODUCTION J:**
Please produce all documents or other items that support or relate to your claims or answers to these
2 | interrogatories not otherwise produced.

3 | **RESPONSE:**

4

5

6

7

8

9

10
        DATED this 1st day of March, 2022.
11

12                                      ROBERT W. FERGUSON
                                        Attorney General
13
                                        */s/ Madison M. Burke*
14                                      MADISON M. BURKE, WSBA No. 51250
                                        Assistant Attorney General
15                                      PO Box 40126
                                        Olympia WA  98504-0126
16                                      Telephone: (360) 586-6367; Fax: (360) 586-6655
                                        E-mail: Madison.Burke@atg.wa.gov
17                                      Attorney for Defendant

18

19

20

21

22

23

24

25

26

DEFENDANT'S FIRST                        17            ATTORNEY GENERAL OF WASHINGTON
INTERROGATORIES AND REQUESTS                                     Torts Division
FOR PRODUCTION TO                                            7141 Cleanwater Drive SW
PLAINTIFF CRAIG BARFIELD                                          PO Box 40126
                                                            Olympia, WA 98504-0126
                                                               (360) 586-6300

1  STATE OF WASHINGTON  )
                                           ) ss.
2  COUNTY OF _____ )

3      CRAIG BARFIELD, being first duly sworn on oath, deposes and says:

4      That I am the Plaintiff in the above-entitled action. I have read the above and foregoing

5  answers to Defendant's First Set of Interrogatories and Requests for Production to Plaintiff,

6  know the contents thereof, and believe the same to be true.

7

8                           _____
                            CRAIG BARFIELD

9

10     SUBSCRIBED AND SWORN to before me this 4 day of

11  APRIL_____, 2022.

12

13

14                      _____
                        (signature of notary)

15

16                      _____
                        (type or print name of notary)
                        Notary Public in and for the State of Washington
17                      My appointment expires _____

18

19

20

21

22

23

24

25

26

DEFENDANT'S FIRST                          18       ATTORNEY GENERAL OF WASHINGTON
INTERROGATORIES AND REQUESTS                        Torts Division
FOR PRODUCTION TO                                   7141 Cleanwater Drive SW
PLAINTIFF CRAIG BARFIELD                            PO Box 40126
                                                    Olympia, WA 98504-0126
                                                    (360) 586-6300

**INTERROGATORY NO. 11:**

Have you sustained any damages as a result of the incidents alleged or referred to in your Complaint, other than those listed in answer to the preceding Interrogatories? If so, for each instance, please state:

    a.  The nature and amount claimed for such damages and dates on which they occurred; and

    b.  The name and address of any persons whom you have paid or owe money to as a consequence of such damages.

**ANSWER:**

No.

**REQUEST FOR PRODUCTION G:**

Please produce all documents or other items that support or relate to your answer to Interrogatory No. 11.

**RESPONSE:**

DEFENDANT'S FIRST
INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO
PLAINTIFF CRAIG BARFIELD

12

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1

**INTERROGATORY NO. 12:**

2

Please identify every e-mail, letter or other document referenced in your Complaint, including the sender, recipient, date, time, and subject of each document, as well as the paragraphs of your

3

Complaint the document was referenced in.

4

ANSWER:

5

6

7

8

9

10

11

12

13

14

**REQUEST FOR PRODUCTION H:**

15

Please produce all documents or other items that support or relate to your answer to Interrogatory No. 12.

16

RESPONSE:

17

18

19

20

21

22

23

24

25

26

DEFENDANT'S FIRST
INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO
PLAINTIFF CRAIG BARFIELD

13

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1

**INTERROGATORY NO. 13:**

2    If you, your attorney or representative have possession, custody or control, or are aware of the existence of any documentary, demonstrative or other tangible evidence relating to any aspect of

3    this case, including your claims and any damages, please describe each such item, including any and all identifying features, the name, address and telephone number of the person who prepared

4    the item, and the name, address and telephone number of the person now in possession, custody or control of the item.

5

6    ANSWER:

7

8

9

10

11

12

13

14

15

16    **REQUEST FOR PRODUCTION I:**

17    Please produce all documents or other items that support or relate to your answer to Interrogatory No. 13.

18    RESPONSE:

19

20

21

22

23

24

25

26

DEFENDANT'S FIRST                                    14                  ATTORNEY GENERAL OF WASHINGTON
INTERROGATORIES AND REQUESTS                                                        Torts Division
FOR PRODUCTION TO                                                              7141 Cleanwater Drive SW
PLAINTIFF CRAIG BARFIELD                                                          PO Box 40126
                                                                            Olympia, WA 98504-0126
                                                                                (360) 586-6300

EXHibiT

ATTACHMENT

# 2



STATE OF WASHINGTON
**DEPARTMENT OF CORRECTIONS**
P.O. Box 41118 • Olympia, Washington 98504-1101

July 29, 2019

Craig Barfield, DOC #920542
D / D107
Monroe Correctional Complex - SOU
PO Box 514
Monroe, WA  98272

Mr. Barfield:

Your request for records was received on July 24, 2019 and your correspondence was received on July 26, 2019.  This request has been assigned public records tracking number P-7697.  Please reference that number in any future correspondence regarding this request.

You write to request disclosure of the following records regarding yourself, with a timeframe of June 12, 2019 around 4:30 – 6:30:

- A copy of video footage pertaining to your grievance number 19680984

If my interpretation of this request is incorrect please notify me at the address listed below, otherwise department staff are in the process of identifying and gathering records responsive to your request.  You may expect further correspondence regarding the status of P-7697 within 36 business days, on or before September 18, 2019.

Sincerely,

Lora Bronson
Public Records Specialist
Department of Corrections | Public Records Unit
P.O. Box 41118 | Olympia, WA  98504-1118

LB: P-7697

recycled paper



STATE OF WASHINGTON
### DEPARTMENT OF CORRECTIONS
P.O. Box 41118 • Olympia, Washington 98504-1101

September 17, 2019

Craig Barfield, DOC #920542
D / D107
Monroe Correctional Complex - SOU
PO Box 514
Monroe, WA 98272

Mr. Barfield:

This is a follow up to my previous correspondence to you regarding your public records request P-7697.

You write to request disclosure of the following records in regard to yourself, with a timeframe of June 12, 2019 around 4:30 – 6:30:

- A copy of video footage pertaining to your grievance number 19680984

One surveillance video was identified as being responsive to your request.

Redactions have been made as appropriate per statute and are noted on the denial form/exemption log which is also enclosed. If you wish to appeal my decision for redacting or withholding records in part or whole, you may do so by submitting the appeal portion of the form to the Public Disclosure Appeals Office, PO Box 41103, Olympia, WA 98504-1103.

These records are provided to you in accordance with the Public Records Act. By making agency documents available to you, the Department is not responsible for your use of the information or for any claims or liabilities that may result from your use or further dissemination.

This request is considered fulfilled and has been closed.

Sincerely,

Lora Bronson
Public Records Specialist
Department of Corrections | Public Records Unit
P.O. Box 41118 | Olympia, WA 98504-1118

LB: P-7697

*" Working Together for SAFE Communities"*

recycled paper

**STATE OF WASHINGTON**
**DEPARTMENT OF**
**CORRECTIONS**                                    **AGENCY DENIAL FORM / EXEMPTION LOG**

Date:    09/17/2019                              Tracking Number:    P-7697

Denial of Disclosure Decided by (Name/Title):    Lora Bronson, Public Records Specialist

YOUR REQUEST FOR DISCLOSURE OF THE RECORDS IDENTIFIED WITHIN THE CORRESPONDING
MATERIALS HAS BEEN DENIED TO THE EXTENT AND FOR THE REASON(S) SET FORTH BELOW.

Each exemption applied to the records is associated with a number in the **EXEMPTIONS SECTION** below, which
explains the exemption(s) relied upon to make redactions to the records.

| RECORDS WITHHELD IN THEIR ENTIRETY | | | | | |
|---|---|---|---|---|---|
| **PAGE NUMBER(S)** | **DOCUMENT DATE** | **DOCUMENT DESCRIPTION** | **AUTHOR** | **RECIPIENT** | **EXEMPTION(S)** |
| N/A | 06/12/2019 | Surveillance Video | Department of Corrections | Department of Corrections | **20.5-SURVEILLANCE VIDEO** |

## EXEMPTIONS SECTION

The following section identifies and explains the exemptions relied upon in the above table(s):

**20.5-SURVEILLANCE VIDEO** – Surveillance video is protected from disclosure in its entirety and has been
withheld per the following citations:

RCW 42.56.240(1) – "Specific intelligence information and specific investigative records compiled by investigative,
law enforcement, and penology agencies, and state agencies vested with the responsibility to discipline members of any
profession, the nondisclosure of which is essential to effective law enforcement or for the protection of any person's
right to privacy."

RCW 42.56.420(2) – "Those portions containing specific and unique vulnerability assessments or specific and unique
emergency and escape response plans at a city, county, or state adult or juvenile correctional facility, the public
disclosure of which would have a substantial likelihood of threatening the security of a city, county, or state adult or
juvenile correctional facility or any individual's safety."

Fischer v. Washington State Department of Corrections, No. 64818-7-I, January 24, 2011



STATE OF WASHINGTON
**DEPARTMENT OF CORRECTIONS**
*P.O. BOX 41139 ● Olympia, Washington 98501-1100*

October 3, 2019

Craig Barfield, DOC #920542
Monroe Correctional Complex – SOU E / E227
PO Box 514
Monroe, WA 98272

Subject: Public Records Appeal 045-P-7697-19

Dear Craig Barfield:

On October 2, 2019, the Risk Management Unit of the Department of Corrections received your correspondence addressed to the Public Disclosure Specialist, Ms. Bronson in which you request if there is an appeal process in place to appeal the Department's denial of your request for public records, specifically surveillance video that was withheld (Question #4). Your correspondence has been directed to me for the appeals process.

I have reviewed your request, related correspondence and information provided in your letter and I find the withholding appropriate. These records contain information the disclosure of which may compromise the safety and/or security of people and/or a facility therefore were withheld in their entirety per the following citations:

**20.5-SURVEILLANCE VIDEO** – Surveillance video is protected from disclosure in its entirety and has been withheld per the following citations:

RCW 42.56.240(1) – "Specific intelligence information and specific investigative records compiled by investigative, law enforcement, and penology agencies, and state agencies vested with the responsibility to discipline members of any profession, the nondisclosure of which is essential to effective law enforcement or for the protection of any person's right to privacy."

RCW 42.56.420(2) – "Those portions containing specific and unique vulnerability assessments or specific and unique emergency and escape response plans at a city, county, or state adult or juvenile correctional facility, the public disclosure of which would have a substantial likelihood of threatening the security of a city, county, or state adult or juvenile correctional facility or any individual's safety."

Fischer v. Washington State Department of Corrections, No. 64818-7-I, January 24, 2011

In response to question #3 regarding preservation of the video, the video will be retained for two years based on the public disclosure retention requirements.

Regarding the rest of your questions and hypothetical statements, no one in the public disclosure process is making suggestive remarks, statements, assumptions or opinions regarding any alleged issue that prompted you to make your public disclosure request.

Appeal #:  045-P-7697-019
Barfield, Craig #920542
October 3, 2019
Page 2 of 2


Your records request P-7697 is and remains closed.

Sincerely,

Shari Hall
Public Records Appeals Officer

SH
cc:    Public Records Unit
       Risk Management PD Appeal File



STATE OF WASHINGTON
**DEPARTMENT OF CORRECTIONS**
*P.O. BOX 41139 ● Olympia, Washington 98501-1100*

October 16, 2019

Craig Barfield, DOC #920542
Monroe Correctional Complex – SOU E / E227
PO Box 514
Monroe, WA 98272

Subject:  Public Records Appeal 046-P-7697-19

Dear Craig Barfield:

On October 3, 2019, the Risk Management Unit of the Department of Corrections received your appeal for public disclosure request P-7697.  You are appealing the Department's withholding of facility surveillance video.  This appeal seems to be a duplicate that was received on October 2, 2019 and responded to on October 3, 2019.

As stated in my previous letter, I reviewed your request, related correspondence, the information provided in your letter and I find the withholding appropriate.  These records contain information the disclosure of which may compromise the safety and/or security of people and/or a facility therefore were withheld in their entirety per the following citations:

    **20.5-SURVEILLANCE VIDEO** – Surveillance video is protected from disclosure in its entirety and has been withheld per the following citations:

    RCW 42.56.240(1) – "Specific intelligence information and specific investigative records compiled by investigative, law enforcement, and penology agencies, and state agencies vested with the responsibility to discipline members of any profession, the nondisclosure of which is essential to effective law enforcement or for the protection of any person's right to privacy."

    RCW 42.56.420(2) – "Those portions containing specific and unique vulnerability assessments or specific and unique emergency and escape response plans at a city, county, or state adult or juvenile correctional facility, the public disclosure of which would have a substantial likelihood of threatening the security of a city, county, or state adult or juvenile correctional facility or any individual's safety."

    Fischer v. Washington State Department of Corrections, No. 64818-7-I, January 24, 2011

Your records request P-7697 is and remains closed.

Sincerely,

Shari Hall
Public Records Appeals Officer

SH
cc:   Public Records Unit
      Risk Management PD Appeal File

FROM
THE
ORIGINAL
COPY

MONROE CORRECTIONAL COMPLEX
PO BOX 514 / SOU
MONROE ـ WASHINGTON ـ 98272

FEBRUARY 2. 2020

To: MS. LORA BRONSON
PUBLIC RECORDS SPECIALIST
DEPARTMENT OF CORRECTIONS
PUBLIC RECORDS UNIT
PO BOX 41118
OLYMPIA ـ WASHINGTON. 98504

MS. BRONSON

HELLO THERE FOR THE FOURTH TIME. TO-
WARDS MY VITAL CONCERNS OF ISSUE'S THAT
I WOULD ONCES AGAIN LIKE TO DIRETLY
SET FORTH WITH YOU THERE!

AND ALTHOUGH AT FIRST ON. 9/12/19 & 9/27/19.
I HAD TRY TO EFFECTIVELY bRING ABOUT
THE QUESTION ON WHAT WAS TRULY dE-
PICTED OR DEMONSTRATIVELY PLAYOUT
WITHIN THAT "MCC / SOU" 6/12/19. GRIEVANCE

LOG I.D. NO: 19680984 / PUBLIC RECORDS
TRACKING NO: P-7697 / PERTAINING TO VIDEO
FOOTAGE WITH A TIME FRAME FROM 4:30 TO
6:30 PM / FROM WHICH YOU HAD TITLE MARK

1

"EXEMPTION / 20.5- SURVEILLANCE VIDEO".
THERE AS YOUR DENIAL DECISION UPON MY
REQUESTS TO ABTAIN iT THERE FROM YOU!

AS i HAD MADE THOSE REFERENCE TO YOU
ABOUT WHAT THE VIDEO WAS ACTUALLY
SHOWING FORWHICH YOU (NOR) "PUBLIC RE-
CORDS APPEALS OFFICER"

Ms. SHARI HALL. CHOOSE TO SUBMIT TO ME
UPON MY REQUESTS FOR THAT (INFO) FROM
YOU! SO. I'AM NOW WITHIN THE LITIGATIONAL
PROCESSES ON FILING AN " 42.U.S.C § 1983"
TO THE FEDERAL COURTS AND BECAUSE OF
ALL THOSE "DOC / ADMINISTRATIVE" DIS-
CREPANCIES THAT WERE INVOLVE DURING THEIR
INVESTIGATIONS INTO THIS MATTER OF MINES.
WOULD NOW ONCES AGAIN FOR THE FEDERAL
COURTS RECORDS!

LIKE TO ASK YOU. WHAT iS NECESSARILY
DESCRIPTIVE WITHIN THAT "20.5- SURILLANCE
VIDEO" THERE AT AGENCY HEADQUARTER?

ALSO PLEASE NOTE THERE AS WILL. THAT

2

IT is TRULY IMPORTANTLY THAT you un-
biasLY Provide Me WITHin THE FULL
DETAILs UPON THis REQUESTs OF MiNEs
THis TIME!

BECAUSE THE COURTS ARE going TO OR
ESSENTIALLY Ask Me. did i MAKE ANYTYPE
OF A WRITTEN EFFORTS TO obTAiN THAT
SPECIFIC obSERVANTLY diALOGUE WITHin
iTSELF ANd i WELL THEN HAVE VALiD PROOF
THAT (YES) A EFFORT WAS ESTAbLishLY
MADE (in) good showing OF FATE by
ME WITHin MY PART TO obTAiN THAT de-
PiCTEd (INFO) WITHin THE "VIDEO SCENE"
ENTiRELY WITHin iTSELF!

LooKiNg FORWARD ON PAssiVELY HEARiNg
(bACK) FROM YOU THERE SOON. OH 'ANd
ONE LAST QUESTiON. ARE ALL OF MY LETTERS
TO YOU ALSO. CONSiDER "PubLic RECORDS"
THERE As WILL TOO YOU?

---

NOTE: TO THE COURT THAT "PubLic RECORDS
SPECiALiST" Ms. LORA BRONSON / CHOSE'NOT
TO AdEQUATELY RESPONd bACK TO THiS
ADDRESS LETTER TO HER THERE:

3

EXHibiT

ATTACHMENT

# 3

**Department of Corrections**
WASHINGTON STATE

**OFFENDER'S KITE**

*PAPELETA DE PETICIÓN DEL INTERNO*

OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)*
C. BARFIELD

| DOC NUMBER/*NÚMERO DOC* | FACILITY, UNIT, CELL/FACILITY IS *INSTALACIÓN/UNIDAD, CELDA* | DATE/*FECHA* |
|---|---|---|
| 920542 | SOU / D-107 | 7/11/19 |

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*
MCC-SOU CMHUS. Blackburn

☐ Interpreter needed for_____ (language).
☐ Necesito intérprete para_____ (idioma).

**REASON/QUESTION**
*RAZÓN/PREGUNTA*

• Hello Again / Requests to you •
As i brieFLy spoke with Sgt. Meyer on. 7/10/19
About obtaining The video footage (on) Mr Lewis
entering my cell on. 6/12/19. For which He Had
verify To watching it! would now Like To ask you
For The identification number or whatever (mean
you use to identify That PART of The video! So i can
tell my 3rd PARTy (on) How To go About Requests
it (on) a "Public Disclosure Requests,
For it. "Thank if Possible" ☺

| SIGNATURE/*FIRMA* | DAYS OFF/*DÍAS LIBRES* |
|---|---|
| C. Barfield | July 11 2019 |

**RESPONSE**
*RESPUESTA*

The video was submitted to the
grievance that you wrote
pertaining to this.

| RESPONDER/*PERSONA QUE RESPONDE* | DATE/*FECHA* |
|---|---|
| CMHUS Bla_ C | 7/18/19 |

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución:* **BLANCA/AMARILLA**-*Persona que responde,* **AMARILLA**-*Devuelva al interno con respuesta,*
**ROSA**-*Interno*
DOC 21-473 E/S (Rev. 05/23/13)                         DOC 390.585, DOC 450.500

**Department of Corrections**
WASHINGTON STATE

**OFFENDER'S KITE**

*PAPELETA DE PETICIÓN DEL INTERNO*

OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)*
C. BARFIELD

| DOC NUMBER/*NÚMERO DOC* | FACILITY, UNIT, CELL/*FACILITY IS INSTALACIÓN/UNIDAD, CELDA* | DATE/*FECHA* |
|---|---|---|
| 920542 | SOU / D-107 | 7/18/19 |

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*
SOU - CMHILS Blackburn.

☐ **Interpreter needed for**_____ **(language).**
☐ *Necesito intérprete para*_____ *(idioma).*

**REASON/QUESTION**
*RAZÓN/PREGUNTA*

• Investigation concerns •

I now see a cover-up going on
a "white wash-Damage's control act"
But it not yet over! You see if you review
Mr. Lewis right-up on me that sameday he fail
To mention that the cell door Had accident

| SIGNATURE/*FIRMA* | DAYS OFF/*DÍAS LIBRES* |
|---|---|
| C. Ba_____ | JULY 18 2019 |

**RESPONSE**
*RESPUESTA*

Upon-up as stated on my Level 2
Appeal response back also he fail to
included that c/o Beecroft was there
with him! Either this footages has been
Alter or this is the wrong time frames of
date! Mr. Lewis has knock on my cell door
on 3. Occasions before and after this
incident - Prove me wrong call me out and
let me see for myself! The actual date on the
tape

| RESPONDER/*PERSONA QUE RESPONDE* | DATE/*FECHA* |
|---|---|
| | |

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución:* **BLANCA/AMARILLA**-*Persona que responde,* **AMARILLA**-*Devuelva al interno con respuesta,* **ROSA**-*Interno*
DOC 21-473 E/S (Rev. 05/23/13)                    DOC 390.585, DOC 450.500

*[handwritten on right margin: Status Blk C 7/23/19   No room to respond   Tape this]*

Department of
**Corrections**
WASHINGTON STATE

**OFFENDER'S KITE**

*PAPELETA DE PETICIÓN DEL INTERNO*

| OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO  (LETRA DE MOLDE)* | | | |
|---|---|---|---|
| C. BARFIELD | | | |
| DOC NUMBER/*NÚMERO DOC* | FACILITY,   T, CELL/FACILITY IS   INSTALAC.   *NIDAD, CELDA* | | DATE/*FECHA* |
| 920542 | SOU ,   D-107 | | 8/5/19 |
| DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE* | | | |
| CMHUS / Ms. SARAH BLACKbURN. | | | |

**REASON/QUESTION**
*RAZÓN/PREGUNTA*

☐ Interpreter needed for_____ (language).
☐ *Necesito intérprete para_____ (idioma).*

I HAD ADEQUATELY RECEIVE A "PUbLE RECORDS" COR-
RESPONDENCE'S bACK FROM THE (DOC) PUbLIC RECORDS
SPECIALIST! FORWHICH SHE HAD EXPRESS CERTAIN CON-
CERNS WITHIN MY REQUESTS FOR THAT PARTICULAR VID-
EO FOOTAGE'S" INVOLVED WITHIN MY GRIEVANCE TOWARDS
MR. LEWIS! AND WOULD LIKE TO MEET WITH YOU TO DISCUSS
WHAT EXACTLY DID YOU SEE PERTAINING TO THAT FOOTAGE'S.

| SIGNATURE/*FIRMA* | DAYS OFF/*DÍAS LIBRES* |
|---|---|
| C. Barfield | AUGUST 5, 2019 |

**RESPONSE**
*RESPUESTA*

I submitted everything with
the investigation to the
grievance coordinator, so I
no longer have it. She could
reach out to them if she needs.
Thanks!

| RESPONDER/*PERSONA QUE RESPONDE* | DATE/*FECHA* |
|---|---|
| CMHUS BW | 8/6/2019 |

Distribution:  **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución: **BLANCA/AMARILLA**-Persona que responde, **AMARILLA**-Devuelva al interno con respuesta,*
**ROSA**-*Interno*
DOC 21-473 E/S (Rev. 05/23/13)                    DOC 390.585, DOC 450.500

*Dismissed*

**Department of**
## Corrections
WASHINGTON STATE

# GENERAL INFRACTION REPORT
## *REPORTE DE INFRACCION GENERAL*

Barfield, Craig
Offender name
*Nombre del interno*

920542
DOC number
*Número de DOC*

MCC-SOU/D-Unit cell 107
Facility/housing assignment
*Instalación/alojamiento asignado*

06/12/2019
Infraction date
*Fecha de la infracción*

06/12/2019
Incident date
*Fecha del incidente*

17:35
Incident time
*Hora del incidente*

Incident place
*Lugar del incidente*

103
Rule violations/*Violaciones a las reglas*

Witnesses/*Testigos*

## NARRATIVE - State a concise description of the rule violations
### *NARRATIVA - Haga una descripción concisa de las violaciones a las reglas*

On 06/12/2019 at 17.35 I (CMHC2) Kenneth Lewis went to offender Barfield Craig (920542) cell to speak with him regarding correspondence he issued and a complaint he made. When at cell front I knocked on the door several times however, offender Barfield did not respond. I then gave an oral order to speak with me regarding his recent correspondence at which point he stated no, and walked away from cell front. Offender Barfield is in violation of WAC 103 failing to perform any oral/written orders, rules, or policies not otherwise listed when he made the decision to not follow my oral order to speak at cell front.

Recommended sanctions/*Sanciones Recomendadas:* Loss of phone

Kenneth d. Lewis CMHC2
Reporting employee/contract staff
*Empleado/contratista que reporta*

Signature
*Firma*

3rd shift/ Sunday, Monday, Tuesday
Shift/days off
*Turno/días libres*

Infraction Reviewer
*Revisor de la Infracción*

Signature
*Firma*

06/12/2019
Date
*Fecha*

## NOTICE TO OFFENDER/*AVISO AL INTERNO*

You are to appear at 1200 ☐ am ☑ pm on Sun 7/7/19 in the D-unit
Time                                    Date/day                          Where
*Debe presentarse a* _____ ☐ am ☐ pm *el* _____ *en el* _____
*Hora*                                 *Fecha/día*                      *Lugar*

☐ I, _____, DOC # _____ waive my right to the required **24 hour** notice before the hearing and authorize the Disciplinary Hearing Officer to make a disposition/decision regarding the information and evidence presented as it pertains to my particular situation.
*Yo,* _____, *DOC #* _____ *renuncio a mi derecho al aviso previo requerido de 24 horas antes de la audiencia y autorizo al Funcionario de Audiencia Disciplinaria a tomar una disposición/decisión basándose en la información y pruebas presentadas con respecto a mi situación particular.*

☐ I, _____, DOC # _____ waive my right to attend the hearing. I understand the hearing will be held in my absence.
*Yo,* _____, *DOC #* _____ *renuncio a mi derecho de asistir a la audiencia. Yo entiendo que la audiencia se llevará a cabo en mi ausencia.*

Interpreter
*Intérprete*                              ☐ Requested      ☐ Waived
                                           *Solicitado*       *Renunciado*
Department Advisor
*Asesor del departamento*        ☐ Requested      ☐ Waived
                                           *Solicitado*       *Renunciado*
Certified sign language interpreter  ☐ Requested      ☐ Waived
*Intérprete de señas certificado*   *Solicitado*       *Renunciado*

**I have received a copy of this form and any attachments.**
*He recibido una copia de este formulario y cualquier adjunto.*

X Refused to sign C/o Walker
Offender signature/*Firma del Interno*

C/O Misiano
Issuing employee/*Empleado Generador*

Signature/*Firma*

7/5/19
Date/*Fecha*

1232
Time/*Hora*

7/5/19
Date/*Fecha*

EXHIBIT

ATTACHMENT

# 8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE
TACOMA, WA 98402

August 18, 2021

Craig Barfield
MONROE CORRECTIONAL COMPLEX−SOU
PO BOX 514
MONROE, WA 98272−0514

Your civil action *Barfield v. Lewis* was filed in the U.S. District Clerk's office at on August 17, 2021.

Your case has been assigned Case Number **2:21−cv−01099−RAJ−TLF,** and has been assigned to Judge Richard A. Jones, Presiding Judge, and referred to Magistrate Judge Theresa L Fricke.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file



MR CRAIG BARFIELD #742342
MONROE CORRECTIONAL COMPLEX-SOU
Po Box 514
MONROE .    WASHINGTON. 98272

OCTOBER 14, 2021

TO: UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
  OFFICE OF THE CLERK
RAVI SUBRAMANIAN. DEPUTY CLERK
  1717 PACIFIC AVE
TACOMA .         WASHINGTON. 98402


RAVI SUBRAMANIAN. CLERK


RE: BARFIELD V. LEWIS, CASE NO: 2:21-CV-01099-RAJ-TLF


IF YOU WOULD NOW PLEASE. ALLOW ME THIS
OPPORTUNITY TO DEEPLY EXPRESS MY UN-
INTENTIONAL INCONVENIENCE'S THAT I MAY HAD
CAUSE (BY) FORWARDING THAT LETTER OF
MINE'S TO THE COURTS THEREIN ON. 9/14/2021.


AND ALTHOUGH I DID NOT EFFECTIVELY GET A
TITLE LETTER. REPLY BACK WITHIN THAT
9/17/2021  / EXTERNAL EMAIL / ELECTRONI-
CALLY MAILING SYSTEM NOTICE SERVICE'S.
BACK TO ME HEREIN FROM THE COURTS
CLERK. PERSONNEL STAFF THAT FROMWHOM HAD
APPARENTLY SENT IT TO ME WITHIN THE COURT

1



REGARDS OR CONCERNS THEREIN AND WOULD JUSTS LIKE TO FUNDAMENTAL ADDRESS THESE CRUCIAL ISSUE'S TO YOU. FOR THE RE-CORDS THEREIN!

NOW SOLITARY: THE LETTER OR THOSE LETTERS WAS BASICALLY TO JUSTS. LET YOU AND THE JUSTICE'S KNOW THAT i HAD TRY ONCES AGAIN TO LITIGATEDLY REACHOUT TOO THOSE TWO SPECIFIC INDIVIDUAL EMPLOYEE THERE AT ARE "PUBLIC RECORDS DISCLOSURE UNIT" WITHIN (DOC) OLYMPIA!

AND SINICE'S THE PASSING TIME FROM THE MID 2019 TO THE LATE 2020. i HAVE UNSUCCESS-FULLY BEEN HAVING SOME ADMINISTRATIVE DIFFICULTIES WITHIN GETTING PUBLIC RECORDS SPECIALIST. MS. LORA BRONSON & PUBLIC RE-CORDS APPEALS OFFICER. MS. SHARI HALL TO OFFICIALLY ADDRESS ALL OF MY CORRESPOND LETTERS TO THEM WITHIN THOSE LEGITIMATE ISSUE'S. PERTAINING TO THE MAIN EVIDENCE THAT IS THE KEY FACTOR WITHIN THE VALIDATIONS. SURROUNDING OR TOWARDS THAT



SUPPRESS "SURVEILLANCE VIDEO DISK" THAT THEY
BOTH NEGATIVELY (WON'T) GIVE ME A TRUE IN-
DICATION ON WHAT HAD ACTUALLY TRANSPIRE
WITHIN THE VIDEO SCENE FOOTAGE WITHIN ITSELF!

AND BECAUSE THEY'D ALSO, AS WILL CHOSE
TOO DECLINE ON ANSWERING MY 7/17/2019,
9/12/2019, 10/25/2019, 2/24/2020 & 4/6/2020,
ADDRESS LETTERS TO ALL WORKING PARTIES
THERE WITHIN "PUBLIC RECORDS" AND FELT
THAT I WAS BEING TREATED, AS IF I WAS A MERE
NUISANCE TOWARDS THEM ALL!

AND YOU MUSTS PLEASE SIGNIFICANTLY KNOW
THAT (WITHIN SPITE) MS. HALL, DID IN FACT
ANSWER ONE OF MY QUESTIONS, PERTAINING TO
HOW LONG THAT "VIDEO DISK" WOULD LEGALLY
BE HELD THERE AT "PUBLIC RECORDS" AND
ALTHOUGH SHE DIDN'T ACCURATELY GIVE ME
A SPECIFIC DEADLINE DATE ON WHEN THEY
WOULD DIRECTLY DELETE IT!

AND SINCE'S THAT UNAWARE DATE, I HAD CON-
SCIOUSLY PERCEIVE WAS BECOMING OR



APPROACHING NEAR. i on. 9/2/2021.
SENTOUT TO THEM YOUR 8/17/2021. Assign
COURT LETTER THAT GRANTED MY 1983-civil
Action Petition. with its Assign case
number included within MY LETTER TO
THEM THROUGH THE "U.S. Postal service /
CERTIFIED MAIL with RETURN RECEIPT" FROM-
WHICH NO ONE THEIR AT "Public Records"
SOUGHT TO sign FOR AND AS you CAN NOW
SEE THAT i HAD TRY TO CLEARLY EXPRESS
TO THEM THAT i would LIKE FOR THEM TO
Hold ON TO THAT (end) questionable "video
disk" while THIS PLAYOUT in FEDERAL COURT
AS i HAD imminently Put FORTH AS WELL TO
you within THOSE LETTERS THAT i HAD MAIL
PRECISELY TO you THEREIN!


And FOR some odd REASONS OR ANOTHER it
WAS TREATED AS A REFILE [4] exHibit And
THAT i WAS A NON-COMPLIANCE with PRISONER
e- FILING INITIATIVE: FOR i uninTENTIONALLY,
did'NOT ADEQUATELY KNOW AT THE TIME be-
FORE. i HAD PROJECTIVELY SUBMITTED THAT
LETTER TO THE COURT AND AS FAR AS THOSE



LETTERS being RECOGNIZE AS EXHIBIT #4.
I'AM SOMEWHAT CONFUSE ON HOW THAT CAME
ABOUT THEREIN!

IF. YOU WOULD NEED TOO ATTACH A CLARIFY
EXHIBIT NUMBER TOWARDS. INCLUDING THEM
WITHIN MY COURT MOTIONS / AS i HAD RE-
QUEST WITHIN THAT 9/13/2021. ADDRESS
LETTER TO YOU.

THAN bY ALL MEANS PLEASE. LABEL IT AS
EXHIBIT #8. bECAUSE IT VIRTUALLY HAS NO-
THING IN COMMON WITHIN MY EXHIBIT #4.
DEMONSTRATION THAT WAS DEPICTED WITHIN
MY brIEF ISSUE'S WITHIN THEMSELVES!

LASTLY. i WOULD LIKE TO THANK YOU FOR
giving ME A REPRIMAND (CHANCE) OPPOR-
TUNITY TO CORRECT MY MISTAKES AND TO
MAKE A SERIOUSLY REVIEWING ON THE
PROCEDURALs THAT ARE ORCHESTRATE IN
PLACE WITHIN THE "PRo SE GUIDE" TO FILING.
LAWSUIT IN FEDERAL COURT!



ALSO, it You would PLEASE IMPORTANTLY
CONSIDER MY CURRENTED, CIRCUMSTANCES
HEREIN AT (SOU) AND would ALLOW me TO
REGULARLY KEEP WITHIN A ELECTRONICALLY
MAILING COMMUNICATION (STATUS) WITH
You AS THINGS PROGRESS THEREIN TOWARDS
MY SUIT.

BECAUSE i do'NOT FULLY TRUST THAT THIS
(DOC) ADMINISTRATION WILL PLAY FAIRLY
bY YOUR SET OF RULES, WITHIN PLACE
WITHIN THE COURTS, LITIGATIONAL STATUTE'S!

THEY'RE JUSTS NOT WHILINGLY, CREDITABLY
KNOWN TO DO IT, AT CERTAIN TIMES WITHIN
ARE PARTICULAR OFFENDERS LAW SUITS
AGAINST THEM OR THEIR COLLEAGUE'S AND
i JUSTS MENTALLY NEED TO BE PREPARE
FOR IT.

RESPECTFULLY SUBMITTED:
/S/ Craig Barfield
MR. CRAIG BARFIELD #920542
PRO SE / PETITIONER

MR. CRAIG BARFIELD # 726342
MONROE CORRECTIONAL COMPLEX-SOU
PO BOX 514
MONROE.      WASHINGTON. 98272

SEPTEMBER  13. 2021

TO: UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
     OFFICE OF THE CLERK
RAVI SUBRAMANIAN. DEPUTY CLERK
     1717 PACIFIC AVE
TACOMA.      WASHINGTON. 98402

RAVI  SUBRAMANIAN. CLERK

RE: BARFIELD V. LEWIS. CASE NO: 2:21-CV-01099-RAJ-TLF

HELLO TO YOU THEREIN. I'M NOW SENDING YOU
THESE CURRENTED DOCUMENTATIONS OF MINES
(AS) PART OF THE COURTS RECORDS WITHIN MY
ACTIVE CASE THERE WITHIN THE COURT SYSTEM!

ONE. IS TWO COPY LETTERS ADDRESS TO
PUBLIC RECORDS / PERSONNEL STAFF. SPECIA-
LIST MS. LORA BRONSON AND APPEALS
OFFICER MS. SHARI HALL. THAT PERTAIN TO
THE SUPPRESS SURVEILLANCE VIDEO DISK
WITHIN MY 1983- PETITION.

AND TWO. ARE THE COPIES OF THE CERTIFIED

1



WITH RETURN RECEIPTS CARDS, WITHOUT
THEIR SIGN SIGNATURES ON THEM OR THE
POSTAL MAIL PERSONNEL CARRIER THAT
FROM WHOM WAS SUPPOSE TO THEM (AS)
THE COURT WILL TAKE NOTICE OF THIS THAT
I MADE EVERY KNOWN POSSIBLE EFFORT
TO HAVE THAT "VIDEO DISK" PRESERVE
BEFORE THEIR TWO YEAR EXPIRE STATUTE
DATE WAS UP. THERE WITHIN THAT AGENCY.

I WOULD ALSO IF YOU WOULD PERMIT ME.
LIKE TO INFORM YOU THAT BY ME SENDING
YOU MY DOCUMENTATIONS BY MEANS OF
(DOC) ELECTRONICAL MAILING SERVICE TO
YOU FROM ARE (SOU) LAW LIBRARIAN. MS.
MIRIAM D. KASTLE. WOULD PUT MY CHANCE'S
(ON) ADEQUATELY RECEIVING THEM ON
THE APPROPRIATEDLY TIME FRAME OR DATE'S
ON RESPONDING DIRECTLY BACK TO THE
COURTS. TIME OF LIMITATIONS!

BECAUSE I WILL NOT RECEIVE YOUR NOTICES
AS OFFICIAL LEGAL MAIL WITHIN A SELF
ADDRESS COURT ISSUE MAILING ENVELOPES



FROM You!

And WHEN You send YouR CORRESPON-
dENCE'S ELECTRONICALLY bACK To ME. i
WiLL gET iT WiThiN A iNSTiTUTiON. LAW
LibRARY (WSR) Address SEAL ENVELOPES
THAT NOT MARK AS LEgAL MAiL FROM WHiCH
THE (MCC) AdMiNiSTRATiON PERSONNELS
CAN ANAL YZELY REViEW. bEFORE iT FiNAL-
LY gET OVER TO ME. HERE WiThiN (SOU)

And by You sENdiNg ANYThiNg THAT MAY
iNVOLVE WiThiN MY 1983 / PETiTiON FROM
THE JusTiCE'S. WiLL AuTOMATiCALLY PuT
THE AdMiNiSTRATiON HEREiN. WiThiN
CHARgE OF giViNg ME THAT UNMARK ELECT-
RONiCALLY MAiL FROM You ANd bECAuSE
OF THESE VALid CONCERN REASONS OF
MiNES ANd THE FACTS ALONE THAT (DOC)
is FuLLY A PARTiCiPANT PART oF MY
"LAW SuiT CLAiMS" FROM WiThiN MY bRiEFs!

WOuLd LiKE TOO MAKE THiS SPECiFiC
REQuEST TO You TOO PLEASE HAVE ALL OF

COPY

MY FUTURE LEGAL CORRESPONDENCE
MATTERIALS SENT TO ME bY POSTAL
SERVICE MARK MARK MAIL WITHIN IT'S
ENTIRETY!

BECAUSE, IN GENERAL i WOULD WHETHER
NOT LET THEM HAVE THAT COMPLETE CON-
TROL OVER THE MAIL PROCESS'ES OF THEM
ACTUALLY FIRST, REVIEWING ALL OF MY IN-
COMING LEGAL MAIL FROM THE COURTS
BEFORE IT PRESUMABLY GET SENT TO ME
( bY ) ONE OF THEIR EMPLOY (DOC) LAW
LIBRARIANS HEREIN.

   AND THANK YOU iF PERCEPTIBLE THEREIN


              RESPECTFULLY SUBMITTED:
              /S/ Craig Barfield
              MR. CRAIG BARFIELD #920542
              PRO SE PETITIONER


                         4



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms Lora Bronson
Public Records
PO Box 41118
Olympia WA 98504

9590 9402 6585 1028 6826 25

2. Article Number *(Transfer from service label)*

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

SEP 07 2021
PO BOX 41050

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee  3.75
$
Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)  $ .30
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $
Postage  0
$
Total Postage and Fees  680
$
Sent To Ms Lora Bronson Public Records Specialist
Street and Apt. No., or PO Box No. Doc. Public Records Unit
PO Box 41118
City, State, ZIP+4® OLYMPIA. WA. 98504

SEP 03 2021  Postmark Here
USPS

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1810 0000 7952 7643

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee  3.75
$
Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)  $ .30
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $
Postage  0
$
Total Postage and Fees  680
$
Sent To Ms. Shari Hall    Public Records Appeals Officer
Street and Apt. No., or PO Box No. Doc. PO Box 41139
City, State, ZIP+4® OLYMPIA. WA. 98501

SEP 03 2021
SEP 03 2021  Postmark Here
USPS

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1810 0000 7952 7636

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Shari Hall
Public Records Appeal
PO Box 41139
Olympia WA 98501

9590 9402 6585 1028 6826 32

2. Article Number *(Transfer from service label)*

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

SEP 07 2021
PO BOX 41050

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

MR. CRAIG BARFIELD # 720542
MONROE CORRECTIONAL COMPLEX
PO BOX 514 - SOU
MONROE    WASHINGTON. 98272

AUGUST 31. 2021

TO: MS. SHARI HALL
    PUBLIC RECORDS APPEALS OFFICER
    AGENCY APPEALS OFFICE
    STATE OF WASHINGTON
    DEPARTMENT OF CORRECTIONS
    PO BOX 41139
    OLYMPIA . WASHINGTON. 98501-1100

Ms HALL

HELLO TO YOU THEREIN. i CONCERNINGLY HOPE
THAT YOU AND YOUR COLLEAGUES. HAVE BEEN
FAIRING QUITE WELL THROUGHOUT THIS "COVID-19 /
PANDEMIC" WITHIN IT'S NEW MUTATIONAL STRAIN
HERE WITHIN ARE STATE!

ME; I'AM GENERALLY OR ORIGINALLY COR-
RESPONDING TO YOU ONCE'S AGAIN THEREIN TO
JUSTS LITIGATELY INFORM YOU THAT i HAVE
(NOW) ON. 8/17/2021. MADE THE NECESSARILY
APPROPRIATE ARRANGEMENTS TO PROCEED
WITHIN MY ( PRO SE) PRISONER. 1983- CIVIL
RIGHTS COMPLAINT PETITION TO THE U.S.
DISTRICT WESTERN COURT. WITHIN SEATTLE .

AND AS i HAD ALLEGEDLY STATED TO YOU

1

DURING MY APPEAL PROCESS PROCEDURALS
FOR THE DENIAL OF MY REQUESTS FROM PUBLIC
RECORDS SPECIALIST / MS. LORA BRONSON. FOR
20.5-SURVEILLANCE VIDEO / P-7697. FROM WHICH
SHE ADMINISTRATIVELY DENY ME ACCESSIBILITY
TO ON. 9 / 17 / 2019.

THAT THEN PERSUADED OR LED ME TO FILE A
EMOTIONAL APPEAL FOR WHICH YOU. MS. HALL. HAD
APPARENTLY HEAR OR EFFECTIVENESSLY ADDRESS.
BACK TO ME (AS) APPEAL # 045-P-7697-019.
FROM WHICH YOU BASICALLY UPHELD MY REQUEST
DENIAL FROM MS. BRONSON. FOR THAT VIDEO
FOOTAGE DISK AT PUBLIC RECORDS THERE WITHIN
OLYMPIA !

ON. OR AROUND 10 / 3 / 2019. FROM WHICH YOU'D
VALIDATELY EXPRESS WITHIN YOUR DIRECTIVE
LETTER. BACK TO ME TOWARDS MY ESSENTIAL
APPEAL ISSUE'S THERE WITHIN !

YOU'D ALSO SPECIFICALLY ANSWER (MY)
QUESTION # 3. THAT BASICALLY HAD INVOLVE
AROUND HOW LONG THAT "VIDEO DISK" WOULD
BE HELD THEREIN AT PUBLIC RECORDS / FOR-

2

WHICH YOU ADEQUATELY STATED THAT THE VIDEO
WILL BE RETAINED FOR TWO YEARS BASED ON THE
PUBLIC DISCLOSURE RETENTION REQUIREMENT.

AND I WOULD NOW LIKE TO INFORM YOU THAT
I'AM NOW MAKING THIS NOTIFICATIONAL REQUEST
FOR THAT "VIDEO DISK" TO STILL CONTINUE TOO
BE RETAIN DURING MY PRISONER- 1983. CIVIL
RIGHTS COMPLAINT / PROCEEDING THROUGH THE
FEDERAL COURTS!

SEE ATTACH. INCLUDED LETTER
DATED. 8/18/21. FROM U.S.
DISTRICT COURT / DEPUTY
CLERK. RAVI SUBRAMANIAN /
TITLE: BARFIELD V. LEWIS. CASE
NO: 2:21-CV-01099-RAJ-TLE

RESPECTFULLY SUBMITTED:

/S/ Craig Barfield
MR. CRAIG BARFIELD *920542
PRO'SE PETITIONER

3

COPIES

MONROE CORRECTIONAL COMPLEX
PO BOX 514 - SOU
MONROE    WA. 98272

AUGUST 31, 2021


To: Ms. LORA BRONSON
    PUBLIC RECORDS SPECIALIST
    DEPARTMENT OF CORRECTIONS
    PUBLIC RECORDS UNIT
    PO BOX 41118
    OLYMPIA. WASHINGTON. 98504-1118


Ms BRONSON


HELLO TO YOU THEREIN. i CONCERNINGLY HOPE
THAT YOU AND YOUR COLLEAGUES. HAVE been
FAIRING QUITE WELL THROUGHOUT THIS
"COVID-19 / PANDEMIC" WITHIN ITS NEW
MUTATIONAL STRAIN HERE WITHIN ARE STATE!


ME. I AM GENERALLY OR ORIGINALLY COR-
RESPONDING TO YOU ONCE'S AGAIN THEREIN TO
JUSTS LITIGATELY INFORM YOU THAT i HAVE
(NOW) ON. 8/17/2021. MADE THE NECESSARILY
APPROPRIATE ARRANGEMENTS TO PROCEED
WITHIN MY PRO SE / PRISONER. 1983-CIVIL
RIGHTS COMPLAINT PETITION TO THE U.S. DIS-
TRICT WESTERN COURT. WITHIN SEATTLE.


AND i HAD ALLEGEDLY STATED TO YOU

1

DuRiNg MY APPEAL PROCESS PROCEDURALS
FOR THE dENIAL OF MY REQUESTS FROM
PubLic RECORds SPECIALIST / Ms. LORA
BRONSON. FOR 20.5 - SURVEILLANCE ViDEO /
P-7697. FROMWHICH SHE AdMiNiSTRATiVELY
dENY ME ACCESSIbiLiTY To oN. 9/17/2019.

THAT THEN PERSUAdEd OR LEd ME TO FiLE A
EMOTioNAL APPEAL FORWHICH You. Ms. HALL.
HAd APPARENTLY HEAR OR EFFECTiVENESSLY
AddRESS bACK TO ME (AS) APPEAL #045-
P-7697-019. FROMWHICH You bASiCALLY UP-
HELd MY REQUEST dENiAL FROM Ms. BRON-
SON. FOR THAT ViDEO FOOTAgE DiSK AT
PubLic RECORDS THERE WiTHiN OLYMPiA!

ON. OR AROUNd 10/3/2019. FROMWHICH You'd
VALidATELY EXPRESS WiTHIN YOUR diRECTiVE.
LETTER bACK TO ME TOWARDS MY ESSENTiAL
APPEAL iSSUE'S THERE WiTHiN!

You'd ALSO SPECiFiCALLY ANSWER (MY)
QUESTiON #3. THAT bASiCALLY HAd iNVOLVE
AROUNd HOW LONg THAT "ViDEO DiSK" WOULd bE
HELd THEREiN AT PubLic RECORDS / FOR-

WHICH YOU ADEQUATELY STATED THAT THE
VIDEO WILL RETAINED FOR TWO YEARS BASED
ON THE PUBLIC DISCLOSURE RETENTION RE-
QUIREMENT.

And i WOULD NOW LIKE TO inFORM YOU THAT
I AM NOW MAKING THIS NOTIFICATIONAL RE-
QUEST FOR THAT "VIDEO DISK" TO STILL CON-
TINUE Too be RETAIN DURING MY PRISONER-
1983. CIVIL RIGHTS COMPLAINT / PROCEEDING
THROUGH THE FEDERAL COURTS.

SEE ATTACH, INCLUDED LETTER
DATED. 8/18/21. FROM U.S.
DISTRICT COURT / DEPUTY CLERK,
RAVI SUBRAMANIAN / TITLE:
BARFIELD V. LEWIS. CASE NO:
2:21-CV-01099-RAJ.TLE

RESPECTFULLY SUBMITTED:

/S/ Craig Bar~~~~~
MR. CRAIG BARFIELD #920542
PRO'SE PETITIONER

3



STATE OF WASHINGTON

# OFFICE OF THE CORRECTIONS OMBUDS

*2700 Evergreen Parkway NW • Olympia, Washington 98505 • (360) 664-4749*

November 23, 2021

Craig Barfield 920542
Monroe Correctional Complex – SOU
PO Box 514
Monroe, WA 98272

Dear Craig Barfield,

Thank you for your letter, received November 5, 2021. The Office of the Corrections Ombuds assists in the mediation, investigation, and resolution of complaints related to the health, safety, welfare, and rights of incarcerated individuals in Washington. Please know that OCO does not have the authority to independently make any changes to your situation; our role is to review DOC actions after the fact for violations of policy, law, or procedure. If violations exist, then we can raise them to DOC and request corrective action.

You relayed concerns regarding: signatures were not received on the certified mail you sent out to DOC HQ.

Please be aware that this office does not have jurisdiction to review your complaint. Upon review, it is determined that the United States Postal Service is responsible for collecting signatures at the time of delivery. This is not a DOC action, therefore our office is unable to further investigate your complaint. More information about our office can be found below. To answer your question regarding the validity of the receiving address, it is determined that the post office box number are correct and valid.

OCO's Role: Per RCW 43.06C.020, OCO assists incarcerated persons by (1) providing information to incarcerated persons and their families; (2) promoting public awareness and understanding of the rights and responsibilities of incarcerated persons; (3) identifying system issues and responses for the Governor and the Legislature to act upon; and (4) ensuring DOC follows relevant statutes, rules, and policies.
Based on the above, the following are types of complaints that OCO generally CANNOT assist with:

*Correspondence and communication with the office is confidential and must be protected as privileged correspondence in the same manner as legal correspondence or communication. All records exchanged and communications between the Office of the Corrections Ombuds and DOC to include the investigative record are confidential and are exempt from public disclosure. RCW 43.06C.060*



STATE OF WASHINGTON

# OFFICE OF THE CORRECTIONS OMBUDS

*2700 Evergreen Parkway NW • Olympia, Washington 98505 • (360) 664-4749*

November 10, 2021

Craig Barfield DOC 920542
Monroe Correctional Complex- SOU
PO Box 514
Monroe, WA 98272

Dear Craig Barfield,

This letter is in response to your public records request received November 5, 2021. You requested the following:

*"If this is perceptible with you therein I would also like for you to please have those documents returned back to me."*

My understanding of your request is that you are requesting the documents sent to us with your letter. These documents are one kite, two grievances and, one print out containing certified mail receipts. If this is incorrect, please contact our office as soon as possible with that clarification.

I have completed your request and enclosed are the records you requested. At this time the request is considered by our office as closed. Our office will respond to your concern separately.

If you believe that there are any errors, please contact OCO as soon as possible at:

The Office of the Corrections Ombuds
2700 Evergreen Parkway NW
Olympia, WA 98505
(360) 664-4749.

Thank you for contacting this office with your concern.

Sincerely,

Stella Spracklin
Public Records Specialist

*Correspondence and communication with the office is confidential and must be protected as privileged correspondence in the same manner as legal correspondence or communication. All records exchanged and communications between the Office of the Corrections Ombuds and DOC to include the investigative record are confidential and are exempt from public disclosure.*
*RCW 43.06C.060*

RECEIVED

NOV 0 5 2021

OFFICE OF CORRECTIONS OMBUDS

**Department of Corrections**
WASHINGTON STATE

| LOG I.D. NUMBER |
|---|
| 21739851 |

**OFFENDER COMPLAINT**

**CHECK ONE:** ☑ Initial  ☐ Emergency  ☐ Appeal  ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name         First         Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|
| BARFIELD    CRAIG | 920542 | SOU | D-107 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS - STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|

**COMPLAINT:** A / GRIEVANCE COORDINATOR / Ms.L.STEMLER.IF You WOULD PERMIT As A / ME To (JUSTS) BRING THIS EXTRAORDINARILY COMPLAINT ISSUE OF MINE'S A DIRECTIVE ALTERNATIVE TOWARDS YOU INQUIRING AROUND THE UNFORESEEABLE CIRCUMSTANCES THAT WHERE INVOLVE WITHIN MY " U.S. POSTAL SERVICE CERTIFIED MAIL / WITH RETURN RECEIPT" NOT OFFICIALLY being APPROPRIATELY SIGN BY THE TWO (DOC) PUBLIC RECORDS APPEALS OFFICER.Ms. SHARI HALL & PUBLIC RECORDS SPECIALIST.MS. LORA BRONSON FROMWHOM I INTENTED THEM TO ARRIVE TOO WITH THE SELF- ADDRESS. STAMP ENVELOPES AS VERIFICATIONAL PROOF THAT THEY BOTH HAD ACTUALLY RECEIVE THEM FROM THE POSTAL SERVICE.MAIL CARRIER THAT HAD PRESUMABLY DELIVER MY LETTER TO THEM AND IF YOU WOULD MAKE YOUR EXAMINATIONAL REVIEW UPON THE COPY OF THE "RETURN RECEIPT"S"YOU WILL CONSCIENTIOUSLY WITNESS TWO THINGS WITHIN EVENTS!(1). THERE IS NO SIGN.SIGNATURES ON THEM. & (2).THEY BOTH HAVE A BOGUS RETURN POST BOX / STAMPS ON THEM! ALSO SEE.THE KITE THAT i HAD ALSO EVIDENTLY SUBMITTED TO TRU / MAILROOM / SGT. HOPKINS AS WELL. FROMWHICH i HAD PERCEIVE AS A UNACCEPTABLE EXCUSE FROM THEM THEREIN.

**SUGGESTED REMEDY:** I'WOULD JUSTS LIKE TO RECEIVE MY #6.80 ¢ BACK! I'WOULD ALSO LIKE TO SEE.SOMEONE HELD ACCOUNTABLE FOR THEIR CALLOUSLY, MISCONDUCT WITHIN THIS DECEPTION TOWARDS ME HEREIN.

Mandatory _Craig Bar_____   9/20/2021
                        Signature                              Date

| **GRIEVANCE COORDINATOR'S RESPONSE** | Facility/Office | Date Received |
|---|---|---|
| Your complaint is being returned because: | MCC SCM | 9.23.21 |

Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____
☐ Administratively Withdrawn _____
☐ The formal grievance/appeal paperwork is being prepared.
☑ Not accepted USPS IS not under DOC jurisdiction

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: _____
☐ No rewrite received
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** —

I contacted the mailroom @ this/showed items you provided. Here is what I found out: Forms were filled out & Sent: The USPS (Post Office) did not make the person they were delivered to sign the return receipt. This is not DOC's fault as MCC mailroom does not hand deliver to the individual. You will need to contact post office if you are seeking reimbursement.

Coordinator's Name (print)                    Coordinator's Signature                    Date
L. Stemler                                              L.Stemler                                         9.24.21

DOC 05-165 Front (Rev. 07/26/16)                                                              DOC 310.100, DOC 550.100

RECEIVED

NOV 05 2021

OFFICE OF CORRECTIONS OMBUDS


Department of
**Corrections**
WASHINGTON STATE

| LOG I.D. NUMBER |
| 21739851 |

**OFFENDER COMPLAINT**

**CHECK ONE:** ☐ Initial    ☐ Emergency    ☒ Appeal    ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain <u>what</u> happened, <u>when</u>, <u>where</u>, and <u>who</u> was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
| BARFIELD | CRAIG | | 920542 | SOU | D-107 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |

**COMPLAINT:** BECAUSE i NOW HAVE SUSPICIOUSLY good GROUND CAUSE'S TO bELIEVE THAT MY 9/20/21. INITIAL "LOG. I.D. NO: 21739851/ COMPLAINT" WAS'NT SUFFICIENTLY FULLY INVESTIGATE by (SOU GRIEVANCE COORDINATOR ✓ MS. STEMLER. FROM WHICH MADE HER DETERMINATION BASE SOLELY (ON) THE QUES-TIONABLE STATEMENTS THAT WERE ILLUSTRATED FROM (TRU) MAIL ROOM PERSONNEL AND WOULD FARTHERMORE LIKE TO GO ON TOO EXPRESS THIS CIRCUMSTANCE'S THAT MS. STEMLER. UNWILLFULNESS TO bASICALLY MAKE NO ESSENTIAL (CHECK'S) DUR-ING HER EVALUATION (ON) WHETHER OR NOT THAT SUPPOSELY "RETURN RECEIPT ✓ HARDCOPY" THAT APPEARLY CAMEBACK TO ME WITH A "OMO / PO bOX 41050. OLYMPIA WA. 98504-1050" WAS WITHIN FACT (AN) ACTUL LEGITIMATELY "U.S. POSTAL MAIL SERVICE ADDRESS" OR A DISGUISING ONE FORWHICH SHE HAD FAIL TO INCLUSIVELY VERIFY OR. TO MAKE NOTICE OF WITHIN MY COMPLAINT TO HER!

AND THIS FACT AN HER DECISION TO "NO ACCEPT" MY COMPLAINT WITHOUT TRUE FAR-THER INTENTIONS OR ATTENTIONS. TOWARD THAT ALONE! I WOULD NOW LIKE TO REFLECT OR REDIRECT THIS. TO THE NEXT LEVEL OF THE APPEAL PROCESSES HERE WITHIN! AND PLEASE KEEP THIS WITHIN THOUGHT. i STILL HOLD bOUNDLY THAT SOMEONE WITHIN

**SUGGESTED REMEDY:** (TRU) MAILROOM (HAD) DECEITFULLY STAMP THAT SUSPECTIVE ADDRESS ON THAT "MAIL RETURN RECEIPT" AND ALSO HAVE FULL bELIEF THAT IT NEVER HAD ACTUALLY bEEN SENTOUT THEREIN AS WILL.

Mandatory _Craig Barfield_    Signature    OCT 4. 2021    Date

| **GRIEVANCE COORDINATOR'S RESPONSE** | Facility/Office TRCC SCU | Date Received 10/11/21 |
| Your complaint is being returned because: | |
| ☐ It is not a grievable issue. | ☐ The complaint was resolved informally. |
| ☐ You requested to withdraw the complaint. | ☐ Additional information and/or rewriting needed. (See below.) |
| ☐ You failed to respond to callout (sheet) on _____ | |
| ☐ Administratively Withdrawn _____. | Return within 5 working days or by: _____ |
| ☐ The formal grievance/appeal paperwork is being prepared. | ☐ No rewrite received _____ |
| ☐ Not accepted | ☒ Sent to HQ (facility) on 10/8/21 (date). |

I have carefully reviewed your original Resolution Request and the Not Accepted appeal concerning the receipt signature process for your certified mail. Your local Resolution Specialist correctly informed you that DOC does not have any control over the US Mail and does not have the authority to provide you with a refund for their inaction or failure to follow their procedures. As outlined in the RPM, only concerns for Department-related incidents, policies, or practices over which the Department has jurisdiction can be submitted.

The Not Accepted response is upheld at this time.

CS3 J. Martin 10/11/2021

RECEIVED

NOV 05 2021

OFFICE OF CORRECTIONS OMBUDS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms Lora Bronson
Public Records
PO Box 41118
Olympia WA 98504

9590 9402 6585 1028 6826 25

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

SEP 07 2021

PO BOX 41050

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

(handwritten right margin) CARD 5 in Questions was actually Sent out or STAMP right there is TRU /www.room

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7020 1810 0000 7452 7643

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee  $ 3.75
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)  $ 305
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $
Postage  $ 0
Total Postage and Fees  $ 680

SEP 03 2021 Postmark Here  USPS

Sent To Ms Lora Bronson Public Records Specialist
Street and Apt. No., or PO Box No. Doc. Public Records Unit
PO Box 41118
City, State, ZIP+4® Olympia WA 98504

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7020 1810 0000 7452 7636

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee  $ 3.25
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $
Postage  $ 0
Total Postage and Fees  $ 680

SEP 03 2021
SEP 02 2021 Postmark Here  USPS

Sent To Ms Shari Hall Public Records Appeals Officer
Street and Apt. No., or PO Box No. Doc. PO Box 41139
City, State, ZIP+4® Olympia WA 98501

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Shari Hall
Public Records Appeal
PO Box 41139
Olympia WA 98501

9590 9402 6585 1028 6826 32

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

SEP 07 2021

PO BOX 41050

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

(handwritten right margin) Address on them (on) within Question



**Department of**
# Corrections
WASHINGTON STATE

RECEIVED

NOV 0 5 2021

**KITE**

| Name (print)/Nombre (letra de molde) | OFFICE OF CORRECTIONS OMBUDS | Date/Fecha |
| --- | --- | --- |
| C. BARFIELD | | 9/13/21 |

| DOC number/Número DOC | Facility/unit/cell / Instalación/unidad/celda |
| --- | --- |
| 920542 | SOU / D-107 |

Request interview with or answer from/Solicita entrevista o respuesta de*:
TRU / MAIL ROOM / SGT. HOPKINS.

**Reason/Question** ☐ Interpreter needed for _____ (language)
**Razón/Pregunta** ☐ Necesito intérprete para _____ (idioma)

CRUCIAL ISSUE: ON 9/10/21. I HAD ADEQUATELY RECEIVE THOSE TWO U.S. POSTAL SERVICE CERTIFIED MAIL RECEIPT/GREEN RETURN CARDS BACK TO ME WITHIN ARE MAIL SYSTEM AND UPON MY EXAMINATION I HAD NOTICE THAT THERE IS NO SIGN. SIGNATURE ON IT AND NO RECOGNIZABLE POSTS OFFICE RETURN STAMP ON IT OR NEITHER THE MAIL PERSONNEL CARRIER FROM WHOM WAS SUPPOSE TO DELIVER IT TO THE ASSIGN ADDRESS AND WOULD LIKE TO KNOW WHY I'M BEING DECEIVE. LIKE THESE TWO CARDS HAD ACTUALLY WENT OUT TO THEM. AND EVEN I KNOW IF THESE CARDS DIDN'T GET SIGN UPON THERE ARRIVAL BY ANYONE AT THE DESTINED PLACE OF ORIGIN. THEM MY TWO ADDRESS STAMP ENVELOPES WOULD HAD CAMEBACK COMPLETELY TO ME HEREIN AND THAT APPARENTLY DIDN'T HAPPEN! SO, CAN YOU PLEASE TELL ME

| Signature/Firma | Days off/Días libres |
| --- | --- |
| C. Barfield | SEPT 13. 2021 |

**Response/Respuesta**   Ø WHATS GOING ON WITH THIS SCENARIO AND CAN I SIGNIFICANTLY BE RE-IMBURSE BACK FOR THAT # 6.10 CENTS FOR BOTH OF THOSE CARDS. MAILING PRICE: craig.

You asked for the forms — I fill out the forms for you because you filled them out wrong again. Now you state the Return Recipt has No signature as Recieved. The USPS delivers to the person, NOT DOC. Not our fault its Not Signed.

| Responder/Persona que responde | Date/Fecha |
| --- | --- |
| MRD     Tugale | 9-14-21 |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **WHITE** - Responder   **CANARY** - Return response   **PINK** - Requestor
Distribución: **BLANCA** - Persona responde   **AMARILLA** - Respuesta devuelta   **ROSA** - Solicitante
DOC 21-473ES (Rev. 8/4/20)                    DOC 390.585, DOC 450.500

Mr. Craig Barfield #890542
Po Box 514
Monroe,      Wa. 98272

JuLy 22 2019


To: PubLic Records OFFicer
    PubLic Disclosure unit
DePARTMeNT OF coRRecTions
       Po Box 41118
OLYMPiA, WASHiNGTON .98504

MANAGeMeNT


HeLLo oNce's AgAiN; i WROTe You oN. 7/17/19.
FoR AN REQuesTs To You! FoR video FooTAges
OF A OcCRReNce's sceNe. THAT iNvoLve ARouNd
MY compLAiNT / GRievANce. DATed. 6/12/19. Log:
ID. No: 19680984. FoRwHicH i MADe A REQuesT's To You
FoR THAT FooTAges THAT iNvoLve ARouNd (sou)
MeNTAL couNseLOR. MR. Lewis & c/o. BEECROFT.
FRomwHom sTood bY THe side OF MY ceLL dooR
WHiLe MR. Lewis wAs wiTHiN MY ceLL!


So, iN MY FiRsT LeTTeR To You i MADe A MisTAke
oN THe dATe OF THis iNcideNT i PuT 6/21/19. iN-
sTeAd oF 6/12/19. FoRwHicH is THe coRRecTed
dATe Needed ANd THe TiMe THAT i (Now) beLieve
(HAd) To be ARouNd 4:30 To 6:30 PM !

1

ALSO NOTE AS WILL. THAT THERE ARE TWO HALL WAY MONITOR CAMERA'S ON ARE TIER AND THAT CELL. 107 ( THE CELL I'AM IN) THE CAMERA is JUSTS 15·FEET AWAY !

AGAIN NOTE AS WELL THAT WHERE OTHER CLIPPINGS OF HIM GOING AND COMING OUT OF ARE D-TIER UNIT AT CERTAIN TIMES THROUGHOUT THE WEEKS ( BEFORE) AND AFTER THIS SITUATION HAD OCCUR- WITH ME.

CAN YOU ALSO PLEASE CHECK THE VIDEO FOR POSSIBLE SIGNS OF TAMPERING. ALTERATIONS OR EDITING THAT MAY HAVE BEEN DONE DURING THE INVESTIGATING PROCEDURAL PHASES HEREIN.

RESPECTFULL SUBMITTED:

/S/ Craig Barfield
MR. CRAIG BARFIELD #920542

2

MR. CRAIG BARFIELD #920542
PO BOX 514
MONROE.            WA. 98272

SEPTEMBER 16, 2019

To: Ms. LORA BRONSON,
PUBLIC RECORDS SPECIALIST
DEPARTMENT OF CORRECTIONS
PUBLIC RECORDS UNIT
PO BOX 41118
OLYMPIA. WASHINGTON. 98504

Ms. BRONSON

HELLO THERE ONCE'S AGAIN. ON, 7/17/19 & 7/22/19.
I' HAD ADEQUATELY SUBMITTED A ADDRESS REQUESTS
THERE WITHIN THE CONCERN REGARDS OF A SPECI-
FICALLY REQUESTS FOR A INVASIVE VIDEO FOOTAGES
SCENCE. FROM ONE OR BOTH VIDEO CAMERA WITHIN
ARE LIVING UNIT TIER AREA HALLWAY OR PASSAGE
HEREIN (SOU) D-UNIT CORRIDOR (CELL WAY) D-107.

FROMWHICH HAS TWO MONITORING "VIDEO CAMERA"
ONE IN THE FRONT OF THE TIER AND ONE IN THE BACK
OF THE TIER! THAT ONE IS JUSTS LOCATED 10, FT
AWAY FROM MY CELL DOOR FROMWHICH i BELIEVE
CAPTURE THAT INCIDENT JUSTS. PRECISELY AS IT WAS
TAKING PLACE!

1

So, upon my 7/22/19. Requests. i Had basically ask
For that Particular "video clip Footages" along with
the other " video cameria Footages" within the tier.
Front doorway entrance's!

And as i Had stated Preiously before. i ( Please)
For the records. need that " video surveillance
Footages " From that a grievance complaint Log. I.D.
No: 19680984. Fromwhich you had stamp / dated as
P-7697. So, my again Reason's (now) on subseq-
uantly stressing this Point to its bear Limited!

Is, if my suspicions serve me correctly. than a
Grievance Program Manager Mr. Dale N. caldwell
or someone within his authority. is going to deny
or thwart. suppress the allegations that i had
Litigatorly made ( Like) sou / a Grievance co-
ordinator Ms. Brandi Blair. did within my Level
2. Response's back From Her!

But. there is onething that she did specifically
adequately concur or confirm to. is that my cell
door did in facts " open-up" while Mr. Lewis. was

2

Presently "Ranting & Raving" at my cell door
and if she review that portion of the scene,
then, she had view the other parts of that tape
as will.

I' see a white wash / damage control, conspiracy
in progress or taking affect within this matter
of mines!

Ms. Bronson, i need you to please make a thor-
oughly as possible examination of that crucial
June 12, 2019. Video recording from 4:30 to 7:00 PM
somewhere in between both hallway "video
monitoring cameras footages". You well know
doubtfully see, Mr. Lewis - entering within my
cell with another c/o. present's by my cell door
as a lookout and to back his play on me. And this
particular footage's scene, will be liably
troubling for their case!

Now, You been around i presume for quite awhile
( seen the ends & outs) what do you suppose's they
are really going to do with that tape?

3

SINCE'S. THE TIME THAT i HAd FiRSTs RePORTED THiS
iNCIDENT TOO THEN. Ms. SARAH BLACKburn CMHUS.
SERgeANT. RON MEYER. Ms. CYNTHIA COiNS. PhD.
MR. CAL COgBURN. PMHNP-Bc ANd SUPERINTENDENT
MR. JACK WARNER ALONg WiTH I&I ( NOT. ONe) OF
THEM WERE WILLiNg TO diSCUSS WiTH ME OR TO SHOW ME
THAT "VidEO FEEd CLiP" WITHiN THE (SOU) A / GRIE-
VANCE COORDINATOR. Ms. BRANDI BLAIR. LEVEL 2
debunk. FINdiNg REPORT FROM HER decePTIVELY
iNgUiRY iNTO MY COMPLAINT AgAINST. MR. LEWIS
FORWHICH WITHiN iTSELF iS EXTREMELY PRObLEMATICAL !

ALSO. THEY did'NT EVEN gIVE ME A #552 (SERIOUS
iNFRACTION) CAUSINg AN INNOCENT PERSON TO be PEN-
ALIZEd OR PROCEEdEd AgAINST bY PROVIDINg FALSE
iNFORMATION".

ALSO AgAIN, YOU SHOULd SigNIFICANTLY NOTE THAT
SINCES ( 1986) MY iN ANd OUT OF (DOC). i HAVE NEVER
ONCES be iNFRACTEd. INVESTIgATEd OR ACCUSE'S ON
MANUFACTURINg ANYTPYE OF ERRONEOUSLY
ACCUSATIONS AgAINST STAFF OR OTHER OFFENDERS.
ANd THE RECORdS WILL TRULY SPEAK FOR THEMSELVES

And onething that i have intensely or imminently learn from experience's. is that some of (Doc) Personnel staff are truly the masters of Propaganda, contradictions, manipulations and deceptional practices to tee againsts us!

And over the years, they have learn skillfully how to utilize it, well herein!

It' basically boils down to this at the end of theday Mr. Lewis let his emotions & hatred simultaneously get in theway of his train ethical professionalism and left uncheck they can only worsen herein amongst us!

And it also makes (one) wonder, is how long has this (Doc) administrative elite's, have been covering for his orchestrated, misconduct acts againsts us offenders here at (SOU).
Ms. Bronson, whatever you can find within my requests towards this, 6/12/19, tape, would mosts definitely be truly appreciated by me.

THANK you if Possible

/s/ Craig Barfield
MR. CRAIG BARFIELD #920542

WA. STATE / DOC

5

MONROE CORR. COMPLEX - SOU
PO BOX 514
MONROE ‿     WA. 98272

SEPTEMBER 23.2019


To: Ms. LORA BRONSON
PUBLIC RECORDS SPECIALIST
DEPARTMENT OF CORRECTIONS
PUBLIC RECORDS UNIT
PO BOX 41118
OLYMPIA ‿     WASHINGTON. 98504


Ms. BRONSON

TRACKING NO: P-7697


FIRSTS AND FOREMOSTS: PLEASE NOTE AS WELL, IF
THESE SPECIFICALLY QUESTIONS ARE UNAPPROPRIATELY
TO ASK TOWARDS YOUR OFFICE AND IF SO. THAN CAN
YOU PLEASE ADEQUATELY DIRECT ME TO THE RIGHT
BENEFICIARIES (SOURCE) THAT CAN SUBSEQUENTLY
HANDLE THESE ISSUES OF MINES. FOR WHICH YOU
BROUGHT FORTH WITHIN YOUR CORRESPONDENCE'S TO ME!


1). ARE YOU NOW ADDRESSING STATEMENTS THAT MY
ALLEGATIONAL CLAIMS AGAINSTS MR. LEWIS. WERE
BASELESS WITHIN THAT " 20.5 - SURVEILLANCE VIDEO
FOOTAGE'S EVIDENCE'S SCENE" INVESTIGATIVE (SOU)
REPORT / INVOLVING AROUND MY COMPLAINT ON HIM?

1

2). In your determinational view of the "video Footages" are you making a suggestive remark decision that i may have purposely fabricate a Falsely act upon Mr. Lewis And does it depict that as well on the tape?

3). How long are you going to Preserve this disputed "video Footages" is there currently a Expirational date attach to it as well? I'basically need to have all Related material Put on Hold. until i can gain Proper access to a Lawyer or a courtorder to obtain its accessible to it.

4). Is' there a Possible Appeal Process (in Place's) Available their that i can Justiably utilize to get (Doc) Personnels to show that "20.5-survillance video Footages" that i had started the investigation with sufficiently. Pertaining to "sou / Mcc" CMHC2-Mr. Ken Lewis!

I'try without muchs chance's of success (on my) 3rd Level of are a / grievance Appeal Processes

To "Doc / HQ" FromWhich THEY decline to Honor!

WHAT i don't CLEARLY understand (iF) THEY so STRONGLY Hold THE motions THAT I'AM some being (MiSchievousLY) untruthful within MY complaints against Mr. Lewis!

THEN, would it'not be LOGiCALLY siMPLE THAN to PROVE ME WRONG AT MY own words by showing me THAT dated "video FooTAges" wouldn't THis TRULY be THE mosts working REASonAble (JUSTS) THing to do within THis crucial, Fault, MATTERS oF mines.

wouLded you not ETHiCALLY AGREE with me on THis CAPTURE SCENARio oF events HERE & THEiR? I'ToTALLY MEAN, WHY SUPPRESS THE FACTUAL evidence From me, ESPECiALLY WHEN it involve me!

5). CAN A ATTORNEY, PRiVATE investigator OR FAMiLY MEMBER obTAiN THis "video FooTAges" FROM THE Public RECORds unit, SPECiALisT?

6). I' WOULD ALSO LiKE To MAKE A "Public Disclosure

APPEAL REQUESTS" ON THE MERITS THAT I WELL JOINTLY be FILINg A 1983-CLASS ACTION SUIT AGAINSTS MR. LEWIS. AND because OF THIS LEGAL PRO'se COMPLICATED TASK. WOULD NOW LIKE TO ASK FOR A COMPLETELY REVERSAL decison (IN-due) To be RECONSIDER ON THAT denied MATERIAL PERTAINING TO "EXEMPTION / 20.5-SUR-VEILLANCE VIDEO" ON PAGE 1. ON. YOUR "AGENCY DENIAL FORM / EXEMPTION LOG" AND THANK YOU IF PERCEPTIBLE!

RESPECTFULLY SUBMITTED:

/S/ Craig Barfield
MR. CRAIG BARFIELD #920542

4

MR. CRAIG BARFIELD #920548
MONROE CORR. COMPLEX - SOU
PO BOX 514
MONROE,            WA. 98272

SEPTEMBER 26, 2019


To: PUBLIC DISCLOSUR
AGENCY APPEALS OFFICE
P.O. BOX 41103
OLYMPIA, WASHINGTON. 98504


APPEALS OFFICE


I' PETITIONER, CRAIG D. BARFIELD WISHS TO APPEAL,
MS. LORA BRONSON "PUBLIC RECORDS SPECINLIST"/
"AGENCY DENIAL FORM / EXEMPTION LOG / TRACKING
NUMBER: P-7697!


I' FURTHERMORE FOR THE RECORDS WOULD ALSO LIKE TO
MAKE THIS (APPEAL) SPECIFICALLY TO PAGE 1, EXEMP-
TIONS CATEGORY, SECTION BELOW TO IT RELATED TITLE
"RECORDS WITHHELD IN THEIR ENTIRETY" AND TRUL Y
FEEL THAT I SHOULD BE GIVEN THE NOW, ENTITLE
OPPORTUNITIES TO JUSTLY OBTAIN THAT EXEMPTION
(S) 6/12/2019 (DOC) 20.5 - SURVEILLANCE VIDEO /
FOOTAGES!


I' WOULD ALSO LIKE TO EXPRESS ON THE MERITS THAT MY

CHARACTERISTIC's ALONG WITH MY CREDIBITY HAVE NOW
BECAME OR PUT WITHIN JEOPARDY BEYOND REASON
OF doubts WITHIN MY HONESTY HEREIN & MY SOPHISTI-
CATED (DOC) 1986 TO 2019. INFRACTIONAL (TRACK)
HISTORY RECORDS!

WELL, SUBSEQUENTLY DEMONSTRATE THAT i HAVE (NO)
LEGIBLE INVESTIGATION STATUS (ON) WRITING OR MAKING
ANY SUCHS FALSELY, PREMEDITATED ALLEGATIONAL
CLAIMS AGAINSTS STAFF OR OTHER OFFENDERS WHERE
As About!

AND DESPITE WHAT THEY (DOC) MIGHT HAVE TO SAY
About MY (SO CALL) PREEXISTENT PSYCHOLOGICAL
"PERSONALITY DISORDERS" (PARANOID, SCHIZOID &
ANTI-SOCIAL TRAITS) HAS NOTHING TO DO, WITH WHATS
is TRULY DEPICTED ON THAT PORTION OF THE VIDEOTAPE!

I'AM NOT A DERANGE DELUSIONAL (DOC) OFFENDER
WITH A GRUDGE OF HIS SHOULDER AND THE RECORDS
WILL ALSO CLEARLY STATE THAT FACT AS WELL!

I' VOLUNTARILY SPENT A TOTAL OF 18 YEAR'S OF MY

LIFE WITHIN ARE "DOC / IMU" FACILITIES AND
LEFT SOUND MINDED (IN) MARCH OF THIS YEAR!

I'AM'NOT "MENTAL ILL" AND THIS (DOC) ADMINISTRATIVE
OFFICIALS HAVE DONE A OUTRAGEOUSLY, DISSERVICE'S
(ACT) TOWARDS ME, BY KEEPING OR SUPPRESSING
THAT MUCHS NEEDED AVAILABLE (VIDEO RECORDING)
TRUTH FROM ME!

I'ALSO IMMINENTLY NOTICES, THAT MS. BRONSON. HAD
ALSO INCLUDED THESE TWO CITATIONS AROUND "RCW,
42.56.240 (1) & RCW.42.56.420 (2)" FORWHICH'S
THEY APPARENTLY ABSOLUTELY, VIRTUALLY HAVE
NOTHING IN COMMON TOO (ON) WHAT LITERALLY HAD
TRANSPIRE BETWEEN ME AND CMHC 2 - MR. LEWIS!

HE DELIBERATELY & WILLINGLY COMMITTED A GROSS
MISCONDUCT, NEGLIGENT (ACT) TOWARDS ME BY,
ENTERING MY CELL, IN A DEROGATORY INTIMIDATING
DOMINATE, THREATENING POSTURE TONE OF VOICES
ANGER AND THEN TO LATER (ON) ORCHESTRATE A
CLEVERLY INFLUENCES COVER-UP!

"HIS UNPROFESSIONAL, UNETHICAL, CORRUPTED,

MisdEEdEd (ACTs) TowARds ME WERE SUPERFICIAL!"

FROMWHICHs HE HAd unLimiTEd FuLL suPPoRTs
FROM His CoNVERTER FELLow "sou / Mcc" coLLE-
AguEs HEREiN ANd bECAusE oF THESE's FACTuAL
(TRuE) REASoNs ALoNE, FORWHICH i HAVE sTATEd
PREFACELY, sHouLd bE giVEN FuLL RELEASE PRi-
VILEgEs, EXCEPTioNs To THis dENiEd "20.5,
suRVEILLANCE VIdEo FooTAgEs" THEREoF, AFFoRdEd
ACCESS To ME.

DoNE iN REgARds
APPEALER

/s/ craig Bar field
MR. CRAig BARFiELD #920542
PRo'sE PETiTioNER

4

MR. CRAIG BARFIELD #920542
PO BOX 514
MONROE.        WA. 98272

OCTOBER 25, 2019

TO: Ms. SHARI HALL
PUBLIC RECORDS APPEAL OFFICER
     STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS
     PO BOX 41139
OLYMPIA.        WASHINGTON. 98501

Ms. HALL

THIS NOW CORRESPONDENCE LETTER TO YOU IS
SPECIFICALLY WITHIN THE REGARDS TOWARD SOME
OF THE NEGATIVE COMMENTS THAT YOU HAD RAISE
OR EXPRESS WITHIN YOUR OCTOBER 3 OF 2019
(SUBJECT) PUBLIC RECORDS APPEAL 045-P-7697-19.
AND AFTER THOROUGHLY GOING THROUGH (IT) SEVERAL
MORE TIMES!

CAME TO THE NECESSARY DETERMINATION THAT I WAS
INDEED UNINTENTIONALLY A LITTLE VAGUESTS OR IRRA-
TIONAL WITHIN THE QUESTION'S (ROUND) STAGE'S THAT
I HAD CONCERNINGLY FIRSTS BROUGH FORTH TO THE
ATTENTION OF (DOC) "PUBLIC RECORDS SPECIALISTS"
Ms. LORA BRONSON (ON) A LETTER THAT I HAD PRO-
CEDURALLY ADDRESS'EE TO HER!

1

On. September 27 of 2019. Within the Administrative Handling there of that invasive "Video Footages / 20.5 - surveillance clip" forwhich i fail to gain Acceptable Access too at my First initial Requests for it!

Now. Apparently, it Accuratly seem's that Ms. Bronson. in Turn. Routed that Letter within your direction (For what i guess) For your discrepant. Professional Feedback within those specific Questions that were bascially ment For her Personal Responsibility to Answer them Alone!

And Although For the Records if this is my now, made to be True, understanding (is) i didn't in Contrarily Fact make Any suchs of a Notice brough Forth claimable. Argumentative. Legal Litigational Appeal challenge to you or your Place of Employment that was Pertaining to that Certain "Video clip" (Nor) did i to Ms. Bronson Place of Employment that Letter As will As you consciencely Know (Was base) solely Around the Primary issue's of my Meritorious Concern

FACTS AROUND THAT DENIED "VIDEO FOOTAGES" THAT
AT THE PRESENT TIME I HAD LEGITLY CONCERN
ESTABLISH ISSUES WITH AND NOTHING MORE. IT WASN'T
IN GENERALLY LISTED AS A APPEAL SUBMISSIONAL
PROCESS TO HER OR YOU!

ONLY FOR THE LIABLE QUESTIONS THAT YOU STRATE-
GISTLY HALF ANSWER TO ME!

MS. HALL, THAT WAS VERY CLEVERLY OF YOU TO DO SO!

BUT, I WILL APOLOGIZE FOR MY DIRECTEDNESS TO-
WARDS YOU AND ONLY SINCERELY (WISH) NOW, THAT
YOU COULD AT LEAST GIVE ME THE FULL BENEFIT OF
DOUBTS AND GRAB A OFFICE CHAIR THERE AT YOUR
WORK DESK!

AND RETRIEVE THAT "VIDEO SEQUENCE CLIP" ON THE
DOWNLOAD ON YOUR COMPUTER HARDDRIVE! THEN FULLY
ANALYZE IT TO ITS ENTIRETY! THAN GIVE ME YOUR
(HONEST) EXPERTISE ACADEMY EXPERIENCE'S THAT WHAT
YOU HAD JUSTS OBSERVE WITHIN THAT "CLIP" WAS A FIGURE

OF MY IMAGINATION, IF IT IS INDEED THE RIGHT VIDEO
SCENE TO BE HELD THERE?!.

SO ONCE AGAIN, SORRY FOR THESE INCONVENIENCE'S
OF MINES! YOU HAVE BEEN MOSTS HELPFUL TOWARDS
MY CAUSE HEREIN ☺

                    RESPECTFULLY SUBMITTED:

                    /S/ Craig Barfield
                    MR. CRAIG BARFIELD #920542

MR. CRAIG BARFIELD #325045
MONROE CORR. COMPLEX-SOU
PO BOX 514
MONROE,          WA. 98272

FEBRUARY 21, 2020


TO: MS. LORA BRONSON
PUBLIC RECORDS SPECIALIST
DEPARTMENT OF CORRECTIONS
PUBLIC RECORDS UNIT
P.O. BOX 41118
OLYMPIA, WASHINGTON. 98504


MS. BRONSON


HELLO THERE FOR THE FOURTH TIME. TOWARDS MY VITAL
CONCERNS OF ISSUE'S THAT I WOULD ONCES AGAIN LIKE
TO DIRECT SET FORTH WITH YOU THERE!


AND ALTHOUGH AT FIRST ON. 9/12/19 & 9/27/19. I'HAD
TRY TO EFFECTIVELY BRING ABOUT THE QUESTION
ON WHAT WAS TRULY DEPICTED OR DEMONSTRATIVELY
PLAYOUT WITHIN THAT MCC / SOU. 6/12/19. GRIEVANCE
LOG I.D. NO: 19680984 / PUBLIC RECORDS TRACKING
NO: P-7697 / PERTAINING TO VIDEO FOOTAGE'S WITH A
TIME FRAME FROM 4:30 TO 6:30 ᴾᴹ / FROM WHICH
YOU HAD TITLE MARK "EXEMPTION / 20.5-SURVEILL-
ANCE VIDEO" THERE AS YOUR DENIAL DECISION UPON
MY REQUESTS TO OBTAIN IT THERE FROM YOU!

1

As i had made those reference to you about
what the video was actually showing forwhich
you (nor) "Public Records Appeals officer"
Ms. Shari Hall. Choose to submit to me upon my
Requests for that (info) from! You!

So. i'am now within the Litigational Processes
on filing an "42.U.S.C § 1983" to the Federal
Courts and because of all these "Doc / Admini-
strative" discrepancie's that were involve
during their investigations into this matter of
mines. would now once's again for the Federal
Courts Records!

Like to ask you. what is necessarily descrip-
tive within that "20.5-surillance video" there at
Agency Headquarter?

Also Please note there as will. that it is truly
importantly that you unbiasly Provide me within
the full details upon this Requests of mines this
time!

2

BECAUSE THE COURTS ARE GOING TO OBSERVANTLY OR ESSENTIALLY ASK ME. DID i MAKE ANY TYPE OF A WRITTEN EFFORTS TO OBTAIN THAT SPECIFIC DIALOGUE WITHIN ITSELF AND i WELL THEN HAVE VALID PROOF THAT ( YES) A EFFORT WAS ESTABLISHLY MADE (IN) GOOD SHOWING OF FATE. BY ME WITHIN MY PART TO OBTAIN THAT (INFO) THAT'S. DEPICTED WITHIN THE VIDEO SCENE ENTIRELY WITHIN ITSELF!

LOOKING FORWARD ON PASSIVELY HEARING (BACK) FROM YOU THERE SOON. OH' AND ONE LAST QUESTION. MAY i PLEASE! ARE ALL OF MY LETTERS TO YOU THERE, ALSO CONSIDER "PUBLIC RECORDS" THERE AS WILL TOO YOU?

RESPECTFULLY SUBMITTED:

/S/ Craig Barfield

MR. CRAIG BARFIELD #920542

PRO' SE PETITIONER

MONROE CORR. COMPLEX - SOU
PO BOX 514
MONROE.          WA. 98272

APRIL 6, 2020


To: THE DIRECTOR
OF THE PUBLIC RECORDS OFFICE
PUBLIC DISCLOSURE UNIT (DOC)
    PO BOX 41118
OLYMPIA.   WASHINGTON. 98504


DIRECTOR,


I' WOULD LIKE TO SPECIFICALLY ADDRESS THIS LETTER
TO YOU WITHIN THESE CONCERN REGARDS AS A
DIRECTED COMPLAINT (ISSUE) THAT INVOLVED WITHIN
OR AROUND THE ACTIVITIES OF EMPLOYEE: PUBLIC
RECORDS SPECIALIST MS. LORA BRONSON &
PUBLIC RECORDS APPEALS OFFICER. MS. SHARI HALL
/ UNETHIC JOBS PERFORMANCE DUTIES THAT
PERTAIN TO ME NOT ADEQUATELY OR APPROPRIATELY
RECEIVING THE FULL CORRECT. INFORMATION STATUS
THAT I HAD IN DETAIL REQUESTED FOR. UPON MY
7/17/19 . 7/24/19 & 9/12/19. ACCURATELY ADDRESS
LETTERS TO MS. BRONSON. THERE AT PUBLIC RECORDS!


FOR WHICH UPON HER REPLY BACK TO ME FROM WHICH
(SHE) EFFECTIVELY AT FIRST. GAVE ME A REFER-
ENCE "LOG. NUMBER / P-7697" TOWARDS THE

1

"20.5 - SURVEILLANCE VIDEO" THAT I HAD REQUESTED,
AND WAS LATER DENIED DURING MY APPEAL PROCESS
FOR IT BY MS. HALL, ON 10/3/19.

BUT THIS IS'NT THE MAIN REASON (WHY), MY NOW
COMPLAINT IS BASE ON. THE FACTS INVOLVE AROUND
ME NOT SUFFICIENTLY GETTING THE FULL DEPICTED
SCENE WITHIN ITSELF ON THAT "VIDEO FOOTAGE CLIP".

FOR INSTANCE; UPON MY FIRST REQUEST TO MS.
BRONSON, I HAD CLEARLY MADE A LEGIT REQUESTS
THAT SHE STRATEGIZINGLY FORWARD OVER TO MS. HALL
TO ANSWER FOR HER, FOR WHICH (SHE) MS. BRONSON,
HAD THAT OBLIGATED, RESPONSIBILITY TO DO FOR ME
(NOT) MS. HALL TO ANSWER FOR HER LETTER'S, FOR
HER, WITHIN HER PLACE, TO DO!

NOT ONLY WOULD'NT, MS. BRONSON, ANSWER THAT
GENERAL & SPECIFICALLY QUESTION OF MINES!
MS. HALL, ON 10/21/19, AS WILL WOULD'NT ANSWER
IT EITHER AS WILL!

AND THAT QUESTION OF MY (WAS) CAN YOU GAVE ME

A FULL DESCRIPTION ON WHAT HAD OCCUR OR WAS DEPICTED WITHIN THAT "VIDEO FOOTAGE'S CLIP" FROM WHICH THEY BOTH REFUSE TO GIVE ME A VALID REPLY BACK TO, IT THERE!

SO, MY QUESTION NOW TO YOU IS THIS! SINCE I WILL BE TAKING THIS (UP) WITH THE COURTS. TO TRY TOO GAIN ACCESS TO THAT SUPPRESS (VIDEO) THERE / NEED SOME TYPE OF FORM ON WHY YOUR TWO COLLEAGUES FAIL TO GAVE ME THAT REQUESTED (INFO) ON THAT "20,5-SURVEILLANCE VIDEO" THERE WITHIN YOUR AGENCY (HQ).

AND SINCE I'M TRULY UNAWARE OF YOUR PRO- TOCOL, POLICY PROCEDURE'S IN PLACE THERE, WOULD LIKE TO ASK YOU THIS "HOW OR WHO" DO I EFFECTIVELY MAKE THIS A / GRIEVANCE OF MINES (OUT TO) THERE AT "PUBLIC RECORDS? AND THANK YOU FOR YOUR COOPERATION THERE AS WELL! YOU SHOULD ALSO NOTE: THAT I HAD ONCES AGAIN TRY TO OBTAIN THAT CERTAIN (INFO) FROM Ms. BRONSON, ON 2/24/20, BUT SHE HAD REFUSE TO RESPONSE BACK TO ME AND WITHIN THAT LETTER I ALSO

3

TRY TO EXPLAIN TO HER, ON HOW THE COURTS ARE SPECIFICALLY SERIOUS ABOUT EXHAUSTING ALL EXISTING REMEDIES TOWARDS ARE GRIEVANCE PROCESS'ES HEREIN (DOC).




RESPECTFULL SUBMITTED:

/s/ Craig Barfield

MR. CRAIG BARFIELD #920542

EXHibiT

ATTACHMENT #9



**Department of**
**Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*    **SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY**

| LAST NAME BARFIELD | | | FIRST NAME CRAIG | |
|---|---|---|---|---|
| DOC NUMBER 920542 | FACILITY SCC | UNIT/CELL b-107 | DATE 08/27/2014 | TIME 5:45 PM |
| JOB/PROGRAM N/A | | JOB/PROGRAM HOURS | | DAYS OFF |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

☐ MEDICAL          ☐ DENTAL          ☒ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY       ☒ OTHER: MENTAL HEALTH DIRECTOR'S

**REASON FOR REQUEST (list problem or medications needing refill)**

Hello There

You can presume that I am currently at (odds) with my "mental health
providers" herein b-unit!
It has now escalate to the point that I have basically file a legit
staff abuse misconduct report (with one of them)!
This now poses or constitute as a direct conflict of interests" between
a certain Doris & Mr. Lewis!
And because of these's (two) significantly aforementioned above I
would like to make these 2 specific requests for a 1.) artificial form
for treatment (and) 2.) The (info)involve around my (re)change place-
ment at least with my "DSM-diagnosis, diagnose plans attach to it as well

Craig B #                ☺
                    OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

RESPONDER signature and stamp (all copies)          DATE and TIME

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (06/12/2018)        DOC 610.600    DOC 610.650    DOC 630.500    DOC 630.540              KITES


Department of Corrections WASHINGTON STATE

# HEALTH SERVICES KITE

This form must be used to request non-emergency health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT* ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| | | | | |
|---|---|---|---|---|
| LAST NAME: BARFIELD | | FIRST NAME: [illegible] | | |
| DOC NUMBER: 920542 | FACILITY: SOU | UNIT/CELL: L-107 | DATE: 7/5/2019 | TIME: |
| JOB/PROGRAM: N/A | JOB/PROGRAM HOURS: | | DAYS OFF: | |

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

**TYPE OF REQUEST (check only one box per form)**

☐ MEDICAL ☐ DENTAL ☑ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY ☑ OTHER: DR. GEUSE OR DR. JEWETT.

**REASON FOR REQUEST (list problem or medications needing refill)**

I AM CALLING FOR A CEASE FIRE [illegible] YOURS [illegible] FACILITY [illegible] & [illegible]
OF YOUR'S [illegible] UNIT - ESPECIALLY MENTAL HEALTH [illegible] KEN LEWIS, [illegible]
WHOM HAS BEEN TOYING, BAITING, TAUNTING & MAKING SARCASTICLLY [illegible] TOWARDS
ME DURING [illegible] TIME. SINCE MY ARRIVAL HERE [illegible] COMPL-
AINTS AGAINST HIM HAS GONE [illegible] BLIND EYES & DEAF [illegible] OF REAL-
ITIES: HE ACT [illegible] LIKE A [illegible] THAT HAS [illegible] WHILE [illegible] STATE
OF MIND & LIFE [illegible] NOT TRULY AS A [illegible] MENTAL HEALTH PROVIDER [illegible]?! IT
ALSO SEEMS THAT HE CAN DO NO WRONG AGAINST [illegible] IT'S APPARENTLY THAT
HE HAS COMPLETE IMMUNITY - EXEMPT STATUS [illegible] FULL [illegible] CONTROL
OVER US AS WELL! SO AS TO LET HIS GROSS MISCONDUCTS & UNPROFESSIONAL TACTICS
[illegible] RAPIDLY THROUGHOUT. [illegible] ARROGANCE, [illegible] & THEATRICAL
[illegible] BEHAVIOR IS DISPELLING ME CLOSER & CLOSER BACK TO MY LONG TERM
VOLUNTARILY OF - 24/7 UNIT ISOLATION [illegible] IT! BUT IT DOESN'T NEED TO BE
THIS WAY. THERE [illegible] BE NO [illegible] TO SOLVE THIS DILEMMA TO THIS PROBLEM
THE SOLUTION IS A SIMPLE [illegible] FIX. PLEASE APPOINT ME A DIFFERENT [illegible]
[illegible] TO WORK WITH I BELIEVE THIS IS TRULY THE APPROPRIATE THING TO [illegible] EX-
[illegible] AND IN THE END THINGS WILL [illegible]
[illegible] & [illegible]

OFFENDER SIGNATURE: [illegible]

## HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical work/bunk change, religious diets, shoes, classification, non-health services issues

☐ Schedule within ____ days/weeks/months ☐ Next available sick call ☐ No visit required

RESPONDER signature and stamp (all copies) DATE and TIME

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.*



Department of Corrections WASHINGTON STATE

## HEALTH SERVICES KITE

This form must be used to request non-emergency health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT* ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME BARFIELD | | FIRST NAME CRAIG | |
|---|---|---|---|
| DOC NUMBER 720542 | FACILITY SOU | UNIT/CELL L-107 | DATE 8/17/19 | TIME PM 8/17/ |
| JOB/PROGRAM N/A | JOB/PROGRAM HOURS | DAYS OFF | |

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

**TYPE OF REQUEST (check only one box per form)**

☐ MEDICAL ☐ DENTAL ☒ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY ☒ OTHER: La Gauge

**REASON FOR REQUEST (list problem or medications needing refill)** I HAVE EXTENSIVELY TRY TO FULLY RATIONALIZE WITH MYSELF ON WHY THE THINGS THAT ALWAYS SEEMS TO OCCUR WITH ME HEREIN DOC ALWAYS HAVE A ABSENCES OR A VACANCY APPEARANCES TO A LOGICAL ACKNOWLEDGMENT OF MY ENVIRONMENTAL OF CIRCUMSTANCES, FOR WHICH LEAVE ME WITHIN A EMPTINESS ALL WITHIN ITSELF AND BY ME REQUESTING TO COME HERE IN MARCH OF 2019. FROM AFTER SPENDING A TOTAL OF 18. YEARS WITHIN VOLUNTARY SECLUSION WITHIN THIS STATE'S IMU FACILITIES. WAS A MISJUDGMENT OR CALCULATION ON MY PART! IT WAS NOT MEANT TO BE! SOME OR SOMEBODIES WITHIN (MH) JUSTS TOOK THE NOTIONS UPON THEMSELVES TO SEE THAT WHATEVER MY PLANS OR WHAT I SETOUT TO ACCOMPLISH MAY HAD BEEN THEY WERE INTENT TO STOP IT WITHIN IT WORKING ANALYSES OF PROGRESS! SOMEONE THERE TOOK OFFENSE OF MY PRESENCES BEING HERE AT SOU AND HAD CONVINCE'S THE OTHERS TO TURN ON ME TO PSYCHOLOGICALLY TARGET ME TO STOP ME FROM SUCCEEDING TO BASICALLY TREAT ME AS IF I WAS MENTALLY CHALLENGE OR JUSTS PLAIN CRAZY! I HAVE MY SUSPICIONS FROM WHOM THEY MAYBE THAT ARE RESPONSIBLE BUT WHAT ARE SPECULATIONS WITHOUT ACTUAL PROOF. YES! THEY HAVE CORRUPTIVELY ESTABLISHS THEMSELVES WELL HERE IN THEORY! I WAS A FOOL TO BELIEVE THAT THIS PLACE WOULD BE SOMEHOW'S DIFFERENT OR BETTER FROM THOSE OTHERS [illegible] FACILITIES! ALL THAT THE (MH) HAVE DONE IS TO DISCOURAGES AND DECEIVE ME AT EVERY TWISTS TURN & CORNER! THEY HAVE ALSO SUCCESSFULLY DISTORTED THE TRUTH AROUND ME TO MAKE IT SEEM THAT I'M SOMEHOW DELUSIONAL WITHIN MY COMPETENCE'S TOWARDS REASONING HEREIN! SO, I WOULD NOW LIKE TO ASK YOU TO COME SEE ME AND THAN YOU COULD PROFOUNDLY DECIDE OR MAKE A PROFESSIONAL DETERMINATION, ON WHETHER I'M [illegible] REALLY →

OFFENDER SIGNATURE: Craig Barfield [illegible]

### HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical work/bunk change, religious diets, shoes, classification, non-health services issues

☐ Schedule within ____ days/weeks/months ☐ Next available sick call ☐ No visit required

I REALLY NEED TO CONTINUE ON BEING HERE IN DESPITE ON WHAT EVERYONE ELSE BEEN TOLD ABOUT ME. SINCE IS I [illegible] GET [illegible] GOING TO ACCOMPANYING ME WITH THIS OR IT? [illegible] BECAUSE THE RECORDS WILL ALSO SHOW THAT I HAVE NO INFRACTIONS OR HISTORY ON MAKING ANY FALSELY ALLEGATIONAL CLAIMS ON OR AGAINSTS [illegible] EMPLOYEES! AND ALSO POSITIVELY [illegible] THAT IF YOU REVIEW MY "CUSTODY FACILITY PLAN & REVIEW" DATED: 7/25/19. YOU WILL SEE THAT I [illegible] TO COME HERE (NOT) THE OTHER WAY AROUND.

| RESPONDER signature and stamp (all copies) | DATE and TIME |
|---|---|
| | |

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.*

EXHIBIT

ATTACHMENT #10



Department of
**Corrections**
WASHINGTON STATE

# HEALTH SERVICES KITE

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME BARFIELD | | FIRST NAME CRAIG | |
|---|---|---|---|
| DOC NUMBER 920542 | FACILITY SOU | UNIT/CELL D-107 | DATE 6/24/2019 | TIME 8:00 PM |
| JOB/PROGRAM N/A | | JOB/PROGRAM HOURS | DAYS OFF |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

☐ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY     ☑ OTHER: Dr or Mr. Copburn.

**REASON FOR REQUEST (list problem or medications needing refill)**

*RESIDENCE   CORRESPONDENCE   LETTER-WITHIN*

Craig Barfield
OFFENDER SIGNATURE

## HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

☐ Schedule within ____ days/weeks/months     ☐ Next available sick call     ☐ No visit required

I am returning this to you as the letter
you sent to me is not an appropriate communi-
ication method in DOC to a provider. I will
schedule an appointment w/you to discuss your
concerns. Thank you.

| RESPONDER signature and stamp (all copies) J Cockburn DMHP, BC | DATE and TIME 6-25-2019 |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (07/25/2017)     DOC 610.040   DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540                    KITES

MR CRAIG BARFIELD #920542
MONROE CORRECTIONAL COMPLEX
PO BOX 514 - SOU
MONROE.    WASHINGTON. 98272

JUNE 24, 2019

TO: DR. CAL COGBURN
    STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS
MONROE CORRECTIONAL COMPLEX
    SPECIAL OFFENDER UNIT
        PO BOX 514
MONROE.    WASHINGTON. 98272

DR. COGBURN,

YOU CAN NOW (SAY) THAT I'AM LITERALLY AT MY
WITS ENDS HEREIN?!

IT. APPARENTLY SEEMS THAT I'AM being (TARGET)
AND PROFESSIONALLY CONTRADICTED (BY) A
STRATEGIST FORM OF " PSYCHOLOGICAL- TACTICAL-
HARASSMENT beHAVIORAL" FROM. MENTAL HEALTH
COUNSELOR. KEN LEWIS!

IT. HAS GONE TO THE POINT (WHERE) HE HAS ENTER
MY CELL AND AGGRESSIVELY. VERBALLY ATTACK
ME RIGHT IN FRONT OF WITNESSING C/O's
HEREIN D-UNIT!

1

I' HAVE NUMEROUSLY COMPLAIN (TO NO AVAIL)
TO HIS (BOSS) DR. GOINS, FORWHICH SHE ALSO
BASICALLY IGNORE!

IT'S, NOW EVIDENT TO ME THAT THEY WON'T ME
TO HAVE OR SUCCEED IN SOME (SORT) OF A
PHYSICALLY ALTERCATION WITH HIM!

DR. GOINS, ALSO PERSIST THAT I DIRECTLY DEAL
WITH HIM (MY ABUSER) AND NOT HER!

THIS REGARDLESS OF DISPLAY, SHOW HER TRUE
LACK OF INTERESTS IN MY SAFETY CONCERNS
(NOT) ONCE'S HAS SHE LIFTED A HAND TO PULL
ME OUT TO DISCUSS THE NATURE OR MATTERS
TOWARDS MR. LEWIS (UNCHECK) BEHAVIORAL
TOWARDS ME OR THE EFFECTS THAT IT MAY HAVE
ON ME (NOT) ONCE'S HAS SHE!

I' SPENT 18, YEARS OF MY LIFE, WITHIN THIS
(STATE'S) DOC / IMU, FACILITIES (TO) AVOID
SITUATIONAL CONFLICTS LIKE THIS!

I' DESPERATELY NEED YOU OR SOMEONE WITHIN

2

YOUR AUTHORITY TO EXAMINE OR ADDRESS
THESE FULLY CONCERNS OF MINES TO APPOINT
ME A DIFFERENT COUNSELOR TO WORK WITH!

AND (NO) OFFENDERS HEREIN, SHOULD BE
SUBJECTIVELY FORCE TO HIS FORM OF ERRAT-
ICAL TREATMENT OF ME AND (ME) GOING BACK
TO MY LONG TERM "STATUS QUO" AD'SGD"
ISOLATIONAL CONFINEMENT IS LOOKING MORE &
PLEASURABLE FOR ME RIGHT NOW. I REALLY DON'T
NEED THEIRS REVERSAL - PSYCHIATRY - ATTITUDES!

YOU SHOULD ALSO (NOTE) FOR THE RECORDS
THAT MR. LEWIS. WALK AROUND (US) WITH A
HEAVYLY STEEL WRITING PEN ON HIM! IT'S BASIC-
ALLY. BUILT LIKE A WEAPON.

/s/ Craig Barfield

MR. CRAIG BARFIELD #920542



Department of
**Corrections**
WASHINGTON STATE

# HEALTH SERVICES KITE

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME  BARFIELD | | FIRST NAME  CRAIG | | |
|---|---|---|---|---|
| DOC NUMBER  920542 | FACILITY  SCU | UNIT/CELL  L-107 | DATE  8/7/19 | TIME  8:10 PM |
| JOB/PROGRAM  N/A | | JOB/PROGRAM HOURS | | DAYS OFF |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

☐ MEDICAL          ☑ MISTAKE DENTAL          ☑ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☑ OTHER:  DR COBBURN

**REASON FOR REQUEST (list problem or medications needing refill)** ON 6/34/19 I HAD IMPARTIALLY TRY WITHOUT MUCHS (LED-WAY) OF SUCCESS TO INCORPORATE OR IMPROVISE A ELABORATELY PORTRAYAL ON WHAT IN DEED HAS BEEN MOMENTOUSLY ORCHESTRATE UPON ME BY THE MILITANT THE NOW OBSTACLES THAT HAVE CLEVERLY BEEN PLACE UPON ME BY MR LEWIS, MR MARTIN DR GOINS & MS OWENS! THEIR UNCHECK OBSESSIVENESS TO FULLY DOMINATELY ME HAS NOW BECAME SOMETHING MORE ENTRENCHED THEN IT INITIALLY INTENTED TO BE AND I NOW FEEL OR THINK IT MUCHS IMPORTANT FOR YOU AND OTHERS WITHIN YOUR AUTHORITIES OF POSITIONS TO UNDERSTAND THE GRAVITY OF THE UNDERLYING DOCTRINE OF PROBLEMS THAT YOUR COLLEAGUES HEREIN HAVE BEEN PLACING ON ME BEYOND TRUE REASONS! ESPECIALLY WHEN M'16 SO CONSISTENTLY TARGET BY EGOTISTICALLY MR LEWIS! FROM WHOM HAS DECEPTIVELY AND CORRUPTING THOSE'S AROUND HIM FOR WHO HAS LITERALLY STRATEGICALLY TURN ON ME! ARTICULATE INCOHERENTLY RHETORICS OF RANTS & RAVES THE MOCK ME AS SAYING WITHIN THEIR CLOSET CASE OF "ETHNIC SLUR" AGAINSTS ME! FOR WHICH HAS ENABLE ME TO STAY FLOUNCEDLY STRONG AND ALERT WITHIN MY ACTIVISM! SO I WOULD LIKE TO ASK YOU THIS: WHAT IS THE DEFINITIONS BETWEEN A SOCIETIES ILLEGAL NARCOTIC PUSHERS & (2) A LEGITIMAL PSYCHOTROPIC PILL PANDER OR PEDDLERS! WELL THERE IS REALLY (NO) THERE AT HANDS DIFFERENCES AT ALL ARE THERE ? THEY BOTH ARE EXTREMELY ADDICTIVES AND CAUSE LONG TERM HARM & SIDE-AFFECTS WITHIN THE PHYSICAL MAKE-UP OF THE BODY ITSELF! OH' WELL BY THE WAY I NEVER GOT THAT SCHEDULE APPOINTMENT WITH YOU! BUSY MONTH FOR THE PRODUCTED WITH YOU "HUH".          OFFENDER SIGNATURE  Craig Barfield

## HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

| RESPONDER signature and stamp (all copies) | DATE and TIME |
|---|---|

### PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (06/12/2018)          DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540          KITES



**Department of**
**Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency healthcare
services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*  ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME   BARFIELD | | FIRST NAME   CRAIG | |
|---|---|---|---|
| DOC NUMBER   920512 | FACILITY   MCC - SOU | UNIT/CELL   D - 107 | DATE   8/10/2021    TIME   8:30 AM |
| JOB/PROGRAM   CUSTODIAN | JOB/PROGRAM HOURS   FLUCTUATES | | DAYS OFF   VARY |

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

**TYPE OF REQUEST (check only one box per form)**

☐ MEDICAL        ☐ DENTAL        ☑ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY        ☒ OTHER: SOU / DR COGBURN / PMHNP-BC

**REASON FOR REQUEST (list problem or medications needing refill)**

Dr Cogburn

I've been approachly express. by this analytical statement from numerous well intent colleagues within your field of professional medicine! Don't repress your feelings. confess your feelings. don't conceal your feelings reveal. your feelings revealing is the beginning of healing. hiding your pain only intensifies it!

So Dr Cogburn. I now for you would d please let me ask you this! Within your swing medical opinion!! do you still perceive this to be beneficially true as well? and besides the facts of any causel indifferences toward's my current against aspired target - flaw whom would you as usual Psychit-rist suitably qualify for this task! At ones total judgment therein? and also please productly remember this I dont fully wish to be strategicbisly contradicted, manipulate or deceive and put within any more conflicting altercation with some of your problematical unpredictable mental health personnel staff herein!

PATIENT SIGNATURE   Craig Barfield

**HEALTH SERVICES RESPONSE/ENCOUNTER**

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

| RESPONDER signature and stamp (all copies) | DATE and TIME |
|---|---|

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Patient keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Patient with Response

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423 (03/27/2019)        DOC 610.600    DOC 610.650    DOC 630.500    DOC 630.540        KITES

EXHIBIT

ATTACHMENT, 11#



**Department of Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME  BARFIELD | | FIRST NAME  CRAIG | | |
|---|---|---|---|---|
| DOC NUMBER  920542 | FACILITY  SOU | UNIT/CELL  B-107 | DATE  4/18/20 | TIME  2:15 PM |
| JOB/PROGRAM  N/A | | JOB/PROGRAM HOURS | | DAYS OFF |

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

**TYPE OF REQUEST (check only one box per form)**

☐ MEDICAL          ☐ DENTAL          ☑ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY      ☑ OTHER: _Dr. CYNTHA GOINS, PhD_

**REASON FOR REQUEST (list problem or medications needing refill)**

HELLO AGAIN TO YOU THERE, ALTHOUGH IT SINCE'S MY TIME AT "SOU" WHEN I HAD FIRST ARRIVE BACK 3/2-19, I ONLY HAD THE ... HONOR TO TALK WITH YOU UPON MY ARRIVAL HERE FROM "DEC" HAD ALSO WITH THAT CERTAIN PECULIAR OF TIME WHAT YOU'D SPENT WITH ME WITH THAT ... ... ...

_(remaining handwritten text partially illegible)_

... I URGENTLY PRESUME MY ... PSYCHOLOGIST HERE. ... I BASICALLY JUST NEED SOME VALIDATED, CONFIRMATION DRAW'S STILL TARGETLY QUESTIONABLE FUTURE HERE AT "MCC / SOU" IT LIKE THIS FOR ME HEREIN. I NEED TO TREAD THE LINE BETWEEN TRUTH TELLING AND IRRITATING THE (SOU) ADMINISTRATION AND "DOC / HQ" WITHIN THE PROCESSES OF MY INSIDE ACTIVITY, AS A/ACTIVISTS TOWARD'S A GOOD SENSE OF CAUSE THEREIN.

_Craig Barfield_
OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☑ Next available sick call | ☐ No visit required |
|---|---|---|

_Mr. Barfield, I will try to meet with you next week Thurs day or Friday (4/30 or 5/1)_

| RESPONDER signature and stamp (all copies) | DATE and TIME  4/24/2020  1808 |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (06/12/2018)      DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540      KITES



**Department of Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*   ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME BARFIELD | FIRST NAME CRAIG | | |
|---|---|---|---|
| DOC NUMBER 920542 | FACILITY SOU | UNIT/CELL b-107 | DATE 8/12/19 | TIME 6:00 PM |
| JOB/PROGRAM N/A | JOB/PROGRAM HOURS | DAYS OFF | |

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

**TYPE OF REQUEST (check only one box per form)**

☐ MEDICAL          ☐ DENTAL          ☒ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY       ☒ OTHER: DR CYNTHIA GOINS PSYCH PhD

**REASON FOR REQUEST (list problem or medications needing refill)**

ON 8/7/19 A "MENTAL HEALTH COUNSELOR" BY THE NAME OF MR WES WESTBROOK CAME BY MY CELL FRONT WINDOW TO BAIT ME TO HAVE A ONE ON ONE MEET WITH HIM! TO SUPPOSELY GET A PSYCHOLOGICAL READING ON ME! OKAY HERE WE GO AGAIN! FIRSTS OFF, YOUR PEOPLE NEED TO STOP INSULTING MY INTELLIGENCE'S! I'MEAN GIVE CREDIT WHERE CREDIT IS DUE! SECOND OF ALL, YOUR PEOPLE WERE THE ONES THAT HAD FIRSTS CHALLENGE ME WITHIN THIS NOW APPARENTLY ENGAGEMENT AT HAND WITH THEM! AND NOW THEY WANT TO LITERALLY ADD THEIR INSULTS TO MY INJURYS AS WELL! AND TO SEE OR TREAT ME AS IF I WAS A INEPTI WITHIN THEIR EYES NOW! BUT NOTHING SURPRISE'S ME ANYMORE HERE! I TRULY COME TO UNDERSTAND THAT YOU PEOPLE ARE CAPABLE ON DOING THE MOSTS IMAGINABLE HEREIN TO OR WITH US! SO DR GOINS THANK YOU, BUT NO THANK YOU! I AM NOT INTERESTS. IN BEING SUBJECTED TO ANOTHER ONE OF, YOUR ENTRAPMENTS OR A CATCH-22 SEQUENCE OF SCENARIO'S MENTAL HEALTH TARGETING ME AGAIN! BEEN THERE, DONE THAT! NO MORE! DOC TRICKS FOR ME! DR GOINS, IF YOU HAVE A PROBLEM THAT YOU DON'T WANT TO DEAL WITH, YOU RID YOURSELF OF IT! IF YOU HAVE A PESTS PROBLEM THAT YOU DON'T WANT TO DEAL WITH, YOU CALL SOMEONE THAT COULD! SO DON'T YOU PRECISELY THINK IT TIME FOR YOU & THE DOC TO FINALLY WASH'S YOUR HANDS OF ME?! AND TO STOP HOLDING ME AS A HOSTAGES AND STOP PUTTING ME WITHIN PREDICAMENTAL SITUATIONS THAT I CAN'T GET OUT OF! COUNTER MEASURE- NO MORE

UNFAIR, DOC DECEPTIVE PRATICES. TACTICES FOR ME.      CRAIG

Advocating the messy truth

OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

☐ Schedule within ____ days/weeks/months      ☐ Next available sick call      ☐ No visit required

_____

_____

_____

_____

_____

_____

| RESPONDER signature and stamp (all copies) | DATE and TIME |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (06/12/2018)      DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540      KITES


**Department of Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME   BARFIELD | | FIRST NAME   CRAIG |
|---|---|---|

| DOC NUMBER   920542 | FACILITY   SOU | UNIT/CELL   L-107 | DATE | TIME |
|---|---|---|---|---|

| JOB/PROGRAM   N/A | JOB/PROGRAM HOURS | DAYS OFF |
|---|---|---|

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

**TYPE OF REQUEST (check only one box per form)**

☐ MEDICAL          ☐ DENTAL          ☒ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☒ OTHER:  Dr. CYNTHIA GOINS, PSYCHO PhD

**REASON FOR REQUEST (list problem or medications needing refill)**

HAVE I OFFENDED YOU IN SOME FORM OF WAY THAS MY PRESENCES - NOW BECOME A
OFFENSIVE PROVERB TOWARDS YOU? SINCE'S MY TIME HERE. YOU HAVE IT ONCE
CONSIDER COMMESTING WITH ME TO SEE OR TO DISCUSS WHERE I'AM AT OR WHERE I
WOULD LIKE TO GO FROM HERE! NOT-EVEN A WELFARE CHECK ON ME! FOR WHICH LEAVE
ME A LITTLE BEWILDER IN DOUBTS ABOUT YOUR LACK OF UNCERTAINTY OR INTER-
ESTS ON WORKING WITH ME AS MY ASSIGN SOUNDS PSYCHOLOGIST! IN DESPITE OF
ALL MY ATTEMPTS TO DO SO WITH YOU PROM WHOM LEAVE ME A LITTLE PUZZLE ON
WHAT I MAY HAVE GOTTEN MYSELF INVOLVE IN BY TRULY COMING HERE ONCE'S
AGAIN! IT ALSO EVIDENTLY SEEMS TO ME THAT THE DARK DISGUISES HAVE NOW BE-
EN REVEAL AND THE TRUE IDENTITIES HAVE COME TO THE LIGHT OF DAY! SO I PRE-
CAUTIONLY ASK YOU THIS! WHAT DO THEY REALLY SECRETLY HAVE IN STORE FOR
ME NEXT ON THEIR (HIT) AGENDA LIST TOWARDS OR AGAINSTS ME (NOW) HEREIN?
IS IT GOING TO BE A ORCHESTRATED COVER-UP SUICIDE WORK (IN) PROGRESS
OFFENSIVE ON MY WELL-BEING! WHY JUSTS CANT THEY RELEASE ME FROM THE
HOLD THEY UNJUSTLY HAVE ON ME TO FREE ME FROM THEIR OPPRESSION HERE
AT SOU! WHY DO I HAVE TO FIGHT SO HARD FOR THAT REDEMPTION OF FREEDOM
FROM HERE.

Craig Barfield
OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

| RESPONDER signature and stamp (all copies) | DATE and TIME |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.*

EXHibiT

ATTACHMENT # 12

Department of
**Corrections**
WASHINGTON STATE

**OFFENDER'S KITE**

## PAPELETA DE PETICIÓN DEL INTERNO

OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)*
C. BARFIELD

| DOC NUMBER/*NÚMERO DOC* | FACILITY, UNIT, CELL/*FACILITY IS INSTALACIÓN/UNIDAD, CELDA* | DATE/*FECHA* |
|---|---|---|
| 920542 | SOU / D-107 | 6/17/19 |

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*
(SOU) SUPERINTENDENT OFFICE.

**REASON/QUESTION**
*RAZÓN/PREGUNTA*

☐ Interpreter needed for_____ (language).
☐ *Necesito intérprete para_____ (idioma).*

RESIDENCE    CORRESPONDENCE    LETTER WITHIN

| SIGNATURE/*FIRMA* | DAYS OFF/*DÍAS LIBRES* |
|---|---|
| C. Barfield | JUNE 17 2019 |

**RESPONSE**
*RESPUESTA*

I will forward your letter
to the Mental Health
Supervisor. You can also talk
to your CMHS if you are
having problems on the
unit.

| RESPONDER/*PERSONA QUE RESPONDE* | DATE/*FECHA* |
|---|---|
| Supt. O | 7-8-19 |

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución: BLANCA/AMARILLA-Persona que responde, AMARILLA-Devuelva al interno con respuesta,*
**ROSA**-*Interno*
DOC 21-473 E/S (Rev. 05/23/13)                    DOC 390.585, DOC 450.500

EXHibiT

ATTACHMENT #13

MONROE CORR. COMPLEX - SOU
PO BOX 514
MONROE,      WASHINGTON. 98272

AUGUST 25. 2020


TO: MR. JAY INSLEE
   STATE OF WASHINGTON
   OFFICE OF THE GOVERNOR
   P.O. BOX 40002
   OLYMPIA,   WASHINGTON. 98504


MR. INSLEE,

HELLO TO YOU AND YOUR STAFF OF COLLEAGUES
THERE! AND I PRAY THAT ALL THINGS ARE FAIRING
QUITE WELL " IN-SPITE" OF THAT "COVID-19 /
PANDEMIC VIRUS" THAT IS SOMEHOW. STILL SWEEP-
ING DANGEROUSLY AROUND (US) HEREIN WASH-
ING STATE AND WOULD FIRSTS LIKE TO SERIOUSLY
COMMEND YOU AND YOUR PROFESSIONAL PER-
FORMANCE TEAM FOR THE OUTSTANDING JOB AND
DEDICATIONS ON COMBATING THAT DREADFUL
EPIDEMIC ABOUT AND BEYOND US ALL!

ME. YOU COULD COMPREHENSIVELY SAY THAT I'AM
WRITING TOO YOU WITHIN THE INVESTIGATIONAL
LITIGATED CONCERN OR REGARD. TOWARDS "OCO"
LACK OF PROBABILITY OF INTERESTS (ON)
THEIR SUPPOSINGLY "INTERNAL INVESTIGATION"
NON-PROBE ON THE BEHALF OF MY 7/21/20 (DOC)
ISSUAL COMPLAINT TO THEM FROM WHICH I HAD
EXPRESSLY DEMONSTRATION TO THEM WITHIN A
14. PAGE LETTER TO THEIR AGENCY. FOR WHICH
I UNSATISFORY FELT MORE OF A ADMINISTRATIVELY

1

EFFORT, COULD OR SHOULD HAVE BEEN DONE
THAT WAS DEFINITELY PERTAINING TO THE
PRECEPTAL CIRCUMSTANCES WITHIN THE SERIOUS-
NESS (NATURE) OF MY FULL COMPLAINT WITHIN
(ITS) VALIDATE SELF!

MR. INSLEE,

AS YOU OR OTHER THEREIN MAKE YOUR PERSONAL
REVIEWING OF THAT SPECIFIC LETTER OF MINES
(YOU'LL) OBSERVE OR ATTENTIVELY PERCEIVE THAT
EVERYONE WITHIN "MCC / SOU & DOC / HQ ADMINI-
STRATION'S" MADE (NO) PERSONAL STATEMENTS
(ON) THEM ACTUALLY THEMSELVES WATCHING THAT
(PUBLIC RECORDS) P-7697 / 20.5-SURVEILLANCE
VIDEO FOOTAGE CLIP / DATED. 6/12/19.

AND THE EMPLOYEE THAT FROM WHOM MADE HER
(ALLEGE) ACCUSATIONS AGAINST ME (ON) HER 6/12/19
INVESTIGATIONAL REPORT FINDING (WAS) AT THE TIME
(SOU) GRIEVANCE COORDINATOR MS. BRANDI BLAIR.
LOG. I.D. NO: 19680984.

THAT WOULD'NOT ADEQUATELY SHOW ME WHAT SHE
HAD SKEPTICALLY WITNESS ON THAT ADVERSE "VIDEO
CLIP" TO ME UPON MY RIGHTFUL RECOGNIZABLE
REQUESTS FOR HER TO DO SO, WHILE THAT IN-
VESTIGATION WAS TAKING IT'S COURSE OF ACTIONS
HEREIN!

AND THE MOSTS IMPORTANT (FACTUAL) THING OUT

OF ALL OF THIS is THAT i WAS desperately TRYING
TO get (OCO) TO FULLY RECOGNIZE THAT THIS
WAS A directed "COVER-UP / WHITE WASH /
CONSPIRACY, damage CONTROL" TO CORRUPTLY
discredit ME And TO NOT SHOW. ANY TYPE OF
"MCC / SOU / Administrative" APPROPRIATED
disiplinary Actions. TOWARD THEIR (CMHC2)
STAFF MEMBER MR. KENNETH LEWIS.

THAT FROM WHOM NOT ONLY UNETHICALLY VIOLATED
MY CIVIL RIGHTS (but As WILL) NEGLIGENTLY
VIOLATED THOSE (DOC) POLICIES & PROTOCALS"
THAT WERE WITHIN PLACE. WHEN HE THREATENLY
PROTRUDED HIMSELF UPON ME WHILE HE WAS
WITHIN MY CELL (ALONE) WITH ME! FORWHICH HIS
SUPERIOR'S (ALL) BASICALLY JUSTS. REWARDED HIM
WITH A "JOB WELL DONE" PAT ON HIS BACK BY
THEM ALL HEREIN!

MR. INSLEE,

ALL OF THIS COULD HAD BEEN RATIONALLY
(AVOIDANCELY) BROUGHT TO IT'S FINAL END OF
PHASE'S (IF) THEY WOULD HAD GRANTED ME THE
ABILITY TO ACTUALLY SEE THAT "VIDEO CLIP" FOR
MYSELF As i HAD REPEATEDLY REQUESTED FOR
THEM TO DO SO. DURING THEIR (SO CALL) INVEST-
IGATIONAL (PROBE) PROCEDURAL HEREIN!

I' HAVE NO RECORD HISTORY (ON) MAKING ANY TYPE OF
FALSELY MOTIVATE ASSERTIONAL CLAIMS (ON) DOC /

PERSONNELS OR OTHER OFFENDERS AND bY THEM ACCUSING ME AS SO (IS) THE LEGITIMATE TESTI-MENT REASONS WHY. YOUR COLLEAGUES THERE AT (OCO) NEED TO HAVE THAT SUPPRESS "VIDEO FOOTAGE" PULL FROM "PUBLIC RECORDS" AS FOR VERIFICATION FOR THOSE RESULT REASONS ALONE!

AND ALTHOUGH UPON MY REQUEST FOR MS. JONNA E. CARNS (TO DO SO) UNFORTUNATELY GOT MY RE-SPONSE. REPLY bACK FROM A MS. COURTNEY MISKELL. "EARLY RESOLUTION INTERN" THAT i HAD CONSCIOUSLY FELT. did'NOT CHRONICALLY (KNOW) THE FULL GRAVITY OF REJECTIONAL STRESS THAT HAS PLAY APART UPON MY MENTAL STABILITY TO PRO-PERLY FUNCTION AROUND OTHERS PEOPLE HEREIN. bECAUSE OF THEIR'S deliberATELY NEGLECTFUL. MANIPULATORY bEHAVIORAL. TOWARDS ME FOR WHICH HAS UTTERLY LEFT ME SOMEWHAT bEWILdER AND NOT TO HAVE FULL RELATIONAL CONFIDENCE AROUND THEM ANYMORE. WHILE I'AM STILL CURRENTLY RESIDING HEREIN!

IT. LIKE THIS (IF) THEY COULD ADMINISTRATIVELY GET AWAY WITH. WHAT MR. LEWIS HAD PERPETRATED AGAINSTS ME (THEN) THERE IS VIRTUAL NO STOPPING THEM TOO DO ANYTHING THAT THEY NECESSARILY. WILLINGLY FEEL OR DEEM TO DO UPON (US) HERE AT (SOU) AND IF YOU WOULD PLEASE REFLECTIVELY THINK ABOUT IT (YOU) AS WILL OF YOURSELF WAS ALSO SIGNIFI-CANTLY OR EXTREMELY CONCERN ABOUT WHAT WAS DEFINITELY. TRULY TRANSPIRINGLY TAKING PLACE

AMONG PERSONNEL STAFF (AS WILL) WITH THE
OFFENDERS HERE AT (SOU) FROM WHICH HAD EVEN-
TUALLY LEAD TO YOU AND YOUR ENTOURAGE TEAM
THEREIN TO DO A PERSONAL INTERVENTIONAL WALK
THROUGH (TOUR) HEREIN APRIL OF 2019.

I'HAD DISAPPOINTINGLY COME TO NOTICE WITHIN HER
LETTER THAT MS. MISKELL. STATED THAT THE EVI-
DENTED REASON THEY COULDN'T ADEQUATELY
FURTHER ASSIST ME TOWARDS OBTAINING THAT SPE-
CIFICALLY "VIDEO EVIDENCE" AT "PUBLIC RECORDS"

IS, THAT THEY'RE ONLY OBLIGATELY ABLE TO OBTAIN
VIDEO FOOTAGE'S FROM (DOC) IS WITHIN 30. DAYS OF
THE PRIOR INCIDENT AND CAN'T NOW ACCESS THAT
"VIDEO FOOTAGE" THERE AT "PUBLIC RECORDS" AND

THE PROBLEMS THAT I CAUTIOUSLY HAVE WITH THIS
(IS) I DON'T FULLY COMPREHEND ON WHY YOUR
INDEPENDENTLY "OCO / AGENCY" WOULDN'T
EFFECTIVELY HAVE THAT ACTIVE MOTIVATE PRIVILEGE
OF AUTHORIZATIONS WITHIN YOUR OFFICE AUTHORITIES
TO OBTAIN AT ANY GIVEN TIME THAT (CRUCIAL)
QUESTIONABLE "VIDEO EVIDENCE" THAT (SOU) COVERTLY
"COVER-UP" AGAINST ME AND PLEASE REMEMBER THAT
EVASIVE "VIDEO DISK" IS THE ONLY TRUE (ACCURATE)
ACCOUNT OF ESSENTIAL EVIDENCE'S I GOT AGAINSTS
MR. LEWIS. FROM WHOM HIMSELF MADE FALSE DEC-
EPTIVE STATEMENTS AND SUBMITTED AS WILL A
BOGUS INFRACTION REPORT (AS SO) TO DIVERT HIS
MISCONDUCT ACTIONS TOWARDS ME DURING THE

investigational process of stages herein!

Please note: that in-spite of what all Ms. Miskell had verifyingly express pertaining to my plea request there at (OCO) i had no previous written (info) on the conditional structure of circum-stances (on) their supposely. 30 day limitations (only) notice of requests for them to have a "video / pull" from its (DOC) surveillance monitor feeds. A occurring incident had took place herein!

(OCO) doesn't pubicly advertise or endorse to indicate this within their posting brochures throughout are (DOC) facilities! so within actual reality how was i too fairly know of this situa-tion i constitutely didn't.

Mr. Inslee,

it promptly comedown to this "trusts but verify" and your team there at (OCO) needs to re-quirementally gain full accessibility to that "video clip" fromwhich will truly show the dis-honesty of motivational acts within some of these members herein "MCC / SOU / Administration"

Please let them at (OCO) do what they were assign or train to do thereof and grant them the (priority) authorization to obtain that suppress (expiration dated video evidence)

THERE AT "PUBLIC RECORDS" AND (IS) THIS NOT
SIGNIFICANTLY WHAT THEY TASKFULLY INVESTI-
GATIVELY DO IN ARE UNFORTUNATE SITUATIONS!

BECAUSE I INTENSELY FEEL IF YOU DON'T LET THEM
ACHIEVE THIS FEAT AT ANYTIME THOSE "VIDEO CLIPS"
MAYBE AVAILABLE THERE AT "PUBLIC RECORDS" I
FEAR IF YOU DON'T, IT WILL SET THE WRONG SYS-
TEMATIC, PRECEDENT FOR THEM TO ARROGANTLY
CONTINUE (ON) GETTING AWAY WITH COMMITTING THESE
FLAW ANTAGONIZINGLY OBJECTIVES (ACTS) TOWARDS
US ALL AND TO NOT BE HELD RESPONSIBLY, ACCOUNT-
ABLE FOR THEM HEREIN (DOC) SO WHILE YOU'RE
MAKING YOUR CALCULATED DETERMINATIONS ON WHERE
YOU WOULD LIKE TO GO WITH THIS AND (PLEASE)
ETHICALLY KEEP THIS THOUGHT IN MIND!

"IN ALL THINGS THAT ARE PURELY SOCIAL WE CAN BE
AS SEPARATE AS THE FINGER'S, YET WE SHOULD BE
AS ONE AS THE HAND IN ALL THINGS ESSENTIAL TO
MUTUAL PROGRESS"

THANK YOU FOR YOUR DEDICATIONAL WORK
WITHIN PROGRESS THEREIN / GOVERNOR INSLEE.

/S/ Craig Barfield
MR. CRAIG BARFIELD #920542

2

**Department of Corrections**
WASHINGTON STATE

**POSTAGE TRANSFER**
*TRANSFERENCIA DE FONDOS PARA GASTOS DE ENVÍO*

**POSTAGE DUE**
*FRANQUEO PAGADERO*
$ 20

PLEASE WITHDRAW SUFFICIENT FUNDS FROM MY ACCOUNT TO COVER THE COST OF MAILING THE ATTACHED LETTER/PACKAGE.
*FAVOR DE RETIRAR LOS FONDOS SUFICIENTES DE MI CUENTA PARA CUBRIR LOS GASTOS DEL ENVIO DE ESTA CARTA/PAQUETE.*

OFFENDER NAME (PLEASE PRINT)
*NOMBRE DEL INTERNO/INTERNA (LETRA DE MOLDE, POR FAVOR)*  CRAIG BARFIELD

☐ LEGAL MAIL *CORREO LEGAL*
☐ PROPERTY *PROPIEDAD*
☑ FUNDS ON HOLD *FONDOS SUSPENDIDOS*

DOC NUMBER *NUMERO DOC*  920542
HALL/UNIT *PASILLO/UNIDAD*  SOU / L-107

OFFENDER SIGNATURE *FIRMA DEL INTERNO/INTERNA*  Craig Barfield
DATE *FECHA*  5/17/21

| MAIL OPTIONS/OPCIONES DE CORREO | PROPERTY OPTIONS/OPCIONES DE PROPIEDAD | ITEM WEIGHT/PESO DEL ARTÍCULO: |
|---|---|---|
| ☐ CERTIFIED ONLY *CERTIFICADO SOLAMENTE* | ☐ GROUND COURIER (NO P.O. BOXES ACCEPTED) *MENSAJERIA LOCAL (NO APARTADOS POSTALES)* | LBS./LIBRAS _____ |
| ☐ CERTIFIED WITH RETURN RECEIPT *CERTIFICADO CON ACUSE DE RECIBO* | ☐ U.S. POSTAL SERVICE 1ST CLASS *SERVICIO DE CORREO DE LOS EE.UU. - 1ª CLASE* | |
| ☐ INSURED *ASEGURADO*  Amount ($300.00 Maximum.) *Cantidad ($300.00 Máximo)* | ☐ U.S. POSTAL SERVICE STANDARD POST *SERVICIO DE CORREO DE LOS EE.UU. - ORDINARIO* | OZ./ONZAS 2 |
| ☐ OUTSIDE U.S.A. *AFUERA DE LOS EE.UU.* | ☐ INSURANCE *SEGURO*  Amount ($300.00 Maximum *Cantidad ($300.00 Máximo)* | ☐ PARCEL *PAQUETE*  ☐ FLAT *PAQUETE PLANO* |
| MAILROOM SIGNATURE *FIRMA DEL EMPLEADO DEL CUARTO DE CORREO* | | DATE MAILED *FECHA ENVIADO* 5/17/21 |
| NAME/*NOMBRE*  GOVERNOR JAY INSLEE | | COMMENTS *COMENTARIOS* |
| STREET/*DIRECCION POSTAL*  PO BOX 40002 | | |
| CITY/*CIUDAD*  OLYMPIA | STATE/*ESTADO* WA | ZIP/*CODIGO POSTAL* 98504 |
| COUNTRY/*PAIS* | | |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

DOC 02-003 ES (REV. 08/18/14)   **White** – Offender Banking    **Canary** – Mailroom    **Pink** – Offender

---

**Department of Corrections**
WASHINGTON STATE

**POSTAGE TRANSFER**
*Transferencia de fondos para el franqueo*

**POSTAGE DUE**
*Franqueo pagadero*
$ 30

PLEASE WITHDRAW SUFFICIENT FUNDS FROM MY ACCOUNT TO COVER THE COST OF MAILING THE ATTACHED LETTER/PACKAGE. IF NO BOX IS CHECKED, THE WITHDRAWAL WILL BE PROCESSED FROM MY SPENDABLE ACCOUNT.
*Haga el favor de retirar los fondos suficientes de mi cuenta para cubrir el costo de enviar esta carta/paquete. Si no he marcado ninguna casilla, se hará el retiro de mi cuenta gastable.*

| ☐ FUNDS ON HOLD *Fondos suspendidos* | ☐ POSTAGE ACCOUNT *Cuenta de correo* | ☐ INDIGENT *Indigente* | ☐ LEGAL MAIL *Correo legal* | ☐ PROPERTY *Propiedad* | ☑ POSTAGE DUE *Franqueo pagadero* |
|---|---|---|---|---|---|

OFFENDER NAME (PLEASE PRINT)
*Nombre del interno/interna (letra de molde, por favor)*  CRAIG BARFIELD

DOC NUMBER *Número del DOC*  920542
HALL/UNIT *Pasillo/Unidad*  D-107

OFFENDER SIGNATURE *Firma del interno/interna*  Craig Barfield
DATE *Fecha*  8/26/20

| 1ST CLASS MAIL OPTIONS/Opciones – Correo 1ª clase | PROPERTY OPTIONS/Opciones de propiedad | ITEM WEIGHT / Peso del artículo: |
|---|---|---|
| ☐ INSURED *Asegurado*  $ | US POSTAL SERVICE *Administración de Correo Nacional*  ☐ 1ST CLASS *1ª clase*  ☐ PARCEL POST *Servicio de paquetes postales* | LBS./*Libras* _____ |
| ☐ CERTIFIED ONLY *Certificado solamente* | ☐ INSURANCE *Seguro*  $ | OZ./*Onzas* _____ |
| ☐ CERTIFIED & RETURN RECEIPT *Certificado y acuse de recibo* | ☐ GROUND COURIER *Servicio de entrega local*  (NO P.O. BOXES ACCEPTED) *(No se aceptan apartados postales)* | ☐ PARCEL *Paquete*  ☐ FLAT *Bulto plano* |
| MAIL ROOM STAFF *Personal del cuarto de correo* | COUNSELOR SIGNATURE FOR INDIGENT LEGAL MAIL *Firma del consejero para el correo legal de indigente* | DATE MAILED *Fecha enviado* |
| NAME / *Nombre*  MR. JAY INSLEE / GOVERNOR | | COMMENTS *Comentarios* |
| STREET / *Dirección de domicilio*  P.O. BOX 40002 | | FOR THE PAYMENT FEE |
| CITY / *Ciudad*  OLYMPIA | STATE / *Estado* WA | ZIP / *Código Postal* 98504 | COVER FEE FOR EXCESS WEIGHT |
| ☐ OUTSIDE USA / *Fuera de los EE.UU.* | COUNTRY / *País* | |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

DOC 02-003 ES (Revised 6/10/10)    **White** – Inmate Banking    **Canary** – Mail Staff    **Pink** – Offender

EXHibiT

ATTACHMENT #14



Department of Corrections
WASHINGTON STATE

# HEALTH SERVICES KITE

This form must be used to request non-emergency health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT* ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME | FIRST NAME | | | |
|---|---|---|---|---|
| BARFIELD | Craig | | | |
| **DOC NUMBER** | **FACILITY** | **UNIT/CELL** | **DATE** | **TIME** |
| 920542 | SOU | D-107 | 8/19/2019 | 5:00 PM |
| **JOB/PROGRAM** | **JOB/PROGRAM HOURS** | **DAYS OFF** | | |
| | | | | |

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

**TYPE OF REQUEST (check only one box per form)**

☒ MEDICAL ☐ DENTAL ☒ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY ☒ OTHER: MR. DR. L.R. HAWKERD.

**REASON FOR REQUEST (list problem or medications needing refill)**

L.R. HAWKERD,

I WROTE A KITE TO MR WARNER ON 7/24/19. THE DETAILS WITHIN [illegible] GOING [illegible] MY ASSIGNED PSYCHOLOGIST IN HER UNWILLINGNESS NOT TO FULLY WORK WITH ME & ALSO HER REFUSAL TO ADEQUATELY SIGN "THE MENTAL HEALTH REFUSAL FOR SERVICES & TREATMENT FORM" FOR WHICH I HAVE SENT TO HER AT SEVERAL OCCASIONS! I'M TRYING TO BE DISCHARGE FROM [illegible] THE KITE MY KITE WAS FORWARD TO (CUS) BLACKBURN. WITHIN THESE CONTENT OF CONCERNS THAT I HAD ADDRESS TO THE SUPERINTENDENT! FOR WHICH SHE DIRECTED YOUR NAME ALONG WITH YOUR POSITION STATUS TO ME ON THAT KITE OF MINES! NOW IF MY READING IS A 100% CORRECT THAN I WOULD LIKE TO MAKE A DIRE REQUEST TO YOU FOR A APPOINTMENT AS TO DISCUSS THE [illegible] ATIONS ON [illegible] THAT PARTICULAR FORM [illegible] & THE OPTIONAL POSSIBILITIES [illegible] THESE?! PLEASE NOTE AS WELL THAT I AM CONSTANTLY BEING STRATEGICALLY [illegible] BY A DOSES OF YOUR [illegible] PSYCHIATRY OF PSYCHOLOGICAL HARASSMENTS FOR WHICH THEY HAVE PRECISELY [illegible] EXTREMELY WELL HEREIN! LOOKING FORWARD ON GETTING A CHANCE TO MEET WITH YOU & BOY SO I HAVE SOMETHINGS TO GET OFF OF MY CHEST! OH AND ANOTHER THING I PERSONALLY DONT LIKE TO USE THAT PHASE I TOLD YOU SO THAT THIS WOULD EVIDENTLY HAPPEN [illegible] HAD EXPRESS TO MY THEN [illegible] COUNSELOR & MENTAL HEALTH PROVIDER THIS IN MARCH OF THIS YEAR BEFORE THIS APPROVE BY H/Q TO COME HERE! I BASICALLY TOLD THEM THAT THESE TYPES OF INCIDENCE'S WOULD APPARENTLY TRANSPIRE BEFORE MY EYES AND THEY DID JUST THAT AND THESE ARE THE MAIN REASONS WHY I CHOOSE TO STAY WITHIN [illegible] FOR SO LONG IS TO PREVENT THESE TYPE OF THINGS FROM HAPPENING TO ME.

OFFENDER SIGNATURE: Craig Barfield

## HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical work/bunk change, religious diets, shoes, classification, non-health services issues

☐ Schedule within ____ days/weeks/months ☐ Next available sick call ☐ No visit required

| RESPONDER signature and stamp (all copies) | DATE and TIME |
|---|---|
| | |

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.*