HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRAIG BARFIELD,

    Plaintiff,

v.

KENNETH D. LEWIS,

    Defendant.

Case No. 2:21-cv-1099-RAJ-TLF

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation; and

(2) Plaintiff's motion for an order requiring the Washington Department of Corrections to provide plaintiff access to its Incarcerated Individual Betterment Fund (Dkt. # 16) is DENIED.

DATED this 19th day of October, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1