HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRAIG BARFIELD,

    Plaintiff,

  v.

KENNETH D. LEWIS,

    Defendant.

Case No. 2:21-cv-1099-RAJ-TLF

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER (Dkt. # 47):

(1) the Court adopts the Report and Recommendation;

(2) defendant's motion for summary judgment dismissing plaintiff's retaliation claim is DENIED; and

(3) to the extent plaintiff's complaint can be construed as alleging a claim regarding the processing of plaintiff's grievances, any such claim is DISMISSED without leave to amend.

DATED this 1st day of March, 2023.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 1