UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CRAIG BARFIELD,

        Plaintiff,

v.

KENNETH D LEWIS,

        Defendants.

Case No. 2:21-cv-01099-RAJ-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for appointment of a forensic video expert (Dkt. 90) and plaintiff's motion requesting the Court's assistance in serving a subpoena (Dkt. 92) are DENIED.

(3) Defendant's motion for summary judgment (Dkt. 85) is GRANTED as to plaintiff's First Amendment retaliation claim for physical conduct inside plaintiff's cell that plaintiff alleged was retaliatory. Defendant's motion for summary judgment (Dkt. 85) is DENIED as to plaintiff's First Amendment retaliation claim for alleged statements and verbal conduct that may have occurred outside plaintiff's cell that plaintiff alleged was retaliatory.

(4) The Clerk is directed to provide copies of this order to the parties and the Hon. Theresa L. Fricke.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1  Dated this 28 day of ____May____, 2024.

Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2