The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRAIG BARFIELD,

Plaintiff,

v.

KENNETH D. LEWIS,

Defendant.

No. 2:21-cv-01099-RAJ

~~PROPOSED~~ ORDER ON WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*

## I. INTRODUCTION

Plaintiff Criag Barfield, an inmate at Monroe Correctional Complex, moved the Court pursuant to 28 U.S.C. § 2241(a) for a writ of habeas corpus ad testificandum ordering officials with the Washington State Department of Corrections to produce Plaintiff for jury selection and for the entirety of the trial in this matter.

Specifically, Plaintiff respectfully requests that the Court order Superintendent Jack Warner of Monroe Correctional Complex to produce Plaintiff Craig Barfield (DOC No. 920542) to the United States District Court for the Western District of Washington at Seattle, located at 700 Stewart Street, Seattle, WA 98101 on Monday, November 16, 2026 by 8:00am and to return



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Craig Barfield to the Courthouse for each successive day of trial as required.

Section 2241(a) of Title 28 authorizes this Court to issue the writ sought here to the appropriate state official, in this case, the warden of the institution where the inmate resides. *See also Pa. Bureau of Corr. v. U.S. Marshall Serv.*, 474 U.S. 34 (1985).

After reviewing Plaintiff's motion, the Court finds that Plaintiff's presence is necessary for the trial of this matter and the writ should issue. Therefore, the motion is GRANTED and the Court hereby orders that Superintendent Jack Warner of Monroe Correctional Complex shall transport Plaintiff Craig Barfield (DOC No. 920542) to the courthouse so that he may attend jury selection and trial and assist counsel in presenting his claim. Plaintiff's counsel shall serve this writ on Superintendent Jack Warner.

IT IS SO ORDERED.

DATED this 19th day of October, 2026.



The Honorable Richard A. Jones
United States District Judge

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON 98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**