The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG BARFIELD,<br>Plaintiff,<br>v.<br>KENNETH D. LEWIS,<br>Defendant. | Case No. 2:21-cv-01099-RAJ<br><br>ORDER AMENDING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PERMIT REMOTE PARTICIPATION IN JURY SELECTION AND TRIAL |

Having considered the parties' stipulated motion to amend the October 19, 2026 Order on Writ of Habeas Corpus *Ad Testificandum* (Dkt. 156) and the record, the Court GRANTS the motion. The Court finds that Plaintiff Craig Barfield's request to participate remotely, MCC's ability to facilitate his participation, and the safeguards required below collectively establish good cause and compelling circumstances for contemporaneous video testimony and will permit meaningful participation in jury selection and trial.

The Court ORDERS as follows:

1. The requirement in Dkt. 156 that Superintendent Jack Warner of Monroe Correctional Complex ("MCC") transport Plaintiff Craig Barfield (DOC No. 920542) to the courthouse for jury selection and trial is replaced by the requirement that Superintendent Warner make Mr. Barfield available from MCC by live, two-way videoconference for jury selection and the entirety of trial, including his testimony and consultation with counsel. No physical



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

transportation to the courthouse is required under Dkt. 156 as amended, unless otherwise ordered by the Court.

2. MCC shall make Mr. Barfield available beginning Monday, November 16, 2026, by 8:30 a.m. Pacific Time, or at another time directed by the Court, and for each successive trial day and session as required. Mr. Barfield shall remain available until excused by the Court.
3. Plaintiff's counsel shall coordinate with the Court's courtroom deputy and MCC's Legal Liaison Office regarding the Court-approved platform, daily access, a pretrial connection test, exhibit access, and technical support.
4. The connection shall enable Mr. Barfield to see and hear the proceedings and enable the Court, jury, and counsel to see and hear him clearly when he testifies. His identity shall be verified before his testimony, and he shall testify under oath. Both parties shall retain a full opportunity to examine him and make objections. He shall have access to exhibits used during his testimony.
5. MCC shall facilitate confidential attorney-client communication during jury selection and trial, including private conferences via telephone during recesses and additional conferences permitted by the Court. These communications shall not be audible to the jury or opposing counsel.
6. If a technical problem materially impairs Mr. Barfield's participation, testimony, or confidential consultation with counsel, counsel shall immediately notify the Court. The Court may pause proceedings or direct alternative arrangements.

///

///

///

///

///



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

7. Defendant's counsel shall promptly serve this amended order on Superintendent Warner and provide copies to MCC's Legal Liaison Office. Except as expressly amended here, Dkt. 156 remains in effect. This order does not alter the trial date or any other existing date or deadline.

DATED this 3rd day of November, 2026.

Richard A. Jones

The Honorable Richard A. Jones
United States District Judge



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022